___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 19 2009  RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

09-CV-01485-CMP

Summons Issued SEK 29807

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company, <br><br> Defendant. | No. **C09-1485**BAT <br><br> **CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT AND FOR DECLARATORY RELIEF** <br><br> <u>**JURY TRIAL DEMAND**</u> |

## I. NATURE OF ACTION

Plaintiffs Bruce Keithly, Donovan Lee, and Edith Anna Cramer, individually and on behalf of a class of similarly situated parties, complain and allege the following:

1. Intelius, Inc. and its wholly-owned subsidiary/affiliate, Intelius Sales LLC, (collectively, Intelius, Inc. and Intelius Sales LLC are referred to as "Intelius") market products and services on the Internet. Among the services Intelius offers on the Internet are "reverse" cell phone and land-line directories, "people search" directories and "background check" information. When class members sign up for such services, they provide their credit/debit card information. Through misleading "sign-up" messages on Intelius websites, however, when the

Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

ORIGINAL

consumer purchases an Intelius product, the consumer also unknowingly enrolls in a subscription-based service with Adaptive Marketing, LLC. The details and/or benefits of those Adaptive subscription services generally are never made known to the consumer, yet the consumer is then billed a significant monthly fee -- often $19.95/month -- in perpetuity.

2. The situation described above is a result of a July 10, 2007 marketing agreement (the "Marketing Agreement") between Intelius Sales, LLC and Adaptive Marketing that provides for Intelius to transmit to Adaptive all the credit card and customer information it receives from selling Intelius products. For its part, Adaptive pays Intelius an undisclosed fee for each customer. In this way, Adaptive is able to foist unwanted services (and the related monthly charges) on unsuspecting consumers without full or adequate disclosure. Upon information and belief, this alliance between Intelius and Adaptive has caused consumers to unknowingly pay Adaptive (and thus, indirectly, Intelius) millions of dollars in non-existent and/or unwanted services.

3. Plaintiffs, on behalf of themselves and all others similarly situated, bring claims against Defendants based on Defendants' practice of collecting money from consumers through the deceptive practice involving the promotion and delivery of unordered subscriptions. Defendants' conduct constitutes a violation of the Washington Consumer Protection Act.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction over this class action pursuant to 28 U.S.C. § 1332. In the aggregate, the claims of Plaintiffs and the members of the Class exceed the jurisdictional minimum amount in controversy of $5,000,000.00, exclusive of costs and interests, 28 U.S.C. § 1332(d)(2)(A) and § 1332(6). Additionally, this is a class action in which some of the members of the Class are citizens of a different state than the Defendants.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

5. This Court has jurisdiction over Defendants because Intelius, Inc. maintains its principal headquarters in Washington. Both Defendants conduct business in Washington, and otherwise intentionally avail themselves of the markets within Washington, through promotion, marketing and sale of their products in Washington, rendering the exercise of jurisdiction by this Court appropriate.

6. Venue is proper in this District of Washington pursuant to 28 U.S.C. § 1391 because Defendants are domiciled in this District and/or because they provide services to Class members located in this District, conduct substantial business in this District, or otherwise have sufficient contacts with this District to justify them being fairly brought into court in this District.

### III. PARTIES

**A.  Plaintiffs**

7. Plaintiff Bruce Keithly is a resident of Washington state. In April 2009 Mr. Keithly believed he purchased a background report search from Intelius for $39.95 using a credit card. Unbeknownst to him, at the time he purchased the Intelius report, Mr. Keithly incurred a $19.95 charge for an "Identity Protect" service that he did not knowingly order. When Mr. Keithly read his credit card statement he learned that he had been billed $39.95 for the service he thought he had ordered, but he also discovered a $19.95 charge noted only as "Intelius Subscription." This $19.95 charge was for the "Identity Protect" service. Even after calling to cancel the "Identity Protect" service -- and the Company refused to give him a refund -- he was charged another $19.95 for this "service."

8. Plaintiffs Donovan Lee and Edith Anna Cramer (collectively referred to as "Lee/Cramer") are domestic partners and residents of Ohio. In June 2008, Plaintiffs Lee/Cramer paid for a search report from Intelius using a credit card. Unbeknownst to them, at the time they

Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

purchased the Intelius report, Plaintiffs Lee/Cramer incurred monthly charges for unordered services. The services -- which were each billed to the Plaintiffs' credit card at $19.95 per month -- appeared on the credit card statements as "Family Protect," "AP9*Family Safety Repo-V" and "Intelius Subscription." As a result, Plaintiffs Lee/Cramer were wrongfully charged hundreds of dollars for a service that they did not knowingly order and which provided them no benefits.

