# United States District Court
# Western District of Washington

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually and on Behalf of all Others Similarly Situated<br>Plaintiff(s)<br><br>V.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company<br>Defendant(s) | Case Number    C09-1485 BAT<br><br>APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, __Whitney R. Case__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

> Bruce Keithly, Donovan Lee and Edith Anna Cramer

The particular need for my appearance and participation is:

> Counsel for Plaintiffs

I, __Whitney R. Case__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____    Signature of Applicant: s/ Whitney R. Case

| Field | Value |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | Whitney R. Case |
| Law Firm Name: | Cohen Milstein Sellers & Toll PLLC |
| Street Address 1: | 1100 New York Avenue, NW  West Tower, Suite 500 |
| Address Line 2: | |
| City: | Washington |
| State: | District of Columbia |
| Zip: | 20005 |
| Phone Number w/ Area Code (Example: 999-999-9999) | 202-408-4600 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant **Whitney R. Case** is unable to be present upon any date assigned by the court.

Date: 

Signature of Local Counsel: s/ Karin B. Swope (WSBA #24015)

| Field | Value |
|---|---|
| Local Counsel's Name: | Karin B. Swope (WSBA #24015) |
| Law Firm Name: | Keller Rohrback L.L.P. |
| Street Address 1: | 1201 Third Avenue, Suite 3200 |
| Address Line 2: | |
| City: | Seattle |
| State: | Washington |
| Zip: | 98101 |
| Phone Number w/ Area Code (Example: 999-999-9999) | 206-623-1900 |