# United States District Court
# Western District of Washington

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually and on Behalf of all Others Similarly Situated | Case Number: C09-1485 BAT |
| Plaintiff(s) | |
| V. | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company | |
| Defendant(s) | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, **Victoria S. Nugent** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Bruce Keithly, Donovan Lee and Edith Anna Cramer

The particular need for my appearance and participation is:

Counsel for Plaintiffs

I, **Victoria S. Nugent** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____   Signature of Applicant: s/ Victoria S. Nugent

| Pro Hac Vice Attorney Applicant's Name: | Victoria S. Nugent |
|---|---|
| Law Firm Name: | Cohen Milstein Sellers & Toll PLLC |
| Street Address 1: | 1100 New York Avenue, NW<br>West Tower, Suite 500 |
| Address Line 2: | |
| City: | Washington |
| State: | District of Columbia |
| Zip: | 20005 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 202-408-4600 |

**STATEMENT OF LOCAL COUNSEL**

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant  Victoria S. Nugent  is unable to be present upon any date assigned by the court.

Date: 

Signature of Local Counsel: s/ Karin B. Swope (WSBA #24015)

| Local Counsel's Name: | Karin B. Swope (WSBA #24015) |
|---|---|
| Law Firm Name: | Keller Rohrback L.L.P. |
| Street Address 1: | 1201 Third Avenue, Suite 3200 |
| Address Line 2: | |
| City: | Seattle |
| State: | Washington |
| Zip: | 98101 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 206-623-1900 |