

# ATTORNEY REGISTRATION FORM
## for the
## ELECTRONIC CASE FILING SYSTEM

**Last Name:** Nugent  **First:** Victoria  **Middle:** S.

**Last Four Digits of Social Security Number:** 4440  **Attorney Bar # and State:** #470800 Dist. of Col.

**Firm Name:** Cohen Milstein Sellers & Toll PLLC

**Street Address 1:** 1100 New York Avenue, NW
West Tower, Suite 500

**Address Line 2:**

**City:** Washington  **State:** District of Columbia  **Zip:** 20005

**Telephone Number** 202-408-4600

**E-mail** vnugent@cohenmilstein.com  **Secondary e-mail** efilings@cohenmilstein.com

**Does your e-mail software support HTML messages?**  ☒ Yes  ☐ No

By submitting this registration form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Acess to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: **http://pacer.psc.uscourts.gov**.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

s/ Victoria S. Nugent

**Signature**  **Date**

**Print these forms. Then scan them separately as two PDF files.**

**Electronically file the *Application for Leave to Appear Pro Hac Vice* with the *Attorney Registration Form* as an attachment.**

**Pay the $150 fee online with a credit card during the filing event.**

[Print Form]