<pre>                                                           FILED          ENTERED
                                                           LODGED         RECEIVED

                                                           OCT 27 2009

                                                           AT SEATTLE
                                                           CLERK U.S. DISTRICT COURT
                                                           WESTERN DISTRICT OF WASHINGTON
                                                                              DEPUTY
</pre>

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| BRUCE KEITHLY, ET AL | Cause #: C09-1485 BAT |
|---|---|
| Plaintiff/Petitioner | |
| VS. | Declaration of Service of: |
| INTELIUS, INC., A DELAWARE CORPORATION; ET AL | SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT AND FOR DECLARATORY RELIEF |
| Defendant/Respondent | |
| | Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Oct 22 2009 11:25AM at the address of 1420 5TH AVE STE 4100 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon INTELIUS SALES, LLC, A NEVADA LIMITED LIABILITY COMPANY by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with WILLIAM LIN, VICE PRESIDENT OF LPSL CORPORATE SERVICES, INC, REGISTERED AGENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: October 23, 2009 at Seattle, WA

by _____
J. Bradford

Service Fee Total: $ 50.64

09-CV-01485-DSGNTN

ORIGINAL OF SERVICE

Page 1 of 1

28459
Keller, Rohrback L.L.P.
1201 3rd Ave, #3200
Seattle, WA  98101
206 623-1900

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, ET AL<br>Plaintiff/Petitioner | Cause #: C09-1485 BAT |
| VS.<br>INTELIUS, INC., A DELAWARE CORPORATION; ET AL<br>Defendant/Respondent | Declaration of Service of:<br>SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT AND FOR DECLARATORY RELIEF |
| | Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Oct 22 2009 11:25AM at the address of 1420 5TH AVE STE 4100 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon INTELIUS, INC., A DELAWARE CORPORATION by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with WILLIAM LIN, VICE PRESIDENT OF LPSL CORPORATE SERVICES INC, REGISTERED AGENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: October 23, 2009 at Seattle, WA

by _____
J. Bradford

Service Fee Total: $ 20.00



ABC Legal Services, Inc.
206 521-9000
Tracking #: 6070968

**ORIGINAL**
**PROOF OF SERVICE**

Page 1 of 1

28459
Keller, Rohrback L.L.P.
1201 3rd Ave, #3200
Seattle, WA  98101
206 623-1900