HONORABLE BRIAN A. TSUCHIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually an on Behalf of all Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | Case No. C09-1485-BAT<br><br>NOTICE OF APPEARANCE<br><br>(Clerk's Action Required) |

TO:       PLAINTIFFS

AND TO:   MARK. A. GRIFFIN, KARIN B. SWOPE of KELLER ROHRBACK L.L.P. and ANDREW N. FRIEDMAN, VICTORIA S. NUGENT, WHITNEY R. CASE and COEHN MILSTEIN SELLERS & TOLL P.L.L.C., their attorneys of record

YOU AND EACH OF YOU will please take notice that the defendants Intelius Inc. and Intelius Sales, LLC, hereby appear in the above-entitled action and request that all further

NOTICE OF APPEARANCE - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  papers and pleadings, except original process, be served upon the undersigned attorney at the
2  address below stated.
3  DATED this 18th day of November, 2009.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By_____
Arthur W. Harrigan, Jr., WSBA #1751
Tyler Farmer, WSBA #39912
Attorneys for Defendants Intelius Inc.
and Intelius Sales, LLC

NOTICE OF APPEARANCE - 2

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2009, I served a true and correct copy of the foregoing NOTICE OF APPEARANCE on the following individuals:

**Attorney for Plaintiffs**

| Mark A. Griffin, WSBA #16296 | _____ Messenger |
| Karin B. Swope, WSBA #24015 | _____ Email |
| Keller Rohrback L.L.P. | ✓ ECF |
| 1201 Third Avenue, Suite 3200 | _____ Facsimile |
| Seattle, WA 98101 | ✓ US Mail |

Telephone: (206) 623-1900
Fax: (206) 623-3384
Email: mgriffin@kellerrohrback.com
       kswope@kellerrohrback.com


| Andrew N. Friedman | _____ Messenger |
| Victoria S. Nugent | _____ Email |
| Whitney R. Case | ✓ ECF |
| Coehn Milstein Sellers & Toll P.L.L.C. | _____ Facsimile |
| 1100 New York Avenue, NW, Suite 500 West | ✓ US Mail |

Washington, DC 20005-3964
Telephone: (202) 408-4600
Fax: (202) 408-4699
Email: afriedman@cohenmilstein.com
       vnugent@cohenmilstein.com
       wcase@cohenmilstein.com

_____
Susie Clifford

NOTICE OF APPEARANCE - 3