UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE KEITHLY, et al.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>INTELIUS INC, et al.,<br><br>　　　　Defendant(s). | Case No. 2:09−cv−01485−RSM<br><br>MINUTE ORDER |

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004 regarding consent to proceed before the Magistrate Judge, this action has been reassigned to the Judge Ricardo S Martinez, United States District Court Judge. All future documents filed in this case must bear the cause number 2:09−cv−01485−RSM and bear the Judge's name in the upper right hand corner of the document.

DATED The 23rd of November, 2009

　　　　　　　　　　　　　　　　Bruce Rifkin
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By:　__s/ Agalelei Elkington__
　　　　　　　　　　　　　　　　　　　Agalelei Elkington, Deputy Clerk