HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually an on Behalf of all Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | Case No. C09-1485-RSM<br><br>NOTICE OF FILING OF MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE ACTIONS FOR PRETRIAL PROCEEDINGS UNDER 28 U.S.C. § 1407 |

PLEASE TAKE NOTICE that defendants Intelius Inc. and Intelius Sales Company LLC, by and through their undersigned attorneys, have filed a motion to transfer to the U.S. District Court for the Western District of Washington, and to coordinate or consolidate for pretrial proceedings under 28 U.S.C. § 1407, all related actions, including the above-captioned case. Pursuant to Rule 5.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Intelius Inc. and Intelius Sales Company, LLC hereby provide the Court copies of

NOTICE OF FILING OF MOTION TO
TRANSFER AND COORDINATE OR
CONSOLIDATE ACTIONS FOR PRETRIAL
PROCEEDINGS UNDER 28 U.S.C. § 1407 - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

1  the following motion and supporting papers served on all interested parties and filed with the
2  Clerk of the Judicial Panel on Multidistrict Litigation and appended thereto:
3      1.    Motion to Transfer and Coordinate or Consolidate;
4      2.    Brief in Support of Motion;
5      3.    Schedule of Actions;
6      4.    Notice of Appearance; and
7      5.    Intelius Inc. and Intelius Sales Company LLC's Corporate Disclosure
8  Statement.
9      DATED this 16th day of December, 2009.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By _____
Arthur W. Harrigan, Jr., WSBA #1751
Tyler Farmer, WSBA #39912
Attorneys for Defendants Intelius Inc.
and Intelius Sales Company LLC

NOTICE OF FILING OF MOTION TO
TRANSFER AND COORDINATE OR
CONSOLIDATE ACTIONS FOR PRETRIAL
PROCEEDINGS UNDER 28 U.S.C. § 1407 - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2009, I served a true and correct copy of the foregoing NOTICE OF FILING OF MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE ACTIONS FOR PRETRIAL PROCEEDINGS UNDER 28 U.S.C. § 1407 on the following individuals:

**Attorney for Plaintiffs**

| | |
|---|---|
| Mark A. Griffin, WSBA #16296<br>Karin B. Swope, WSBA #24015<br>Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Fax: (206) 623-3384<br>Email: mgriffin@kellerrohrback.com<br>       kswope@kellerrohrback.com | ✓ Messenger<br>___ Email<br>✓ ECF<br>___ Facsimile<br>___ US Mail |
| Andrew N. Friedman<br>Victoria S. Nugent<br>Whitney R. Case<br>Coehn Milstein Sellers & Toll P.L.L.C.<br>1100 New York Avenue, NW, Suite 500 West<br>Washington, DC 20005-3964<br>Telephone: (202) 408-4600<br>Fax: (202) 408-4699<br>Email: afriedman@cohenmilstein.com<br>       vnugent@cohenmilstein.com<br>       wcase@cohenmilstein.com | ___ Messenger<br>___ Email<br>✓ ECF<br>___ Facsimile<br>___ US Mail |

_____
Susie Clifford

NOTICE OF FILING OF MOTION TO
TRANSFER AND COORDINATE OR
CONSOLIDATE ACTIONS FOR PRETRIAL
PROCEEDINGS UNDER 28 U.S.C. § 1407 - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717