LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON** LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
(206) 623-1700

TYLER L. FARMER

FACSIMILE: (206) 623-8717
E-MAIL: TYLERF@DHLT.COM

December 16, 2009

**VIA FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Re: *In Re Intelius Inc. Post-Transaction Marketing and Sales Litigation*

Dear Clerk of the Panel:

In accordance with Rules 5.12(a), 5.13, and 7.2(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), please find enclosed the following papers submitted for filing with the Panel on behalf of movants Intelius Inc. and Intelius Sales Company LLC:

A. One original and four copies of the following documents:

1. Defendants Intelius Inc. and Intelius Sales LLC's Motion for Transfer of Actions to the Western District of Washington Pursuant to 28 U.S.C. Sec. 1407 for Coordinated or Consolidated Pretrial Proceedings;

2. Schedule of Actions;

3. Brief in Support of the Transfer Motion;

4. Intelius Inc.'s Corporate Disclosure Statement;

5. Notice of Appearance, and;

6. Proof of Service.

B. One CD containing of copy of the Motion in Adobe Acrobat format.

Very truly yours,

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

Tyler L. Farmer

TLF:src
Enclosures