Before the Judicial Panel on Multidistrict Litigation
MDL- _____ - In re Intelius Inc. Post-Transaction Marketing and Sales Litigation


## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Bruce Keithly, Donovan Lee, and Edith Anna Cramer, individually and on behalf of all other similarly situated<br><br>**Defendants:**<br>Intelius, Inc., a Delaware Corporation; and Intelius Sales, LLC, A Nevada Limited Liability Company | Western District of Washington at Seattle | 2:09-cv-01485-RSM | Hon. Ricardo S. Martinez |
| **Plaintiffs:**<br>Denise Baxter, individually and on behalf of all other similarly situated in California Residents<br><br>**Defendants:**<br>Intelius, Inc., a Delaware Corporation; Intelius Sales Company LLC, a/k/a Intelius Sales, LLC, a Nevada Limited Liability Company; and Adaptive Marketing LLC, a Delaware Limited Liability Company | Central District of California, Southern Division | 8:09-cv-01031-AG-MLG | Hon. Andrew J. Guilford |