BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re Intelius Inc. Post-Transaction
Marketing and Sales Litigation

MDL Docket No.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 5.3, the undersigned counsel of record for Defendants Intelius Inc. and Intelius Sales Company LLC, certifies that Intelius Sales Company LLC is a wholly owned subsidiary of Intelius Inc. and that Intelius Inc. has no parent corporation and no publicly owned corporation owns 10% or more of its stock.

DATED this 16th day of December, 2009.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By _____
Arthur W. Harrigan, Jr., WSBA #1751
Tyler L. Farmer, WSBA #39912
Attorneys Defendants
Intelius Inc. and Intelius Sales Company LLC

Danielson Harrigan Leyh & Tollefson LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700