BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

---

In re Intelius Inc. Post-Transaction
Marketing and Sales Litigation                     MDL Docket No.

To:     Clerk of the Panel
        Judicial Panel on Multidistrict Litigation
        Thurgood Marshall Federal Judicial Building
        One Columbus Circle, N.E., Room G-255, North Lobby
        Washington, D.C.  20002-8004

## NOTICE OF APPEARANCE

In compliance with 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, the following designated attorney is authorized to receive service of all pleadings,

notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict

Litigation on behalf of the defendants listed below.  I am aware that only one attorney can be

designated for each party.

Name and Address of Designated Attorney

Arthur W. Harrigan, Jr.
Danielson Harrigan Leyh & Tollefson LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
Fax: (206) 623-8717

Represented Parties:

Intelius Inc. and Intelius Sales Company LLC

Short Case Captions (for those cases pending in federal court in which plaintiffs purport
to have served defendants Intelius Inc. and Intelius Sales LLC):[1]

*Denise Baxter v. Intelius Inc., et al.*, No. 8:09-cv-01031-AG-MLG (C.D. California)

*Bruce Keithly, et al. v. Intelius Inc., et al.*, No. 2:09-cv-01485-RSM (W.D. Wash)

DATED this 16th day of December, 2009.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By _____
Arthur W. Harrigan, Jr., WSBA #1751
Tyler L. Farmer, WSBA #39912
Attorneys Defendants
Intelius Inc. and Intelius Sales Company LLC

Danielson Harrigan Leyh & Tollefson LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700

---

[1] By providing this Notice of Appearance to the Clerk of the Panel, Judicial Panel on Multidistrict Litigation,
Intelius Inc. and Intelius Sales Company LLC does not waive, and hereby preserves, all defenses in actions to which
this MDL proceeding relates, including defenses and objections based on personal jurisdiction and lack of proper
service of process.