BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re Intelius Inc. Post-Transaction
Marketing and Sales Litigation

MDL Docket No.

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions and this Certificate of Service was served by on December 16, 2009, in the manner listed below, to the following:

### VIA CM/ECF

Clerk, United States District Court
Western District of Washington - 2:09-cv-01485-RSM

Clerk, United States District Court
Central District of California, Southern Division - 8:09-cv-01031-AG-MLG

1

**Attorney for Plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer, US District Court, Western District of Washington - 2:09-cv-01485-RSM**

Mark A. Griffin, WSBA #16296      ✓ Messenger Delivery
Karin B. Swope, WSBA #24015      ___ Overnight Delivery
Keller Rohrback L.L.P.      ✓ CM/ECF
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
Email: mgriffin@kellerrohrback.com
       kswope@kellerrohrback.com

**Attorney for Plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer, US District Court, Western District of Washington - 2:09-cv-01485-RSM**

Andrew N. Friedman      ___ Messenger Delivery
Victoria S. Nugent      ✓ Overnight Delivery
Whitney R. Case      ✓ CM/ECF
Coehn Milstein Sellers & Toll P.L.L.C.
1100 New York Avenue, NW, Suite 500 West
Washington, DC 20005-3964
Telephone: (202) 408-4600
Fax: (202) 408-4699
Email: afriedman@cohenmilstein.com
       vnugent@cohenmilstein.com
       wcase@cohenmilstein.com

**Attorneys for Plaintiff Denise Baxter, Central District of California, Southern Division - 8:09-cv-01031-AG-MLG**

William Richard Restis      ___ Messenger Delivery
Finkelstein and Krinsk      ✓ Overnight Delivery
501 West Broadway, Suite 1250      ✓ CM/ECF
San Diego, CA 92101
Telephone: (619) 238-1333
Email: wrr@classactionlaw.com

**Attorneys for Defendant Adaptive Marketing LLC, Central District of California, Southern Division - 8:09-cv-01031-AG-MLG**

Robert J. Herrington  
Skadden Arps Slate Meagher and Flom LLP  
300 South Grand Avenue, Suite 3400  
Los Angeles, CA 90071  
Telephone: (213) 687-5000  
Fax: (213) 687-5600  
Email: rherring@skadden.com

\_\_\_\_\_ Messenger Delivery  
✓ Overnight Delivery  
✓ CM/ECF

**Attorneys for Defendant Intelius, Inc. and Intelius Sales Company LLC, Central District of California, Southern Division - 8:09-cv-01031-AG-MLG**

Edward S. Chang  
Jones Day  
3161 Michelson Drive, Suite 800  
Irvine, CA 92612-4408  
Telephone: (949) 553-7561  
Fax: (949) 553-7539  
Email: echang@jonesday.com

\_\_\_\_\_ Messenger Delivery  
✓ Overnight Delivery  
✓ CM/ECF

DATED this 16th day of December, 2009.

_Susie Clifford_  
Susie Clifford

Arthur W. Harrigan, Jr., WSBA #1751  
Tyler L. Farmer, WSBA #39912  
Attorneys Defendants  
Intelius Inc. and Intelius Sales Company LLC

Danielson Harrigan Leyh & Tollefson LLP  
999 Third Avenue, Suite 4400  
Seattle, WA 98104  
Telephone: (206) 623-1700