HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually and on Behalf of all Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELIUS INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | CASE NO. C09-1485-RSM<br><br>STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT AND DECLARATORY RELIEF |

**<u>STIPULATION</u>**

Plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer ("Plaintiffs") and Defendants Intelius Inc. and Intelius Sales LLC ("Defendants"), stipulate and agree as follows:

1. The parties previously agreed that Defendants' response to Plaintiffs' Class Action Complaint would be due on Friday, December 18, 2009.

2. The parties hereby agree that Defendants' response to Plaintiffs' Class Action Complaint shall be filed no later than Friday, January 8, 2010.

STIPULATION AND [PROPOSED] ORDER
SETTING DATE FOR DEFENDANTS' RESPONSE
TO PLAINTIFFS' CLASS ACTION COMPLAINT
FOR VIOLATIONS OF THE WASHINGTON
CONSUMER PROTECTION ACT AND
DECLARATORY RELIEF- 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

3. The parties further agree that Plaintiffs' opposition to a motion to dismiss, if such motion is filed, shall be due no later than February 19, 2010.

DATED this 17th day of December, 2009.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By  s/Tyler Farmer
 Arthur W. Harrigan, Jr., WSBA #1751
 Tyler Farmer, WSBA #39912
 Attorneys for Defendants Intelius Inc.
 and Intelius Sales Company, LLC

KELLER ROHRBACK L.L.P.

By  s/Karin B. Swope
 Mark A. Griffin, WSBA #16296
 Karin B. Swope, WSBA #24015
 Attorneys for Plaintiffs Bruce Keithly, Donovan
 Lee and Edith Anna Cramer

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this ___ day of December, 2009.

_____
HONORABLE RICARDO S. MARTINEZ

STIPULATION AND [PROPOSED] ORDER
SETTING DATE FOR DEFENDANTS' RESPONSE
TO PLAINTIFFS' CLASS ACTION COMPLAINT
FOR VIOLATIONS OF THE WASHINGTON
CONSUMER PROTECTION ACT AND
DECLARATORY RELIEF- 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717