HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually and on Behalf of all Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELIUS INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | CASE NO. C09-1485-RSM<br><br>STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT AND DECLARATORY RELIEF |

## **STIPULATION**

Plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer ("Plaintiffs") and Defendants Intelius Inc. and Intelius Sales LLC ("Defendants"), stipulate and agree as follows:

1. The parties previously agreed that Defendants' response to Plaintiffs' Class Action Complaint would be due on Friday, January 8, 2010.

2. The parties hereby agree that Defendants' response to Plaintiffs' Class Action Complaint shall be filed no later than Monday, January 11, 2010.

STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT AND DECLARATORY RELIEF- 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

3. The parties further agree that Plaintiffs' opposition to a motion to dismiss, if such motion is filed, shall be due no later than February 19, 2010.

DATED this 6th day of January, 2010.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   s/Tyler Farmer
Arthur W. Harrigan, Jr., WSBA #1751
Tyler Farmer, WSBA #39912
Attorneys for Defendants Intelius Inc.
and Intelius Sales Company, LLC

KELLER ROHRBACK L.L.P.

By   s/Karin B. Swope
Mark A. Griffin, WSBA #16296
Karin B. Swope, WSBA #24015
Attorneys for Plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this ___ day of January, 2010.

HONORABLE RICARDO S. MARTINEZ

STIPULATION AND [PROPOSED] ORDER
SETTING DATE FOR DEFENDANTS' RESPONSE
TO PLAINTIFFS' CLASS ACTION COMPLAINT
FOR VIOLATIONS OF THE WASHINGTON
CONSUMER PROTECTION ACT AND
DECLARATORY RELIEF- 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717