HONORABLE RICARDO S. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually and on Behalf of all Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELIUS INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | CASE NO. C09-1485-RSM<br><br>STIPULATION AND ORDER SETTING DATE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT AND DECLARATORY RELIEF |

## **STIPULATION**

Plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer ("Plaintiffs") and Defendants Intelius Inc. and Intelius Sales LLC ("Defendants"), stipulate and agree as follows:

1. The parties previously agreed that Defendants' response to Plaintiffs' Class Action Complaint would be due on Friday, January 8, 2010.

2. The parties hereby agree that Defendants' response to Plaintiffs' Class Action Complaint shall be filed no later than Monday, January 11, 2010.
STIPULATION AND ORDER SETTING DATE FOR
DEFENDANTS' RESPONSE TO PLAINTIFFS'
CLASS ACTION COMPLAINT FOR VIOLATIONS
OF THE WASHINGTON CONSUMER PROTECTION
ACT AND DECLARATORY RELIEF- 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

3.     The parties further agree that Plaintiffs' opposition to a motion to dismiss, if such motion is filed, shall be due no later than February 19, 2010.

DATED this 6th day of January, 2010.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By    s/Tyler Farmer
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler Farmer, WSBA #39912
    Attorneys for Defendants Intelius Inc.
    and Intelius Sales Company, LLC

KELLER ROHRBACK L.L.P.

By    s/Karin B. Swope
    Mark A. Griffin, WSBA #16296
    Karin B. Swope, WSBA #24015
    Attorneys for Plaintiffs Bruce Keithly, Donovan
    Lee and Edith Anna Cramer

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 11 day of January, 2010.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SETTING DATE FOR
DEFENDANTS' RESPONSE TO PLAINTIFFS'
CLASS ACTION COMPLAINT FOR VIOLATIONS
OF THE WASHINGTON CONSUMER PROTECTION
ACT AND DECLARATORY RELIEF- 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717