IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually an on Behalf of all Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | Case No. C09-1485-RSM<br><br>DECLARATION OF RONALD V. THUNEN III IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT<br><br>**NOTED FOR:**<br>**Friday, February 26, 2010** |

I, RONALD V. THUNEN III, declare:

1.     I am Director of Program Management of the Consumer Business Unit of Intelius Inc. ("Intelius") defendant in the above captioned action. Prior to being appointed Director of Program Management, I was a lead program manager. I am making this declaration based on facts within my own personal knowledge and in support of Defendants' Motion to Dismiss Plaintiffs' Complaint and Defendants' Request for Judicial Notice. If called upon to do so, I would and could competently testify thereto.

DECLARATION OF RONALD V. THUNEN III
IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' COMPLAINT - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

2.	Attached hereto as Exhibit A is a true and correct copy of the Adaptive Marketing LLC "Family Safety" enrollment form webpage on the Intelius site displayed to plaintiff Lee/Cramer in June 2008.  The identical webpage is also attached as Exhibit A to the Declaration of Tyler L. Farmer.

3.	Attached hereto as Exhibit B are true and correct copies of Intelius Background Check check-out webpages, regenerated from Intelius' servers on January 11, 2010, as they were displayed to plaintiff Keithly on April 7, 2009 in connection with his purchase of a background check for $39.95 with a $10.00 discount for enrolling in a trial membership of Identity Protect.

4.	Attached hereto as Exhibit C are true and correct copies of Intelius Background Check check-out webpages, regenerated from Intelius' servers on January 11, 2010, as they existed on April 7, 2009 and would have been displayed to Mr. Keithly, had he elected to purchase the identical background check product for $49.95.

5.	The Identity Protect membership in which Mr. Keithly enrolled in the webpages attached as Exhibit B is an Intelius subscription service and is not affiliated with Adaptive Marketing LLC.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 11th day of January, 2010 at Bellevue, Washington.

RONALD V. THUNEN III

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2010, I served a true and correct copy of the foregoing DECLARATION OF RONALD V. THUNEN III IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT on the following individuals:

**Attorney for Plaintiffs**

Mark A. Griffin, WSBA #16296           _____ Messenger
Karin B. Swope, WSBA #24015            _____ Email
Keller Rohrback L.L.P.                  ✓ ECF
1201 Third Avenue, Suite 3200          _____ Facsimile
Seattle, WA 98101                      _____ US Mail
Telephone: (206) 623-1900
Fax: (206) 623-3384
Email: mgriffin@kellerrohrback.com
       kswope@kellerrohrback.com


Andrew N. Friedman                     _____ Messenger
Victoria S. Nugent                     _____ Email
Whitney R. Case                         ✓ ECF
Coehn Milstein Sellers & Toll P.L.L.C. _____ Facsimile
1100 New York Avenue, NW, Suite 500 West _____ US Mail
Washington, DC 20005-3964
Telephone: (202) 408-4600
Fax: (202) 408-4699
Email: afriedman@cohenmilstein.com
       vnugent@cohenmilstein.com
       wcase@cohenmilstein.com


_____
Susie Clifford

DECLARATION OF RONALD V. THUNEN III
IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' COMPLAINT - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717