# Exhibit A

# Thank You *your order has been successfully completed*

## Take our 2008 Community Safety Survey and claim $10.00 CASH BACK when you try Family Safety Report

Complete the survey below and the short registration form to claim $10.00 Cash Back as a member of Family Safety Report FREE for 7 days (Click Here for Details).

Does your neighborhood have a sex offender alert program?

○ Yes  ○ No  ○ I don't know

What card type did you use for your Intelius purchase today?

⊙ Credit Card  ○ Debit Card

### Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**
[_____]

**Confirm E-Mail Address:**
[_____]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Family Safety Report, a service provider of Intelius.

**[ YES And show my report ]**

Click once and wait

[ No, show my report ]



### Family Safety Report - Protect Your Family Now!

- **Locate registered sex offenders in your area**
- **Get e-mail alerts when convicted predators move near you**
- **Monitor sex offenders in multiple areas**

**OFFER DETAILS:**

Simply click "Yes" to activate your trial membership and take advantage of the great benefits that Family Safety Report has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by Family Safety Report on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-877-442-5710 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these offer details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to Family Safety Report. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Family Safety Report will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers**

\* Family Safety Report does not provide the Registered Sex offender Report. The report is administered and provided by Intelius and is subject to their Terms of Site Use and Terms & Conditions. Family Safety Report cannot guarantee the accuracy of or information provided within the report.

Privacy Policy | Terms and Conditions

© Copyright 2008 Family Safety Report - All Rights Reserved

# Exhibit B



**SEARCH IN PROGRESS**



Searching for **Jeffrey Bruce Keithly** in the state of **Washington**

Intelius is searching billions of current utility records, court records, county records, change of address records, property records, business records, and other public and publicly available information to find what you're looking for.

# INTELIUS
*Live in the know.™*

<< Return to Home

## Background Summary for Jeffrey Keithly in Snohomish, WA

Click on Name, Detail, and Available links for more information



**Jeffrey Keithly**
Birth Date: **Available**
Phone #: **Available**

**View Details**

**Locations:**                              **Available**

5 Addresses in Snohomish, WA



**View All Details**

**Home & Income:**

Avg. Income          **Available**
Avg. Home Value      **Available**



### A Complete Background Report Includes...

» Statewide Criminal Check
» Bankruptcies & Liens
» Current & Previous Addresses
» Contact Info
» Neighbors
» Neighborhood Info

**See Complete Background Report...**

» Sex Offender Check
» Small Claims & Judgments
» Relatives & Associates
» Home & Value Details
» People Search Report
» Much More Info...



**Continue >>**



**INTELIUS**
Live in the know.™

<< Return to Home

## You Have Selected The Following Package

○ **Background Report**

**LOCATIONS** FOR *JEFFREY KEITHLY*:
5 Addresses in **Snohomish, WA**

**COMPLETE REPORT INCLUDES (WHEN AVAILABLE):**

- **Statewide Criminal Check**
- **Bankruptcies & Liens**
- **Address History**
- Neighbors
- Neighborhood Info
- Alias Names

- **Sex Offender Check**
- **Small Claims & Judgements**
- **Relatives & Associates**
- Home Value & Details
- Satellite & Map Images
- Much More....

(View Sample)

$10 off

$39.95
**Add to Cart**
Special Price with Identity Protect

$49.95
**Add to Cart**
Limited Time Offer




Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliates | Directory | Volume Discounts

© 2003-2009 Intelius, Inc.




Exhibit B - Step No. 3


# INTELIUS
### Live in the know.™

<< Return to Home

## Background Report with Identity Protect Trial

### Order Summary

1. **Background Report** — $39.95
   *Identity Protect Discount. You saved $10.00.*
2. **Identity Protect Trial** — $0.00

**Total Charge** — $39.95

**Your Savings: $10.00**

After your 7 day free trial, if you do not cancel your Identity Protect membership your credit card will be billed $19.95 each month thereafter that you continue your membership. You may cancel anytime.

We are committed to protecting the information you provide. Intelius is both Verisign Security Certified and McAfee Secure Certified.






SECURE TRANSACTIONS

**LOCATIONS FOR JEFFREY KEITHLY:**
5 Addresses in Snohomish, WA

**COMPLETE REPORT INCLUDES (WHEN AVAILABLE):**

- **Statewide Criminal Check**
- **Bankruptcies & Liens**
- **Address History**
- Neighbors
- Neighborhood Info
- Alias Names
- **Sex Offender Check**
- **Small Claims & Judgements**
- **Relatives & Associates**
- Home Value & Details
- Satellite & Map Images
- Much More...

