HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually an on Behalf of all Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | Case No. C09-1485-RSM<br><br>DECLARATION OF TYLER L. FARMER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT<br><br>**NOTED FOR:**<br>**Friday, February 26, 2010**<br>**(ORAL ARGUMENT REQUESTED)** |

I, Tyler L. Farmer, declare:

1. I am counsel of record to Defendants in the above captioned action, am over age 18, and competent to be a witness. I am making this declaration based on facts within my own personal knowledge and in support of Defendants' Motion to Dismiss Plaintiffs' Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of the Adaptive Marketing LLC "Family Safety" enrollment form webpage on the Intelius site displayed to plaintiff Lee/ Cramer in June 2008.

DECLARATION OF TYLER L. FARMER IN
SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' COMPLAINT - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700 FAX. (206) 623-8717

3. Attached hereto as Exhibit B are true and correct copies of the Adaptive Marketing LLC enrollment form webpages considered in the VistaPrint litigation.

4. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 11th day of January, 2010 at Seattle, Washington

_____
TYLER FARMER

DECLARATION OF TYLER L. FARMER IN
SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' COMPLAINT - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2010, I served a true and correct copy of the foregoing DECLARATION OF TYLER FARMER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT on the following individuals:

**Attorney for Plaintiffs**

| | |
|---|---|
| Mark A. Griffin, WSBA #16296 | _____ Messenger |
| Karin B. Swope, WSBA #24015 | _____ Email |
| Keller Rohrback L.L.P. | ✓ ECF |
| 1201 Third Avenue, Suite 3200 | _____ Facsimile |
| Seattle, WA 98101 | _____ US Mail |
| Telephone: (206) 623-1900 | |
| Fax: (206) 623-3384 | |
| Email: mgriffin@kellerrohrback.com | |
| kswope@kellerrohrback.com | |

| | |
|---|---|
| Andrew N. Friedman | _____ Messenger |
| Victoria S. Nugent | _____ Email |
| Whitney R. Case | ✓ ECF |
| Coehn Milstein Sellers & Toll P.L.L.C. | _____ Facsimile |
| 1100 New York Avenue, NW, Suite 500 West | _____ US Mail |
| Washington, DC 20005-3964 | |
| Telephone: (202) 408-4600 | |
| Fax: (202) 408-4699 | |
| Email: afriedman@cohenmilstein.com | |
| vnugent@cohenmilstein.com | |
| wcase@cohenmilstein.com | |

_/s/ Susie Clifford_
Susie Clifford

DECLARATION OF TYLER L. FARMER IN
SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' COMPLAINT - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700 FAX. (206) 623-8717