# Exhibit A



# Thank You, your order has been successfully completed

## Take our 2008 Community Safety Survey and claim $10.00 CASH BACK when you try Family Safety Report

Complete the survey below and the short registration form to claim $10.00 Cash Back as a member of Family Safety Report FREE for 7 days (**Click Here for Details**).

Does your neighborhood have a sex offender alert program?

- ⦿ Yes  ○ No  ○ I don't know

What card type did you use for your Intelius purchase today?

- ⦿ Credit Card  ○ Debit Card

### Please type in your email address below

By typing in your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured page)

E-Mail Address: [          ]

Confirm E-Mail Address: [          ]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Family Safety Report, a service provider of Intelius.

**YES - And show my report**
Click once and wait

No, show my report



INTELIUS
Live in the know.™

### Family Safety Report - Protect Your Family Now!

- **Locate registered sex offenders in your area**
- **Get e-mail alerts when convicted predators move near you**
- **Monitor sex offenders in multiple areas**

**OFFER DETAILS:**

Simply click "Yes" to activate your trial membership and take advantage of the great benefits that Family Safety Report has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by Family Safety Report on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-877-442-5710 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these offer details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to Family Safety Report. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Family Safety Report will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers**

* Family Safety Report does not provide the Registered Sex offender Report. The report is administered and provided by Intelius and is subject to their Terms of Site Use and Terms & Conditions. Family Safety Report cannot guarantee the accuracy or information provided within the report.

**Privacy Policy** | **Terms and Conditions**

© Copyright 2008 Family Safety Report - All Rights Reserved

# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>VISTAPRINT CORP MARKETING<br>AND SALES PRACTICES<br>LITIGATION | MDL 4:08-MD-1994<br><br>(This Document Relates to All Cases)<br><br>C.A. 09-cv-00353<br>C.A. 09-cv-00354 |

### DECLARATION OF MICHAEL QUINN

MICHAEL QUINN declares as follows:

1. I am currently employed by Adaptive Marketing LLC ("Adaptive") as Director, Online Marketing. Prior to that, I was the Director, Client Services responsible for Adaptive's relationship with VistaPrint, Ltd. ("VistaPrint).

2. I submit this declaration in support of the Adaptive's and Vertrue Incorporated's (collectively, "Adaptive Defendants") motion to dismiss for failure to state a claim and motion to dismiss for lack of subject matter jurisdiction.

3. Attached hereto are true and correct copies of the following exhibits:

   Exhibit A   An exemplar of the *VistaPrint Rewards* enrollment landing page in use at the time Kevin Woolley ("Woolley") and Laurel Hudson ("Hudson") enrolled

   Exhibit B   An exemplar of the *VistaPrint Rewards* enrollment landing page in use at the time Delores Gordon ("Gordon") enrolled

| | Exhibit C | An exemplar of the *VistaPrint Rewards* enrollment landing page in use at the time Renee West ("West") enrolled |
|---|---|---|
| | Exhibit D | An exemplar of the *Shopping Essentials+* enrollment landing page in use at the time Gordon enrolled |
| | Exhibit E | An exemplar of the *Shopping Essentials+* enrollment landing page in use at the time West enrolled |

4. A true and correct copy of Woolley's member record is attached hereto as Exhibit F. According to the record, *VistaPrint Rewards* first charged a monthly membership fee to his credit card on April 24, 2006, and automatically charged the monthly fee approximately every 30 days thereafter. Woolley cancelled his membership on April 18, 2008. He was issued a full refund on April 21, 2008.

5. A true and correct copy of Hudson's member record is attached hereto as Exhibit G. According to the record, Hudson provided a Rhode Island address when she enrolled in *VistaPrint Rewards*. *VistaPrint Rewards* first charged a monthly membership fee to her credit card on October 23, 2006, and automatically charged the monthly fee approximately every 30 days thereafter. Hudson cancelled her membership on September 8, 2008. She was issued a full refund on September 9, 2008.

