HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually an on Behalf of all Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | Case No. C09-1485-RSM<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT<br><br>**NOTED FOR:**<br>**Friday, February 26, 2010**<br>**(ORAL ARGUMENT REQUESTED)** |

Having considered Defendants' Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' Complaint, and good cause appearing, the Court hereby **GRANTS** Defendants' Request for Judicial Notice. The Court takes judicial notice of Exhibits A, B, and C, attached to the Declaration of Ronald V. Thunen III in Support of Defendants' Motion to Dismiss.

/ / /

[PROPOSED] ORDER GRANTING
DEFENDANTS' REQUEST FOR JUDICIAL
NOTICE IN SUPPORT OF MOTION TO
DISMISS PLAINTIFFS' COMPLAINT - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | DATED this ___ day of February, 2009. |
| 3 | |
| 4 | |
| 5 | _____<br>HONORABLE RICARDO S. MARTINEZ |

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By_____
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler Farmer, WSBA #39912
    Attorneys for Defendants Intelius Inc.
    and Intelius Sales, LLC

[PROPOSED] ORDER GRANTING
DEFENDANTS' REQUEST FOR JUDICIAL
NOTICE IN SUPPORT OF MOTION TO
DISMISS PLAINTIFFS' COMPLAINT - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on this \_\_11\_\_ day of January, 2010, I served a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND STRIKE CLASS ALLEGATIONS on the following individuals:

**Attorney for Plaintiffs**

| | |
|---|---|
| Mark A. Griffin, WSBA #16296<br>Karin B. Swope, WSBA #24015<br>Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Fax: (206) 623-3384<br>Email: mgriffin@kellerrohrback.com<br>        kswope@kellerrohrback.com | _____ Messenger<br>_____ Email<br> ✓  ECF<br>_____ Facsimile<br>_____ US Mail |
| Andrew N. Friedman<br>Victoria S. Nugent<br>Whitney R. Case<br>Coehn Milstein Sellers & Toll P.L.L.C.<br>1100 New York Avenue, NW, Suite 500 West<br>Washington, DC 20005-3964<br>Telephone: (202) 408-4600<br>Fax: (202) 408-4699<br>Email: afriedman@cohenmilstein.com<br>        vnugent@cohenmilstein.com<br>        wcase@cohenmilstein.com | _____ Messenger<br>_____ Email<br> ✓  ECF<br>_____ Facsimile<br>_____ US Mail |

_/s/ Susie Clifford_
Susie Clifford

[PROPOSED] ORDER GRANTING
DEFENDANTS' REQUEST FOR JUDICIAL
NOTICE IN SUPPORT OF MOTION TO
DISMISS PLAINTIFFS' COMPLAINT - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717