UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELIUS, INC., a Delaware corporation; and INTELIUS SALES, LLC, a Nevada limited liability company,<br><br>Defendant. | CASE NO. C09-1485RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

Upon review of the file in this matter, the Court finds cause for recusal. The case shall now be assigned to the Honorable Robert S. Lasnik, United States District Judge. All future documents filed in this case must bear the cause number C09-1485RSL and bear the Judge's name in the upper right hand corner of the document. The name of the Judge to whom this case was originally assigned should not appear on any future documents filed with the court.

Please make the necessary corrections to your records reflecting these changes.

Dated this 15th day of January, 2010.

BRUCE RIFKIN, Clerk

By: /s/Rhonda Stiles
     Deputy Clerk

MINUTE ORDER