THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually and on Behalf of all Others Similarly Situated,<br><br>         Plaintiffs,<br><br>  v.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>         Defendants. | No. 09-CV-1485<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND RENOTING MOTION |

## **STIPULATION**

Plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer ("Plaintiffs") and Defendants Intelius Inc. and Intelius Sales Company LLC ("Defendants"), stipulate and agree as follows:

1. The parties hereby agree that Plaintiffs' Opposition to Defendants' Motion to Dismiss Class Action Complaint and Plaintiffs' Opposition to Defendants' Request for Judicial Notice will be due on Friday, February 26, 2010.

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND RENOTING MOTION
(09-CV-1485)

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

2.  The parties hereby agree that Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Class Action Complaint and Defendants' Reply to Plaintiffs' Opposition to Defendants' Request for Judicial Notice will be due on Friday, March 5, 2010.

3.  Defendants' Motion to Dismiss and Request for Judicial Notice will be renoted to Friday, March 5, 2010.

DATED this 18th day of February, 2010.

KELLER ROHRBACK L.L.P.


By s/ Karin B. Swope
   Mark A. Griffin, WSBA #16296
   Karin B. Swope, WSBA #24015
   1201 Third Avenue, Suite 3200
   Seattle, WA  98101
   Tel:(206) 623-1900
   Fax: (206) 623-3384
   mgriffin@kellerrohrback.com
   kswope@kellerrohrback.com

COHEN MILSTEIN SELLERS & TOLL P.L.L.C.

   Andrew N. Friedman
   Victoria S. Nugent
   Whitney R. Case
   1100 New York Avenue, N.W., Suite 500 West
   Washington, DC  20005-3964
   Tel: (202) 408-4600
   Fax: (202 408-4699
   afriedman@cohenmilstein.com
   vnugent@cohenmilstein.com
   wcase@cohenmilstein.com

*Counsel for Plaintiffs Brue Keithly, Donovan Lee and Edith Anna Cramer*

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS AND RENOTING MOTION
(09-CV-1485)

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By <u>s/ Karin B. Swope (per authorization)</u>
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler Farmer, WSBA #39912
    999 Third Avenue, Suite 4400
    Seattle, Washington 98104
    Tel: (206) 623-1700
    Fax: (206) 623-8717
    arthurh@dhlt.com
    tylerf@dhlt.com

***Attorneys for Defendants Intelius Inc. and Intelius Sales Company, LLC***

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this _____ day of February, 2010

By _____
THE HONORABLE ROBERT S. LASNIK

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND RENOTING MOTION (09-CV-1485)

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2010, I caused to be served a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND RENOTING MOTION** on the following recipients via the method indicated:

Arthur W. Harrigan, Jr., WSBA #1751
Tyler Farmer, WSBA #39912
DANIELSON HARRIGAN LEYH & TOLLEFSON, LLP
999 Third Avenue, Suite 4400
Seattle, Washington 98104
Telephone: (206) 623-1700

*Attorneys for Intelius, Inc and Intelius Sales, LLC*

☒ Via ECF
☐ Via Hand Delivery
☐ Via U.S. First Class Mail
☐ Via facsimile to (206) 623-8717
☐ Via email to:
   arthurw@dhlt.com; and
   tylerf@dhlt.com

DATED this 18th day of February, 2010.

s/Karin B. Swope
Karin B. Swope

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND RENOTING MOTION
(09-CV-1485)

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384