THE HONORABLE ROBERT S. LASNIK

09-CV-01485-INDI

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | No. 09-CV-1485<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND RENOTING MOTION |

## STIPULATION

Plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer ("Plaintiffs") and Defendants Intelius Inc. and Intelius Sales Company LLC ("Defendants"), stipulate and agree as follows:

1.  The parties hereby agree that Plaintiffs' Opposition to Defendants' Motion to Dismiss Class Action Complaint and Plaintiffs' Opposition to Defendants' Request for Judicial Notice will be due on Friday, February 26, 2010.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS AND RENOTING MOTION
(09-CV-1485)

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

2.  The parties hereby agree that Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Class Action Complaint and Defendants' Reply to Plaintiffs' Opposition to Defendants' Request for Judicial Notice will be due on Friday, March 5, 2010.

3.  Defendants' Motion to Dismiss and Request for Judicial Notice will be renoted to Friday, March 5, 2010.

DATED this 18th day of February, 2010.

KELLER ROHRBACK L.L.P.

By s/ Karin B. Swope
Mark A. Griffin, WSBA #16296
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel:(206) 623-1900
Fax: (206) 623-3384
mgriffin@kellerrohrback.com
kswope@kellerrohrback.com

COHEN MILSTEIN SELLERS & TOLL P.L.L.C.

Andrew N. Friedman
Victoria S. Nugent
Whitney R. Case
1100 New York Avenue, N.W., Suite 500 West
Washington, DC 20005-3964
Tel: (202) 408-4600
Fax: (202 408-4699
afriedman@cohenmilstein.com
vnugent@cohenmilstein.com
wcase@cohenmilstein.com

*Counsel for Plaintiffs Brue Keithly, Donovan Lee and Edith Anna Cramer*

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND RENOTING MOTION
(09-CV-1485)

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By <u>s/ Karin B. Swope (per authorization)</u>
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler Farmer, WSBA #39912
    999 Third Avenue, Suite 4400
    Seattle, Washington 98104
    Tel: (206) 623-1700
    Fax: (206) 623-8717
    arthurh@dhlt.com
    tylerf@dhlt.com

*Attorneys for Defendants Intelius Inc. and Intelius Sales Company, LLC*

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 22nd day of February, 2010

By _/s/ Robert S. Lasnik_
THE HONORABLE ROBERT S. LASNIK

---

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME
TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS AND RENOTING MOTION
(09-CV-1485)

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384