THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, individually and on Behalf of all Other Similarly Situated,, ) ) ) ) | No. C09-1485RSL |
| Plaintiffs, ) ) | **DECLARATION OF KARIN B. SWOPE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. ) | |
| INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLCS, A Nevada Limited Liability Company,, ) ) ) ) | |
| ) | **NOTE ON MOTION CALENDAR FOR:     March 5, 2010** |
| Defendant. ) ) | |
| | **ORAL ARGUMENT REQUESTED** |

I, Karin B. Swope, do certify and state:

1.      I am a partner at Keller Rohrback, LLP, one of the two firms representing Plaintiffs in this case. I submit this declaration with Plaintiffs' Opposition to Defendants' Motion to Dismiss.

2.      Attached hereto as Exhibit "1" is a true and correct copy of Aggressive Sales Tactics on the Internet and Their Impact on American Consumer, Staff Report for Chairman Rockefeller, United States Senate Committee on Commerce, Science, and Transportation, (Nov. 16, 2009).

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    3.    Attached hereto as Exhibit "2" is a true and correct copy of the Prepared

2   Statement of Robert J. Meyer presented to the United States Senate Committee on Commerce,

3   Science, and Transportation (Nov. 17, 2009).

4    4.    Attached hereto as Exhibit "3" is a true and correct copy of the Testimony of

5   Florencia Marotta-Wurgler before the United States Senate Committee on Commerce, Science,

6   and Transportation (Nov. 17, 2009).

7    I certify under penalty of perjury that all of the foregoing statements made by me are true

8   and correct.

9    DATED this 26th day of February, 2010.

10

11

12    By s/ Karin B. Swope
     Mark A. Griffin, WSBA #16296
13     Karin B. Swope, WSBA #24015
     KELLER ROHRBACK L.L.P.
14     1201 Third Avenue, Suite 3200
     Seattle, WA  98101
15     Tel:(206) 623-1900
     Fax: (206) 623-3384
16

17     Andrew N. Friedman
     Victoria S. Nugent
18     Whitney R. Case
     COHEN MILSTEIN SELLERS & TOLL
19     P.L.L.C.
     1100 New York Avenue, N.W., Suite 500 West
20     Washington, DC  20005-3964
     Tel: (202) 408-4600
21     Fax: (202 408-4699

22

23     *Counsel for Plaintiffs Bruce Keithly, Donovan
     Lee and Edith Anna Cramer*

24

25

26

DECLARATION OF KARIN B. SWOPE IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS
(09-CV-1485 RSL) Page - 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 26, 2010, I caused to be served a true and correct copy

of the **DECLARATION OF KARIN B. SWOPE IN SUPPORT OF PLAINTIFFS'**

**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** on the following recipients via

the method indicated:

Arthur W. Harrigan, Jr., WSBA #1751
Tyler Farmer, WSBA #39912
DANIELSON HARRIGAN LEYH &
TOLLEFSON, LLP
999 Third Avenue, Suite 4400
Seattle, Washington 98104
Telephone:  (206) 623-1700

*Attorneys for Intelius, Inc and
    Intelius Sales, LLC*

☒ Via ECF
☐ Via Hand Delivery
☐ Via U.S. First Class Mail
☐ Via facsimile to (206) 623-8717
☐ Via email to:
            arthurw@dhlt.com; and
            tylerf@dhlt.com

DATED this 26th day of February, 2010.

s/Karin B. Swope
Karin B. Swope

DECLARATION OF KARIN B. SWOPE IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS
(09-CV-1485 RSL) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384