HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually and on Behalf of all Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELIUS INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | CASE NO. C09-1485-RSL<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE AND RENOTING OF MOTION |

## STIPULATION

Plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer ("Plaintiffs") and Defendants Intelius Inc. and Intelius Sales LLC ("Defendants"), stipulate and agree as follows:

1. The parties hereby agree that Defendants' Reply in Support of Its Motion to Dismiss Class Action Complaint and Request for Judicial Notice will be due on Monday, March 8, 2010.

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO DISMISS
AND REQUEST FOR JUDICIAL NOTICE AND
RENOTING OF MOTION - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

2. Defendants' Motion to Dismiss and Request for Judicial Notice will be renoted to Monday, March 8, 2010.

DATED this 4th day of March, 2010.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


By     s/Tyler Farmer
       Arthur W. Harrigan, Jr., WSBA #1751
       Tyler Farmer, WSBA #39912
       Attorneys for Defendants Intelius Inc.
       and Intelius Sales Company, LLC

KELLER ROHRBACK L.L.P.


By     s/Karin B. Swope
       Mark A. Griffin, WSBA #16296
       Karin B. Swope, WSBA #24015
       1201 Third Avenue, Suite 3200
       Seattle, WA  98101
       Telephone:  (206) 623-1900
       Fax:  (206) 623-3384

COHEN MILSTEIN SELLERS & TOLL P.L.L.C.

       Andrew N. Friedman
       Victoria S. Nugent
       Whitney R. Case
       1100 New York Avenue NW, Suite 500 West
       Washington, DC 20005-3964
       Telephone:  (202) 408-4600
       Fax:  (202) 408-4699

       Attorneys for Plaintiffs Bruce Keithly, Donovan
       Lee and Edith Anna Cramer

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO DISMISS
AND REQUEST FOR JUDICIAL NOTICE AND
RENOTING OF MOTION - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this ___ day of March, 2010.

_____
HONORABLE ROBERT S. LASNIK

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO DISMISS
AND REQUEST FOR JUDICIAL NOTICE AND
RENOTING OF MOTION - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717