# Exhibit A



# Thank You — your order has been successfully completed

## Take our 2008 Community Safety Survey and claim $10.00 CASH BACK when you try Family Safety Report

Complete the survey below and the short registration form to claim $10.00 Cash Back as a member of Family Safety Report FREE for 7 days (Click Here for Details).

Does your neighborhood have a sex offender alert program?
○ Yes  ○ No  ○ I don't know

What card type did you use for your Intelius purchase today?
○ Credit Card  ○ Debit Card

### Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

E-Mail Address: _____

Confirm E-Mail Address: _____

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Family Safety Report, a service provider of Intelius.

**YES And show my report**

Click once and wait

No, show my report

### Family Safety Report - Protect Your Family Now!

- Locate registered sex offenders in your area
- Get e-mail alerts when convicted predators move near you
- Monitor sex offenders in multiple areas

**OFFER DETAILS:**

Simply click "Yes" to activate your trial membership and take advantage of the great benefits that Family Safety Report has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by Family Safety Report on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-877-442-5710 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these offer details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to Family Safety Report. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Family Safety Report will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers**

* Family Safety Report does not provide the Registered Sex offender Report. The report is administered and provided by Intelius and is subject to their Terms of Site Use and Terms & Conditions. Family Safety Report cannot guarantee the accuracy of or information provided within the report.

Privacy Policy | Terms and Conditions

© Copyright 2008 Family Safety Report - All Rights Reserved

# Exhibit B

Exhibit B - Step No. 1



INTELIUS
Live in the know.™

SEARCH IN PROGRESS

Searching for **Jeffrey Bruce Keithly** in the state of Washington

Intelius is searching billions of current utility records, court records, county records, change of address records, property records, business records, and other public and publicly available information to find what you're looking for.

# INTELIUS
*Live in the know.™*

Sign In – My Intelius
Help: (888) 445-2727 | View My Reports

<< Return to Home

## Background Summary for Jeffrey Keithly in Snohomish, WA

Click on Name, Detail, and Available links for more information



**Jeffrey Keithly**
Birth Date: **Available**
Phone #: **Available**

View Details

**Locations:**
5 Addresses in Snohomish, WA    **Available**    View All Details

**Home & Income:**
Avg. Income    **Available**
Avg. Home Value    **Available**



**A Complete Background Report Includes...**

» Statewide Criminal Check
» Bankruptcies & Liens
» Current & Previous Addresses
» Contact Info
» Neighbors
» Neighborhood Info

» Sex Offender Check
» Small Claims & Judgments
» Relatives & Associates
» Home & Value Details
» People Search Report
» Much More Info...

**See Complete Background Report...**

Continue >>



VeriSign SECURITY CERTIFIED · Inc. 500 · McAfee SECURE TESTED 11-JAN · iapp corporate member

Exhibit B - Step No. 2

**INTELIUS** — Live in the know.™

Sign In – My Intelius
Help: (888) 445-2727 | View My Reports

<< Return to Home

**You Have Selected The Following Package**

○ **Background Report**

**LOCATIONS FOR JEFFREY KEITHLY:**
5 Addresses in Snohomish, WA

**COMPLETE REPORT INCLUDES (WHEN AVAILABLE):**

- **Statewide Criminal Check**
- **Bankruptcies & Liens**
- **Address History**
- Neighbors
- Neighborhood Info
- Alias Names
- **Sex Offender Check**
- **Small Claims & Judgements**
- **Relatives & Associates**
- Home Value & Details
- Satellite & Map Images
- Much More....

(View Sample)

$39.95 — Add to Cart — Special Price with Identity Protect
$10 off
$49.95 — Add to Cart — Limited Time Offer





Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliates | Directory | Volume Discounts
© 2003-2009 Intelius, Inc.

VeriSign SECURITY CERTIFIED | Inc. 500 | McAfee SECURE TESTED 11-JAN | iapp corporate member



Exhibit B - Step No. 3



**INTELIUS**
*Live in the know.*

Sign In – My Intelius
Help: (888) 445-2727 | View My Reports

<< Return to Home

## Background Report with Identity Protect Trial

**LOCATIONS FOR JEFFREY KEITHLY:**
5 Addresses in Snohomish, WA

**COMPLETE REPORT INCLUDES (WHEN AVAILABLE):**
- Statewide Criminal Check
- Bankruptcies & Liens
- Address History
- Neighbors
- Neighborhood Info
- Alias Names
- Sex Offender Check
- Small Claims & Judgements
- Relatives & Associates
- Home Value & Details
- Satellite & Map Images
- Much More...