**B.  Defendants**

9.  Defendant Intelius, Inc. is a Delaware Corporation with its principal place of business at 500 108th Avenue, NE, 25th Floor, Bellevue, WA 98004. Intelius provides intelligence services to consumers over the Internet. At all times relevant to this complaint, Intelius controlled Intelius Sales, LLC on a day-to-day basis. Upon information and belief, Intelius, Inc. owns and operates the Intelius.com website and receives a substantial portion of the monies obtained by Intelius Sales from Adaptive as the result of the Marketing Agreement described above.

10.  Defendant Intelius Sales, LLC ("Intelius Sales") is a Nevada limited liability company with its principal place of business at 500 108th Avenue, NE, 25th Floor, Bellevue, WA 98004. Intelius Sales is a wholly-owned subsidiary/affiliate of Intelius, Inc. and was party to the Marketing Agreement with Adaptive Marketing described above.

### IV.  SUBSTANTIVE ALLEGATIONS

**A.  Intelius Improperly Enrolls Class Members for Monthly "Subscriptions," Netting Defendants Millions of Dollars**

11.  Describing itself as an "information commerce company," Intelius provides on-line intelligence services and search and marketing services to consumers and enterprises. Among other things, Intelius generates revenue from consumers who purchase its intelligence services on a pay-per-use basis.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

12. Among other products, Intelius offers such services as "reverse" cell phone directories, identity protection services and "background checks." Intelius sells its services through its network of websites, which Intelius claims was one of the top 100 most visited web properties in the U.S. for April 2008. According to Intelius, it has established relationships with leading online portals and directories, including Idea, Microsoft, Yahoo! and YELLOWPAGES.COM, that market its services on their websites and direct visitors to Intelius websites. According to Intelius, since its inception in January 2003, it has processed more than 16 million orders and over four million customer accounts have purchased its services.

13. When a consumer purchases an Intelius service, Intelius makes available an "Intelius Consumer Site Terms and Conditions" page which purportedly governs the use of the Intelius databases. According to the terms and conditions, the Agreement is governed by Washington law.

14. Although Intelius derives revenue by directly offering services to customers, it also derives substantial revenue from "post-transaction marketing." Among those companies that Intelius does business with is Adaptive Marketing. Adaptive offers a variety of membership programs (the "Adaptive Programs") on the Internet. Among the Adaptive Programs are: "24 Protect Plus," "Privacy Matters," "Identity Protect," "ValueMax" and "Family Safety."

15. Pursuant to the July 10, 2007 Marketing Agreement, when Plaintiffs and any member of the Class pay for one of the Intelius services, Intelius then transfers the consumers' credit/debit card and other billing information to Adaptive. Plaintiffs and Class members are then surreptitiously enrolled in one or more of the Adaptive programs, and are billed for these unwanted services on a monthly basis.

Page - 5

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

16.     While Adaptive may be a separate entity purportedly providing these services to consumers, the consumers end up with these unwanted services through the direct actions of Intelius via the Intelius websites, and the language on the Intelius website has the tendency to mislead customers into unknowingly signing up for these Adaptive Programs. As explained in a March 2009 "Seattle Weekly" article:

> [M]any users apparently failed to realize they are giving such consent, and it's easy to see why. Say you do a "people search" through Intelius, a service that costs $1.95 and provides an individual's phone numbers, addresses, birthday, relatives, and other information. After you enter your credit-card number, a page comes up thanking you for your order in big, bold type. In somewhat smaller and less-bold type, it also says you can get $10 back as a member of ValueMax (an Adaptive program offering discounts at stores like Kmart and Bed Bath & Beyond). In really small, regular type, it tells you that membership will entail your credit card being charged $19.95 a month after a "7-day FREE trial period."
>
> Remember, you still haven't gotten access to the information you paid for. To get it, you have two choices: Click on the big orange rectangle, off to the side of all these instructions that says "YES, and show my report," or click on the small black one-line link that says "No, show my report." The YES button is what gets you monthly ValueMax fees.