### Identity Protect Benefits

**Identity Protect Includes:**
- Monthly Credit Reports
- 24/7 Recovery Services
- Credit Monitoring
- Email Alerts
- Internet Scanning
- $25,000 Identity Theft Insurance
- 10% Off All Intelius Purchases
- Public Records Monitoring
- Real Time ID Theft Risk Score
- Much More

**Offer Details:**
Click "Continue" button to accept this special offer price and activate your trial membership to take advantage of the great benefits that Identity Protect has to offer. The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you use today with Intelius.com after the 7-day trial. Special Offer only available to Non Identity Protect Customer.

Additional Offer & Benefit Details | Terms & Conditions | Privacy Policy

$10 off

$39.95

**Continue**

**Remove Identity Protect**
Pay Regular Price of 49.95







# INTELIUS
*Live in the know.*

Sign In – My Intelius
Help: (888) 445-2727 | View My Reports

<< Return to Home

## SELECT ADD-ONS

**Add** ☐ **Premium Confirmation & Email Service** — $7.95
- Confirm Phone Connections & Current Addresses in this report against public utilities for Jeffrey Keithly
- Send this report to My Email Address.

**Add** ☐ **Federal and Nationwide County Criminal Check for Jeffrey Keithly** — $19.95

Federal and Nationwide County Criminal Check searches criminal records from county courts, department of corrections, administration of the courts, Federal Appellate and US District Courts. Offenses include (when available):

- Felonies
- Misdemeanors
- Federal Offenses
- Sexual Offenses
- Drug Trafficking
- Securities Fraud
- Tax Evasion
- And more...

Disclaimer

### Order Summary

1. Background Report — $39.95
   *Identity Protect Discount. You saved $10.00.*
2. Identity Protect Trial — $0.00

**Total Charge** — $39.95
**Your Savings: $10.00**



SECURE TRANSACTIONS

Continue

Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliates | Directory | Volume Discounts
© 2003-2009 Intelius, Inc.



Exhibit B - Step No. 5

Sign In – My Intelius
Help: (888) 445-2727 | View My Reports

# INTELIUS
*Live in the know.™*

<< Return to Home

## Account Sign In

**What is your Email Address?**

My Email Address is: [            ]

**Do you have an Intelius password?**
- ● No, I am a new customer.
- ○ Yes, I have a password: [            ]

Forgot your password?

[Continue]

### Order Summary

1. Background Report                                    $39.95
   *Identity Protect Discount. You saved $10.00.*
2. Identity Protect Trial                               $0.00

**Total Charge** **$39.95**
**Your Savings** **$10.00**



Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliates | Directory | Volume Discounts
© 2003-2009 Intelius, Inc.

Exhibit B - Step No. 6



Exhibit B - Step No. 7


**INTELIUS**
Live in the know.™

Hello Bruce,

Your order number 18775471 was placed on April 7th, 2009, 2:24 PM (PST). Thank you for placing your order with Intelius.com.

Your credit card statement will reflect a $39.95 charge from Intelius.com.

To access your reports purchased in the last 45 days, visit View My Reports.

## Order Details

| | | |
|---|---|---|
| 1 | Background Report | $39.95 |
| | *Identity Protect Discount. You saved $10.00.* | |
| 2 | Identity Protect Trial | $0.00 |
| | **Total Charge** | $39.95 |
| | Your Savings: $10.00 | |

**Customer Service Contact Information:**
- Contact Us via Email.
- ⓘ Club Intelius Phone Number: (866) 974-8187

Service Hours: Mon - Fri, 4:30AM - 10:00PM PST

This is an automated notification. Please do NOT reply to this e-mail.

Please print this page or note the order number for future reference.

Thank you for your business and making Intelius your trusted information source.

Best Regards,
**Intelius**

If you would like to unsubscribe, please contact Customer Service

[Close Window]

# Exhibit C

Exhibit C - Step No. 1



**INTELIUS**
Live in the know.™

SEARCH IN PROGRESS

Searching for **Jeffrey Bruce Keithly** in the state of **Washington**

Intelius is searching billions of current utility records, court records, county records, change of address records, property records, business records, and other public and publicly available information to find what you're looking for.