Executed in Norwalk, Connecticut, this ____ of April, 2009 under the penalties of perjury pursuant to 28 U.S.C. § 1746.

_____
MICHAEL QUINN


# EXHIBIT A

 

**VistaPrint Rewards**
A special thank you with your purchase from VistaPrint

Thank You... please complete your survey and claim your reward —

**$10.00 CASH BACK!**

## $10.00 CASH BACK ON YOUR ORDER TODAY!

Thank you for your purchase from VistaPrint today! Complete your 2006 Consumer Survey and *VistaPrint Rewards*[SM] registration to claim your $10.00 Cash Back Award on the VistaPrint.com purchase you made today (Click here for $10.00 Cash Back details). Plus, get all the money-saving benefits of *VistaPrint Rewards*, a premier entertainment savings program!

### MEMBER REWARDS

 **Shopping and entertainment** - 20% Savings on gift cards[1] purchased through *VistaPrint Rewards* for leading retailers such as Barnes & Noble[2], BLOCKBUSTER®, Circuit City® and many others — for a savings of up to $1,000 per year. Benefit Details

 **Dining** - 20% savings on gift cards/certificates[1] purchased through *VistaPrint Rewards* for popular family restaurants, including Red Lobster®, Olive Garden® and more — for a savings of up to $160 per year. Benefit Details

 **Movie savings** - Movie tickets for $5.50. You may purchase up to 100 tickets annually through VistaPrint Rewards for many popular theaters. (For tickets redeemed in Manhattan, NY, it's up to $2.50 extra at the door.) Benefit Details

 **Online Travel Agency** - Up to 30% off hotel stays and car rentals, hundreds of dollars in airfare savings plus other great vacation deals through our exclusive Online Travel Agency[3].

**Offer Details:**
Simply click "Yes" to activate your trial membership and take advantage of the great savings that *VistaPrint Rewards* has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged by *VistaPrint Rewards* to the credit card you used today with VistaPrint after the 30-day FREE trial and then automatically charged each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call toll-free at 1-888-243-6185 and speak to a *VistaPrint Rewards* member representative within the first 30 days to cancel – you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing VistaPrint to securely transfer your name, address and credit card information to VistaPrint Rewards, a service provider of VistaPrint. No matter what, the FREE $10.00 Cash Back is yours to claim! Remember, you can call to cancel at any time and you will no longer be charged.

**2006 Member Survey**
Please complete your Survey below. Click on the answers you want and complete your information to claim your $10.00 Cash Back just for trying *VistaPrint Rewards* FREE for 30 days.

How do you make most of your travel-related purchases?

⦿ Online   ○ Offline   ○ Both

Do you dine out at least once a month?

⦿ Yes   ○ No   ○ Sometimes

Do you go to the movies at least once a month?

⦿ Yes   ○ No   ○ Sometimes

**Please enter the e-mail address you used to order from VistaPrint:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the left and authorize VistaPrint to securely transfer my name, address and credit card information to *VistaPrint Rewards*, a service provider of VistaPrint.

E-Mail

Confirm E-Mail

**Yes**

Click ONCE and wait.

No Thanks


**VistaPrint Rewards**

---

1 Participating vendors are neither sponsors, co-sponsors nor affiliates of VistaPrint Rewards. Gift card/certificate savings are an exclusive offer of VistaPrint Rewards and are valid only on gift cards/certificates purchased through VistaPrint Rewards. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. VistaPrint Rewards uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the VistaPrint Rewards website or call Member Savings for complete terms and conditions related to participating vendors.

2 Barnes & Noble is not a sponsor or co-sponsor of this promotion. Please see back of gift card for terms and conditions of use. Barnes & Noble is not liable for any alleged or actual claims related to this offer.