### Identity Protect Benefits

**Identity Protect Includes:**
- Monthly Credit Reports
- 24/7 Recovery Services
- Credit Monitoring
- Email Alerts
- Internet Scanning
- $25,000 Identity Theft Insurance
- 10% Off All Intelius Purchases
- Public Records Monitoring
- Real Time ID Theft Risk Score
- Much More

**Offer Details:**
Click "Continue" button to accept this special offer price and activate your trial membership to take advantage of the great benefits that Identity Protect has to offer. The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you use today with Intelius.com after the 7-day trial. Special Offer only available to Non Identity Protect Customer.

Additional Offer & Benefit Details | Terms & Conditions | Privacy Policy

### Order Summary

1. Background Report                                $39.95
   *Identity Protect Discount. You saved $10.00.*
2. Identity Protect Trial                           $0.00
   **Total Charge**                                 **$39.95**
   Your Savings: $10.00

After your 7 day free trial, if you do not cancel your Identity Protect membership your credit card will be billed $19.95 and each month thereafter that you continue your membership. You may cancel anytime.

We are committed to protecting the information you provide. Intelius is both VeriSign Security Certified and McAfee Secure Certified.






$10 off

$39.95
**Continue**

Remove Identity Protect
Pay Regular Price of 49.95

Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliates | Directory | Volume Discounts
© 2003-2009 Intelius, Inc.







**Exhibit B - Step No. 4**

# INTELIUS
*Live in the know.™*

**<< Return to Home**

## SELECT ADD-ONS

### Order Summary

| | |
|---|---|
| 1. Background Report | $39.95 |
| *Identity Protect Discount. You saved $10.00.* | |
| 2. Identity Protect Trial | $0.00 |
| **Total Charge** | **$39.95** |
| *Your Savings: $10.00* | |

| Add | | |
|---|---|---|
| ☐ | **Premium Confirmation & Email Service** | $7.95 |
| | ▪ Confirm Phone Connections & Current Addresses in this report against public utilities for Jeffrey Keithly | |
| | ▪ Send this report to My Email Address. | |

| Add | | |
|---|---|---|
| ☐ | **Federal and Nationwide County Criminal Check for Jeffrey Keithly** | $19.95 |
| | Federal and Nationwide County Criminal Check searches criminal records from county courts, department of corrections, administration of the courts, Federal Appellate and US District Courts. Offenses include (when available): | |
| | ▪ Felonies ▪ Sexual Offenses ▪ Tax Evasion | |
| | ▪ Misdemeanors ▪ Drug Trafficking ▪ And more... | |
| | ▪ Federal Offenses ▪ Securities Fraud | |

*Disclaimer*

**Continue**






Exhibit B - Step No. 5



Exhibit B - Step No. 6

**Exhibit B - Step No. 7**

# INTELIUS
*Live in the know.*

<< Return to Home

## Members Login
Email Address
Password
[Login]

## Order Summary
1. Background Report — $39.95
   *Identity Protect Discount. You saved $10.00.*
2. Identity Protect Trial — $0.00

**Total Charge $39.95**
**Your Club Savings $10.00**

VeriSign Secured
McAfee SECURE TESTED 11-JAN
SECURE TRANSACTIONS

## Create Your Account
To create your Intelius account, please complete the form below.

### Account Information
- **Email Address** — Example: jsmith@hotmail.com
- **Password** — Must be at least 6 characters
- **Confirm Password** — Type password again to verify
- **Subscribe to newsletter** — ☐ Please send me exclusive discounts, coupons, and updates via the Intelius e-newsletter.

### Payment Information
- **Payment Type**: Credit Card [VISA/MC/AMEX/Discover]
- **Credit Card Number** — No spaces or punctuation
- **Credit Card Expiration**: Month / Year — What is this?
- **Card Security Code (CVV)**
- **Cardholder Name** — First and last name as shown on card

### Credit Card Billing Address
- **Billing Country**: United States
- **Street Address** — Example: 1234 Pine Ave.
- **City / State** — Example: Bellevue / Select a State
- **Zip / Postal Code** — Example: 98004
- **Phone Number** — Example: 555-555-5555 (Optional)

Your credit card statement will reflect a charge from **Intelius for $39.95 for this purchase.**

**[Confirm the Purchase and Show My Report]**

By clicking the Confirm Purchase button above I accept the Intelius Terms and Conditions.

FAQ | Terms & Conditions
© 2003-2009 Intelius, Inc.