17.     A May 2008 "TechCrunch" article describes an equally deceptive manner by which Intelius causes consumers to unknowingly "order" Adaptive products:

> Every time a customer buys a product at Intelius, they are shown a page telling them "Take our 2008 consumer Credit Survey and claim $10.00 CASH BACK with Privacy Matters Identity." The user is then shown two survey questions and asked to enter their email and click a large orange button. They can choose to skip the survey by clicking on a small link at the bottom of the page.
>
> Undoubtedly a lot of consumers do the survey and move forward to the next page -- it only takes a second. But what most people don't do is read the fine print, which gives no real details on the $10 cash back (in fact, it is never mentioned again, anywhere). Instead, in light gray small text, users are told that by taking the survey they are really signing up to a $20/month subscription. Intelius forwards your personal information, including your credit card, to Adaptive marketing. The next day a $20 charge appears on your credit card, and each month afterwards.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

* * *

> Of course you never hear from Adaptive Marketing again (why take a chance that you'll wonder who they are). Instead, the credit card charges keep coming, and the company obviously hopes you never notice.
>
> This survey is quite literally a complete and total scam. And since users continue to pay forever (or until they try to stop it), the contribution to Intelius' revenue grows significantly over time.

18. While the language contained on the Intelius websites has the capacity to deceive a substantial portion of the public to initially purchase Adaptive products, pursuant to the terms of the Marketing Agreement, Intelius makes it difficult for the reasonable consumer to inquire about or cancel the Adaptive Program even when the consumer discovers that he/she is being charged for the Adaptive Program. For example, the Marketing Agreement specially prohibits Intelius from communicating with any customer with respect to an Adaptive Program, without Adaptive's prior written consent. Moreover, the Adaptive Programs are sometimes also listed on the consumer's charge card bill as an "Intelius Subscription" or "Intelius.com" charge, thereby further obfuscating what the charge constitutes.

19. Intelius thus enrolls Plaintiffs and the Class members into Adaptive Programs without adequately disclosing, among other things: (1) that the consumers are being enrolled in the Adaptive Programs without their authorization or consent; (2) the amount of the recurring charges by Adaptive and/or Intelius; (3) the terms and conditions involved in the Adaptive Programs; and (4) the manner by which the consumer may cancel those services.

20. The fact that Intelius website marketing of Adaptive Programs is plainly deceptive to a substantial portion of the public is borne out in, among other things, the hundreds -- if not thousands -- of complaints received by the Washington State Attorney General office and

Page - 7

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

the Better Business Bureau. The Intelius site is so deceptive, that even "sophisticated" consumers are being misled. As reported in the "Seattle Weekly" article:

> Stephen Kropp of Renton says he inadvertently signed up for an Intelius identity-theft subscription last summer after purchasing a phone number from the company. Sometime later, he says, he noticed a $19.95 charge on his debit card. Looking through past statements, he realized the company had been charging him for six moths, collecting a total of $120. "I just wanted a phone number," says Kropp. "The service they were offering was completely unrelated to what I was asking for" and hadn't provided him any benefits that he could see. He says Intelius initially refused to refund all but one month of the fees, but agreed to return the rest after he wrote to [the Attorney General's] office.
>
> Like many of those complaining, Kropp is not a computer neophyte. A civil engineer, he works for an environmental consulting firm called Entrix, where he designs salmon habitat restoration projects, among other things -- all using software, of course. "I'm pretty much a computer nerd," he says.
>
> That's the thing that bothers Brenda Piampiano, a Maine attorney who was hit with $40 worth of charges for an Adaptive service she says she never intentionally signed up for. The service is called "Family Safety," and promises to allow consumers the ability to monitor sex offenders in their neighborhoods. "I'm a relatively savvy person with a law degree, and I use the computer absolutely all the time," she says. "I feel like if I can get taken into these things, anybody can."

21. Intelius derives substantial revenue as the result of its deceptive sale of Adaptive Programs. According to its SEC data, by the end of first quarter 2008, 38.9% of Intelius' revenue was the result of its agreement with Adaptive.