## INTELIUS
*Live in the know.™*

<< Return to Home

# Background Summary for Jeffrey Keithly in Snohomish, WA

Click on **Name**, **Detail**, and **Available** links for more information

**Locations:**      **Available**     **View All Details**



5 Addresses in Snohomish, WA

**Home & Income:**

Avg. Income    **Available**
Avg. Home Value    **Available**



**Jeffrey Keithly**
Birth Date: **Available**
Phone #: **Available**

**View Details**

### A Complete Background Report Includes...

» Statewide Criminal Check        » Sex Offender Check
» Bankruptcies & Liens        » Small Claims & Judgments
» Current & Previous Addresses        » Relatives & Associates
» Contact Info        » Home & Value Details
» Neighbors        » People Search Report
» Neighborhood Info        » Much More Info...
**See Complete Background Report...**

**Continue >>**






VeriSign SECURITY CERTIFIED    Inc. 500    McAfee SECURE TESTED 11-JAN    iapp corporate member

Exhibit C - Step No. 2

# INTELIUS
### Live in the know.™

<< Return to Home

**Background Report**

**LOCATIONS** FOR *JEFFREY KEITHLY*:
5 Addresses in Snohomish, WA

**COMPLETE REPORT INCLUDES (WHEN AVAILABLE):**

- **Statewide Criminal Check**
- **Bankruptcies & Liens**
- **Address History**
- Neighbors
- Neighborhood Info
- Alias Names

- **Sex Offender Check**
- **Small Claims & Judgements**
- **Relatives & Associates**
- Home Value & Details
- Satellite & Map Images
- Much More...

(View Sample)

You Have Selected The Following Package

$10 off

$39.95
**Add to Cart**
Special Price with Identity Protect

$49.95
**Add to Cart**
Limited Time Offer



McAfee SECURE
TESTED 11-JAN
SECURE TRANSACTIONS

# INTELIUS
### Live in the know.™

<< Return to Home

| SELECT ADD-ONS | | Order Summary | |
|---|---|---|---|
| | | 1. Background Report | $49.95 |
| | | Total Charge | $49.95 |

**Add** ☐ **Premium Confirmation & Email Service** — $7.95
- Confirm Phone Connections & Current Addresses in this report against public utilities for Jeffrey Keithly
- Send this report to My Email Address.

**Add** ☐ **Federal and Nationwide County Criminal Check for Jeffrey Keithly** — $19.95

Federal and Nationwide County Criminal Check searches criminal records from county courts, department of corrections, administration of the courts, Federal Appellate and US District Courts. Offenses include (when available):

- Felonies
- Misdemeanors
- Federal Offenses
- Sexual Offenses
- Drug Trafficking
- Securities Fraud
- Tax Evasion
- And more...

Disclaimer

[Continue]









Exhibit C - Step No. 4

**INTELIUS**
Live in the know.™

<< Return to Home

## Account Sign In

**What is your Email Address?**

My Email Address is:

**Do you have an Intelius password?**

● No, I am a new customer.
○ Yes, I have a password:

Forgot your password?

Continue

### Order Summary

1. Background Report     $49.95

**Total Charge**   **$49.95**







Exhibit C - Step No. 6

**INTELIUS**
Live in the know.™

<< Return to Home

## Create Your Account
To create your Intelius account, please complete the form below.

### Account Information

**Email Address**
Example: jsmith@hotmail.com

**Password**
Must be at least 6 characters

**Confirm Password**
Type password again to verify

**Subscribe to newsletter**
☐ Please send me exclusive discounts, coupons, and updates via the Intelius e-newsletter.

### Payment Information

**Payment Type** — Credit Card

**Credit Card Number** — No spaces or punctuation

**Credit Card Expiration** — Month / Year — What is this?

**Card Security Code (CVV)**

**Cardholder Name** — First and last name as shown on card

### Credit Card Billing Address

**Billing Country** — United States

**Street Address** — Example: 1234 Pine Ave.

**City / State** — Example: Bellevue — Select a State

**Zip / Postal Code** — Example: 98004

**Phone Number** — Example: 555-555-5555 (Optional)

Your credit card statement will reflect a charge from **Intelius for $49.95 for this purchase.**

**Confirm the Purchase and Show My Report**

By clicking the Confirm Purchase button above I accept the Intelius Terms and Conditions.

### Members Login

Email Address

Password

**Login**

### Order Summary

1. Background Report — $49.95

**Total Charge $49.95**



VeriSign Secured
McAfee SECURE — TESTED 11-JAN
SECURE TRANSACTIONS

FAQ | Terms & Conditions
© 2003-2009 Intelius, Inc.

VeriSign SECURITY CERTIFIED
McAfee SECURE — TESTED 11-JAN
Inc. 500
iapp