3 All travel is arranged by World Choice Travel. World Choice Travel is registered as a California Seller of Travel (Registration No. 2056372-50. Registration as a seller of travel does not constitute approval by the State of California); Nevada Seller of Travel (Registration No. 2004-0114); Florida Seller of Travel (Registration No. ST34200); and Washington Seller of Travel (Registration No. 602 119 764).

Privacy Policy | Terms and Conditions

©2006 *VistaPrint Rewards*. All Rights Reserved.

 VistaPrint

A special thank you with your purchase from VistaPrint

Thank You... please complete your survey and claim your reward

**$10.00 CASH BACK ON YOUR ORDER TODAY!**

Thank you for your purchase from VistaPrint today! Complete your 2006 Consumer Survey and *VistaPrint Rewards* registration to claim your $10.00 Cash Back Award on the VistaPrint.com purchase you made today (Click here for $10.00 Cash Back details). Plus, get all the money-saving benefits of *VistaPrint Rewards*, a premier entertainment savings program!

MEMBER REWARDS

 Shopping and entertainment - 20% Savings on gift cards purchased through *VistaPrint Rewards* for leading retailers such as Barnes & Noble, BLOCKBUSTER®, Circuit City® and many others — for a savings of up to $1,000 per year. Benefit Details

 Dining - 20% savings on gift cards/certificates purchased through *VistaPrint Rewards* for popular family restaurants, including Red Lobster®, Olive Garden® and more — for a savings of up to $160 per year. Benefit Details

 Movie savings - Movie tickets for $5.50. You may purchase up to 100 tickets annually through VistaPrint Rewards for many popular theaters. (For tickets redeemed in Manhattan, NY, it's up to $2.50 extra at the door.) Benefit Details

 Online Travel Agency - Up to 30% off hotel stays and car rentals, hundreds of dollars in airfare savings plus other great vacation deals through our exclusive Online Travel Agency.

**Offer Details:**
Simply click "Yes" to activate your trial membership and take advantage of the great savings that *VistaPrint Rewards* has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged by *VistaPrint Rewards* to the credit card you used today with VistaPrint after the 30-day FREE trial and then automatically charged each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call toll-free at 1-888-243-6185 and speak to a *VistaPrint Rewards* member representative within the first 30 days to cancel – you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing VistaPrint to securely transfer your name, address and credit card information to VistaPrint Rewards, a service provider of VistaPrint. No matter what, the FREE $10.00 Cash Back is yours to claim! Remember, you can call to cancel at any time and you will no longer be charged.

 $10.00 CASH BACK!

**2006 Member Survey**
Please complete your Survey below. Click on the answers you want and complete your information to claim your $10.00 Cash Back just for trying *VistaPrint Rewards* FREE for 30 days.

How do you make most of your travel-related purchases?

　Online　　Offline　　Both

Do you dine out at least once a month?

　Yes　　No　　Sometimes

Do you go to the movies at least once a month?

　Yes　　No　　Sometimes

**Please enter the e-mail address you used to order from VistaPrint:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the left and authorize VistaPrint to securely transfer my name, address and credit card information to *VistaPrint Rewards*, a service provider of VistaPrint.

E-Mail

Confirm E-Mail

 Yes

Click ONCE and wait.

No Thanks

 VistaPrint Rewards

1 Participating vendors are neither sponsors, co-sponsors nor affiliates of VistaPrint Rewards. Gift card/certificate savings are an exclusive offer of VistaPrint Rewards and are valid only on gift cards/certificates purchased through VistaPrint Rewards. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. VistaPrint Rewards uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the VistaPrint Rewards website or call Member Savings for complete terms and conditions related to participating vendors.

2 Barnes & Noble is not a sponsor or co-sponsor of this promotion. Please see back of gift card for terms and conditions of use. Barnes & Noble is not liable for any alleged or actual claims related to this offer.