VeriSign SECURITY CERTIFIED
Inc. 500
McAfee SECURE TESTED 11-JAN
iapp



**Intelius**
Live in the know.™

Hello Bruce,

Your order number 18775471 was placed on April 7th, 2009, 2:24 PM (PST). Thank you for placing your order with Intelius.com.

Your credit card statement will reflect a $39.95 charge from Intelius.com.

To access your reports purchased in the last 45 days, visit View My Reports.

### Order Details

| | | |
|---|---|---|
| 1 | Background Report | $39.95 |
| | *Identity Protect Discount. You saved $10.00.* | |
| 2 | Identity Protect Trial | $0.00 |
| | **Total Charge** | $39.95 |
| | Your Savings: $10.00 | |

**Customer Service Contact Information:**
- Contact Us via Email.
- (i) Club Intelius Phone Number: (866) 974-6187

Service Hours: Mon - Fri, 4:30AM - 10:00PM PST

This is an automated notification. Please do NOT reply to this e-mail.

Please print this page or note the order number for future reference.

Thank you for your business and making Intelius your trusted information source.

Best Regards,
**Intelius**

If you would like to unsubscribe, please contact Customer Service

[Close Window]

Exhibit B - Step No. 8

# Exhibit C



Exhibit C - Step No. 1

INTELIUS
Live in the know.™

SEARCH IN PROGRESS

Searching for Jeffrey Bruce Keithly in the state of Washington

Intelius is searching billions of current utility records, court records, county records, change of address records, property records, business records, and other public and publicly available information to find what you're looking for.



<< Return to Home

Sign In – My Intelius
Help: (888) 445-2727 | View My Reports

# Background Summary for Jeffrey Keithly in Snohomish, WA

Click on Name, Detail, and Available links for more information

**Jeffrey Keithly**
Birth Date: Available
Phone #: Available

View Details

**Locations:**
5 Addresses in Snohomish, WA                                Available



**Home & Income:**
Avg. Income            Available
Avg. Home Value     Available

View All Details

**A Complete Background Report Includes...**
» Statewide Criminal Check
» Bankruptcies & Liens
» Current & Previous Addresses
» Contact Info
» Neighbors
» Neighborhood Info
See Complete Background Report...

» Sex Offender Check
» Small Claims & Judgments
» Relatives & Associates
» Home & Value Details
» People Search Report
» Much More Info...

Continue >>

Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliates | Directory | Volume Discounts
© 2003-2009 Intelius, Inc.



Exhibit C - Step No. 2







Exhibit C - Step No. 3

# Intelius
*Live in the know.™*

Sign In – My Intelius
Help: (888) 445-2727 | View My Reports

<< Return to Home

| SELECT ADD-ONS | | Order Summary | |
|---|---|---|---|
| | | 1. Background Report | $49.95 |
| | | Total Charge | $49.95 |

**Add** ☐ **Premium Confirmation & Email Service** — $7.95
- Confirm Phone Connections & Current Addresses in this report against public utilities for Jeffrey Keithly
- Send this report to My Email Address.

**Add** ☐ **Federal and Nationwide County Criminal Check for Jeffrey Keithly** — $19.95
Federal and Nationwide County Criminal Check searches criminal records from county courts, department of corrections, administration of the courts, Federal Appellate and US District Courts. Offenses include (when available):
- Felonies
- Misdemeanors
- Federal Offenses
- Sexual Offenses
- Drug Trafficking
- Securities Fraud
- Tax Evasion
- And more...

Disclaimer

[Continue]



Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliates | Directory | Volume Discounts
© 2003-2009 Intelius, Inc.

VeriSign SECURITY CERTIFIED | Inc. 500 | McAfee SECURE TESTED 11-JAN | iapp corporate member



Exhibit C - Step No. 4

# INTELIUS
*Live in the know.™*

Sign In – My Intelius
Help: (888) 445-2727 | View My Reports

<< Return to Home

## Account Sign In

**What is your Email Address?**
My Email Address is: [_____]

**Do you have an Intelius password?**
◉ No, I am a new customer.
○ Yes, I have a password: [_____]

[Continue]

Forgot your password?

### Order Summary
1. Background Report       $49.95

**Total Charge  $49.95**



Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliates | Directory | Volume Discounts
© 2003-2009 Intelius, Inc.

VeriSign SECURITY CERTIFIED | Inc. 500 | McAfee SECURE TESTED 11-JAN | iapp corporate member

Exhibit C - Step No. 5





Exhibit C - Step No. 6