## V. CLASS ACTION ALLEGATIONS

22. Plaintiffs and the Class reallege the proceeding paragraphs as if fully set forth herein.

23. This class action is brought and may be maintained under Fed. R. Civ. P. 23 (b)(2) and (b)(3). Plaintiffs bring this action on behalf of the following nationwide class:

> All persons located within the United States who provided credit, or debit card information to an Intelius website from July 17, 2007 to the present and thereafter

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

had charges debited to such card by or for the benefit of Intelius and/or Adaptive Marketing LLC without the consumers' prior informed authorization or consent.

24. Plaintiffs reserve the right to modify the class definition before moving for class certification, including a reservation of the right to seek to certify subclasses, if discovery reveals that modifying the class definition or seeking subclasses would be appropriate.

25. Excluded from the Class are governmental entities, Defendants, Defendants' affiliates, agents, parents, subsidiaries, employees, officers, directors, and immediate family members. Also excluded from the Class is any judge, justice or judicial officer presiding over this matter and the members of their immediate families and judicial staff.

26. Plaintiffs do not know the exact number of Class members, because such information is within the exclusive control of Defendants. Intelius boasts that it has sold to over four million customer accounts. The members of the Class include Washington residents and are so numerous and geographically dispersed across the United States that joinder of all Class members is impracticable.

27. Defendants have acted with respect to the Class in a manner generally applicable to each Class member. There is a well-defined community of interest in the questions of law and fact involved in the action, which affect all Class members. The questions of law or fact common to the Class predominate over any questions affecting only individual members and include, but are not limited to, the following:

A. Whether Defendants misstated, omitted or concealed material facts concerning the Adaptive Programs, and whether such misstatements, omissions or concealment of material facts deceived, or are likely to mislead and deceive consumers using Intelius websites;

B. Whether Defendants' acts and omissions as described above constitute a violation of the Washington Consumer Protection Act (the "CPA");

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C. Whether Plaintiffs and the members of the Class have been damaged by Defendants' wrongs complained of herein, and if so, whether Plaintiffs and the Class are entitled to injunctive relief;

D. Whether Plaintiffs and the members of the Class have been damaged by Defendants' wrongs complained of herein, and if so, the measure of those damages and the nature and extent of other relief that should be afforded;

E. Whether treble damages should be awarded to Plaintiffs and the members of the Class for Defendants' violations of the Washington CPA, as alleged herein;

F. Whether Plaintiffs and the members of the Class should be awarded attorneys' fees and the costs of suit for Defendants' violation of the Washington CPA, as alleged herein; and

G. Whether Plaintiffs and the members of the Class are entitled to declaratory relief for Defendants' statutory violations alleged herein.

28. Plaintiffs' claims are typical of the claims of the other members of the Class in that all members of the Class have been harmed in substantially the same way by Defendants' acts and omissions.

29. Plaintiffs are each an adequate representative of the Class. Plaintiffs are committed to prosecuting this action and have retained competent counsel experienced in litigation of this nature. Plaintiffs seek no relief that is antagonistic or adverse to other members of the Class.

30. A class action is superior to other available methods for the fair and efficient adjudication of the controversy. The prosecution of separate actions by individual members of the Class would create the risk of inconsistent or varying adjudications with respect to individual

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

members of the Class. Moreover, litigation on an individual basis could be dispositive of the interests of absent Intelius customers, and substantially impair or impede their ability to protect their interests.

31. In view of the complexity of the issues presented and the expense that an individual Plaintiff would incur if he or she attempted to obtain relief from Intelius, the individual claims of Class members are monetarily insufficient to support separate actions. Because of the size of the individual Class members' claims, few, if any, Class members could afford to seek legal redress for the wrongs complained of in this Complaint.

32. Plaintiffs do not anticipate any difficulty in managing this action as a class action. The identities of the Class members are known by Defendants, and the measure of monetary damages can be calculated from Defendants' records. The claims will be governed under Washington law in accordance with Intelius's Terms and Conditions. This action poses no unusual difficulties that would impede its management by the Court as a class action.

## VI. CLAIMS FOR RELIEF

A. **FIRST CAUSE OF ACTION**

1. **Violation of Chapter 19.86 RCW, Washington Consumer Protection Act (Against All Defendants)**

33. Plaintiffs and the Class reallege the preceding paragraphs as if fully set forth herein.

34. This cause of action is asserted on behalf of Plaintiffs and the Class.

35. The Washington Consumer Protection Act, RCW 19.86 *et seq.*, provides consumers with a comprehensive procedure for redressing Defendants' unfair or deceptive business practices.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

36. RCW 19.86.090 provides a private right of action to any person injured in his property by an "unfair or deceptive act or practice."