3 All travel is arranged by World Choice Travel. World Choice Travel is registered as a California Seller of Travel (Registration No. 2056372-50. Registration as a seller of travel does not constitute approval by the State of California); Nevada Seller of Travel (Registration No. 2004-0114); Florida Seller of Travel (Registration No. ST34200); and Washington Seller of Travel (Registration No. 602 119 764).

Privacy Policy | Terms and Conditions

©2006 *VistaPrint Rewards*. All Rights Reserved.

**EXHIBIT B**

 

**VistaPrint Rewards**

A special thank you with your purchase from VistaPrint

Thank You... please complete your survey and claim your reward —

**$10.00 CASH BACK ON YOUR ORDER TODAY!**



Thank you for your purchase from VistaPrint today! Complete your 2007 Consumer Survey and *VistaPrint Rewards℠* registration to claim your $10.00 Cash Back Award on the VistaPrint.com purchase you made today (Click here for $10.00 Cash Back details). Plus, get all the money-saving benefits of *VistaPrint Rewards*, a premier entertainment savings program!

**MEMBER REWARDS**

 Shopping and entertainment — 20% Savings on gift cards[1] purchased through *VistaPrint Rewards* for leading retailers such as Barnes & Noble[2], BLOCKBUSTER®, Circuit City® and many others — for a savings of up to $1,000 per year. Benefit Details

 Dining — 20% savings on gift cards/certificates[1] purchased through *VistaPrint Rewards* for popular family restaurants, including Red Lobster®, Olive Garden® and more -- for a savings of up to $160 per year. Benefit Details

 Movie savings — Movie tickets for $5.50. You may purchase up to 100 tickets annually through VistaPrint Rewards for many popular theaters. (For tickets redeemed in Manhattan, NY, it's up to $2.50 extra at the door.) Benefit Details

 Online Travel Agency - Up to 30% off hotel stays and car rentals, hundreds of dollars in airfare savings plus other great vacation deals through our exclusive Online Travel Agency[3].

**2007 Member Survey**

Please complete your Survey below. Click on the answers you want and complete your information to claim your $10.00 Cash Back just for trying *VistaPrint Rewards* FREE for 30 days.

How do you make most of your travel-related purchases?

◉ Online   ○ Offline   ○ Both

Do you dine out at least once a month?

◉ Yes   ○ No   ○ Sometimes

Did you use a credit card or debit card today for your purchase on Vistaprint?

◉ Credit Card   ○ Debit Card

**Please enter the e-mail address you used to order from VistaPrint:**

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details. By clicking "Yes" I have read and agree to the Offer Details and authorize VistaPrint to securely transfer my name, address and credit/debit card information to *VistaPrint Rewards*, a service provider of VistaPrint.

E-Mail
[_____]

Confirm E-Mail
[_____]



Click ONCE and wait.

No Thanks

**Offer Details:**
Simply click "Yes" to activate your trial membership and take advantage of the great savings that *VistaPrint Rewards* has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged/debited by *VistaPrint Rewards* to the card you used today with VistaPrint after the 30-day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call toll-free at 1-888-243-6185 and speak to a *VistaPrint Rewards* member representative within the first 30 days to cancel — you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing VistaPrint to securely transfer your name, address and credit/debit card information to *VistaPrint Rewards*, a service provider of VistaPrint. No matter what, the FREE $10.00 Cash Back is yours to claim! Remember, you can call to cancel at any time and you will no longer be charged. If you used a debit card today, then beginning on or about 30 days from now, your monthly membership fee for *VistaPrint Rewards* will be automatically debited each month on or about that same date from the checking account associated with the debit card you provided today.



**VistaPrint Rewards**

1 Participating vendors are neither sponsors, co-sponsors nor affiliates of VistaPrint Rewards. Gift card/certificate savings are an exclusive offer of VistaPrint Rewards and are valid only on gift cards/certificates purchased through VistaPrint Rewards. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. VistaPrint Rewards uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the VistaPrint Rewards website or call Member Savings for complete terms and conditions related to participating vendors.