37. Defendants' acts and omissions as alleged herein violate the Washington CPA because they: (1) are unfair or deceptive acts or practices; (2) are committed in the course of Defendants' business; (3) have a pervasive public interest impact and have the potential to deceive a substantial portion of the public; and (4) have caused injury to Plaintiffs in their business and/or property and the members of the Class.

38. As a result of Defendants' deceptive acts and practices as alleged herein. Plaintiffs and the members of the Class paid for unwanted and unused services.

39. Defendants' actions and inactions as alleged herein are the proximate cause of injury to Plaintiffs and the Class in an amount to be proven at trial.

40. Pursuant to RCW 19.86.090, Plaintiffs seek damages on behalf of themselves and each Class member against all Defendants for Plaintiffs' actual damages sustained as a result of Defendants' actions and inactions alleged herein, in an amount to be determined at trial, but not less than $5,000,000, as well as the costs of this suit and reasonable attorneys' fees.

41. Further, pursuant to RCW 19.86.090, Plaintiffs seek treble damages on behalf of themselves and each Class member for their actual damages sustained as a result of Defendants' unfair and deceptive acts in the amount to be determined at trial, but not less than $5,000,000.

B. **SECOND CAUSE OF ACTION**

1. **Declaratory Relief Under the Declaratory Judgments Act, 28 U.S.C. § 2201(Against All Defendants)**

42. Plaintiffs and the Class reallege the preceding paragraphs as if fully set forth herein.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

43. Defendants' sign-up statements on the Intelius websites have a tendency to mislead and deceive members of the Class.

44. Plaintiffs are entitled to have this Court establish by declaration their rights and legal relations under the Washington CPA.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request for themselves and the members of the Class that the Court enter an order and judgment against Defendants as follows:

1. Allowing this action to be brought as a Class action pursuant to Fed. R. Civ. P. 23(b)(2) or 23(b)(3);

2. Adjudging and decreeing that Defendants have engaged in the conduct alleged herein;

3. Declaring that Defendants have violated the Washington CPA by their unfair and deceptive business acts or practices that have caused injury to Plaintiffs and the members of the Class;

4. Awarding Plaintiffs and the Class actual damages for Defendants' violations of the Washington CPA;

5. Awarding Plaintiffs and the Class treble damages under the Washington CPA;

6. Awarding Plaintiffs and the Class injunctive and declaratory relief against all Defendants for violation of the Washington CPA;

7. Awarding Plaintiffs and the Class injunctive and declaratory relief against all Defendants to ensure that Defendants will not continue to market services with deceptive or materially misleading information;

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

8. Awarding Plaintiffs and the Class injunctive and declaratory relief against all Defendants to ensure that Defendants will not continue to engage in unfair or deceptive business acts or practices;

9. Awarding Plaintiffs and the Class restitution damages for Defendants' unfair and deceptive acts and practices in violation of the Washington CPA;

10. Awarding Plaintiffs and the Class pre- and post-judgment interest at the highest allowable rate;

11. Awarding Plaintiffs and the Class their costs and expenses;

12. Awarding Attorneys' fees pursuant to the Washington CPA, the Common Fund Doctrine, as set forth by statute, or as otherwise allowed by law; and

13. Granting such other and further relief as this Court may deem just and proper, and equitable.

## JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury on all issues so triable.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 19th day of October, 2009.

By _____K-BL_____

KELLER ROHRBACK L.L.P.

Mark A. Griffin, WSBA #16296
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel:(206) 623-1900
Fax: (206) 623-3384
mgriffin@kellerrohrback.com
kswope@kellerrohrback.com


COEHN MILSTEIN SELLERS & TOLL P.L.L.C.

Andrew N. Friedman
Victoria S. Nugent
Whitney R. Case
1100 New York Avenue, N.W., Suite 500 West
Washington, DC 20005-3964
Tel: (202) 408-4600
Fax: (202 408-4699
afriedman@cohenmilstein.com
vnugent@cohenmilstein.com
wcase@cohenmilstein.com

*Counsel for Plaintiffs Brue Keithly, Donovan Lee and Edith Anna Cramer*

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384