2 Barnes & Noble is not a sponsor or co-sponsor of this promotion. Please see back of gift card for terms and conditions of use. Barnes & Noble is not liable for any alleged or actual claims related to this offer.

3 All travel is arranged by World Choice Travel. World Choice Travel is registered as a California Seller of Travel (Registration No. 2056372-50. Registration as a seller of travel does not constitute approval by the State of California); Nevada Seller of Travel (Registration No. 2004-0114); Florida Seller of Travel (Registration No. ST34200); and Washington Seller of Travel (Registration No. 602 119 764).

Privacy Policy | Terms and Conditions

©2007 VistaPrint Rewards. All Rights Reserved.

# EXHIBIT C

 **VistaPrint Rewards**
A special thank you with your purchase from VistaPrint

Thank You... please complete your survey and claim your reward —

**$10.00 CASH BACK ON YOUR ORDER TODAY!**

Thank you for your purchase from VistaPrint today! Complete your 2008 Consumer Survey and *VistaPrint Rewards*[SM] registration to claim your $10.00 Cash Back Award on the VistaPrint.com purchase you made today (Click here for $10.00 Cash Back details). Plus, get all the money-saving benefits of *VistaPrint Rewards*, a premier entertainment savings program!

MEMBER REWARDS

 **$10.00 CASH BACK!**

 Shopping and entertainment - 20% Savings on gift cards[1] purchased through *VistaPrint Rewards* for leading retailers such as Barnes & Noble[2], BLOCKBUSTER®, Circuit City® and many others — for a savings of up to $1,000 per year. Benefit Details

 Dining - 20% savings on gift cards/certificates[1] purchased through *VistaPrint Rewards* for popular family restaurants, including Red Lobster®, Olive Garden® and more — for a savings of up to $160 per year. Benefit Details

 Movie savings - Movie tickets for $5.50. You may purchase up to 100 tickets annually through VistaPrint Rewards for many popular theaters. (For tickets redeemed in Manhattan, NY, it's up to $2.50 extra at the door.) Benefit Details

 Online Travel Agency - Up to 30% off hotel stays and car rentals, hundreds of dollars in airfare savings plus other great vacation deals through our exclusive Online Travel Agency[3].

**2008 Member Survey**
Please complete your Survey below. Click on the answers you want and complete your information to claim your $10.00 Cash Back just for trying *VistaPrint Rewards* FREE for 30 days.

How do you make most of your travel-related purchases?

⦿ Online  ○ Offline  ○ Both

Do you dine out at least once a month?

⦿ Yes  ○ No  ○ Sometimes

Did you use a credit card or debit card today for your purchase on Vistaprint?

⦿ Credit Card  ○ Debit Card

**Please enter the e-mail address you used to order from VistaPrint:**

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details. By clicking "Yes" I have read and agree to the Offer Details and authorize VistaPrint to securely transfer my name, address and credit/debit card information to *VistaPrint Rewards*, a service provider of VistaPrint.

(This is a secured 🔒 page.)

E-Mail
_____

Confirm E-Mail
_____

( **Yes** )
Click ONCE and wait.

No Thanks

**Offer Details:**
Simply click "Yes" to activate your trial membership and take advantage of the great savings that *VistaPrint Rewards* has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged/debited by *VistaPrint Rewards* to the card you used today with VistaPrint after the 30-day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call toll-free at 1-888-243-6185 and speak to a *VistaPrint Rewards* member representative within the first 30 days to cancel — you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing VistaPrint to securely transfer your name, address and credit/debit card information to *VistaPrint Rewards*, a service provider of VistaPrint. No matter what, the FREE $10.00 Cash Back is yours to claim! Remember, you can call to cancel at any time and you will no longer be charged. If you used a debit card today, then beginning on or about 30 days from now, your monthly membership fee for *VistaPrint Rewards* will be automatically debited each month on or about that same date from the checking account associated with the debit card you provided today.

 **VistaPrint Rewards**

---

1 Participating vendors are neither sponsors, co-sponsors nor affiliates of VistaPrint Rewards. Gift card/certificate savings are an exclusive offer of VistaPrint Rewards and are valid only on gift cards/certificates purchased through VistaPrint Rewards. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. VistaPrint Rewards uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the VistaPrint Rewards website or call Member Savings for complete terms and conditions related to participating vendors.

2 Barnes & Noble is not a sponsor or co-sponsor of this promotion. Please see back of gift card for terms and conditions of use. Barnes & Noble is not liable for any alleged or actual claims related to this offer.

3 All travel is arranged by World Choice Travel. World Choice Travel is registered as a California Seller of Travel (Registration No. 2056372-50. Registration as a seller of travel does not constitute approval by the State of California); Nevada Seller of Travel (Registration No. 2004-0114); Florida Seller of Travel (Registration No. ST34200); and Washington Seller of Travel (Registration No. 602 119 764).

Privacy Policy | Terms and Conditions

© 2008 *VistaPrint Rewards*. All Rights Reserved.

**EXHIBIT D**

## An Extra-Special Thank You
## with your purchase from  VistaPrint



**Start saving thousands of dollars right now!**
*Shopping Essentials+ makes it easy!*

**Click "YES" below to claim ANOTHER $10 Cash Back on the VistaPrint.com purchase you made today when you try *Shopping Essentials+* FREE for 30 days. (Click here for $10 Cash Back details).**

The *Shopping Essentials+* Savings Program offers you discounts on the everyday items you want and need such as:

• **Department Store Savings** – 20% Savings on gift cards1 purchased through *Shopping Essentials+* for leading department stores such as Dillard's, Kmart, Kohl's®, Macy's® and many others -- for a savings of up to $1,650. Benefit Details.

• **Entertainment & Recreation** – 20% Savings on gift cards1 purchased through *Shopping Essentials+* for popular entertainment and recreation stores, including Circuit City®, Media Play, Sports Authority® and more -- for a savings of up to $2,550. Benefit Details.

• **Personal & Home Care** – 20% Savings on gift cards1 purchased through *Shopping Essentials+* for top-name fashion and home retailers, such as Bath & Body Works®2, Linens 'n Things and more – for a savings of up to $2,700. Benefit Details.

• **Eye Care** – Save from 20% to 60% off eyewear -- frames, lenses, contact lenses and accessories -- at over 13,000 participating providers nationwide. Plus so much more.

Click here for Benefit Details.

**Claim $10 Cash Back Continue Below**

**Offer Details:**
☐ Please check here if using a debit card.
Simply click "Yes" to activate your trial membership and take advantage of the great savings that *Shopping Essentials+* has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged/debited by *Shopping Essentials+* to the credit/debit card you used today with VistaPrint after the 30-day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call us toll-free at 1-877-581-0181 within the first 30 days to cancel – you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing VistaPrint to securely transfer your name, address and credit/debit card information to *Shopping Essentials+*. No matter what, the FREE $10.00 Cash Back is yours to claim! Remember, *Shopping Essentials+* comes with our guarantee – you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 30 days from now, your monthly membership fee for *Shopping Essentials+* will be automatically debited each month on or about that same date from the checking account associated with the debit card you provided today.

**Please enter the e-mail address you used to order from VistaPrint:**

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details.
By Clicking "Yes" I have read and agree to the Offer Details displayed to the left and authorize VistaPrint to securely transfer my name, address and credit/debit card information to *Shopping Essentials+*.

E-Mail
[                    ]

Confirm E-Mail
[                    ]

**Yes**
Click ONCE and wait.

No Thanks


VistaPrint

1 Participating vendors are neither sponsors, co-sponsors nor affiliates of *Shopping Essentials+*. Gift card/certificate savings are an exclusive offer of *Shopping Essentials+* and are valid only on gift cards/certificates purchased through *Shopping Essentials+*. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. *Shopping Essentials+* uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the *Shopping Essentials+* website or call Member Savings for complete terms and conditions related to participating vendors.

2 Bath & Body Works is not a sponsor of this promotion. Savings offer is valid on gift card purchases made through *Shopping Essentials+* only and does not consist of in-store or online discounts. The Bath & Body Works® name and logo are registered trademarks of Bathco, Inc.

Privacy Policy | Terms and Conditions

©2007 *Shopping Essentials+*.

# EXHIBIT E

# An Extra-Special Thank You
# with your purchase from  VistaPrint



**Start saving thousands of dollars right now!**

*Shopping Essentials+* makes it easy!

Click "YES" below to claim ANOTHER $10 Cash Back on the VistaPrint.com purchase you made today when you try *Shopping Essentials+* FREE for 30 days. (Click here for $10 Cash Back details).

The *Shopping Essentials+* Savings Program offers you discounts on the everyday items you want and need such as:

- **Department Store Savings** – 20% Savings on gift cards1 purchased through *Shopping Essentials+* for leading department stores such as Dillard's, Kmart, Kohl's®, Macy's® and many others — for a savings of up to $1,650. Benefit Details.

- **Entertainment & Recreation** – 20% Savings on gift cards1 purchased through *Shopping Essentials+* for popular entertainment and recreation stores, including Circuit City®, Media Play, Sports Authority® and more — for a savings of up to $2,550. Benefit Details.

- **Personal & Home Care** – 20% Savings on gift cards1 purchased through *Shopping Essentials+* for top-name fashion and home retailers, such as Bath & Body Works®2, Linens 'n Things and more — for a savings of up to $2,700. Benefit Details.

- **Eye Care** – Save from 20% to 60% off eyewear — frames, lenses, contact lenses and accessories — at over 13,000 participating providers nationwide. Plus so much more.

Click here for Benefit Details.

**Claim $10 Cash Back** Continue Below

**Offer Details:**
☐ Please check here if using a debit card.
Simply click "Yes" to activate your trial membership and take advantage of the great savings that *Shopping Essentials+* has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged/debited by *Shopping Essentials+* to the credit/debit card you used today with VistaPrint after the 30-day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call us toll-free at 1-877-581-0181 within the first 30 days to cancel - you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing VistaPrint to securely transfer your name, address and credit/debit card information to *Shopping Essentials+*. No matter what, the FREE $10.00 Cash Back is yours to claim! Remember, *Shopping Essentials+* comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 30 days from now, your monthly membership fee for *Shopping Essentials+* will be automatically debited each month on or about that same date from the checking account associated with the debit card you provided today.


VistaPrint
BEST PRINTING BEST PRICES

**Please enter the e-mail address you used to order from VistaPrint:**

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details.
By Clicking "Yes" I have read and agree to the Offer Details displayed to the left and authorize VistaPrint to securely transfer my name, address and credit/debit card information to *Shopping Essentials+*.

E-Mail
[                    ]
Confirm E-Mail
[                    ]

**( Yes )**
Click ONCE and wait.

No Thanks

---

1 Participating vendors are neither sponsors, co-sponsors nor affiliates of *Shopping Essentials+*. Gift card/certificate savings are an exclusive offer of *Shopping Essentials+* and are valid only on gift cards/certificates purchased through *Shopping Essentials+*. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. *Shopping Essentials+* uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the *Shopping Essentials+* website or call Member Savings for complete terms and conditions related to participating vendors.

2 Bath & Body Works is not a sponsor of this promotion. Savings offer is valid on gift card purchases made through *Shopping Essentials+* only and does not consist of in-store or online discounts. The Bath & Body Works® name and logo are registered trademarks of Bathco, Inc.

Privacy Policy | Terms and Conditions

© 2008 *Shopping Essentials+*.