THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, individually and on Behalf of all Other Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLCS, A Nevada Limited Liability Company, <br><br> Defendant. | No. C09-1485RSL <br><br> **PLAINTIFFS' NOTICE OF INTENT TO FILE A SURREPLY** |

Pursuant to Local Rule 7(g)(1), Plaintiffs in the above-referenced action hereby give notice of an intent to file a surreply in response to Defendants' Reply Brief and Declaration of Ronald Thunen III, filed on March 8, 2010.

PLAINTIFFS' NOTICE OF INTENT TO FILE A SURREPLY
(09-CV-1485) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    DATED this 10th day of March, 2010.

By s/Karin Swope
Mark A. Griffin, WSBA #16296
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
KELLER ROHRBACK L.L.P.
Seattle, WA 98101
Tel:(206) 623-1900
Fax: (206) 623-3384


Andrew N. Friedman
Victoria S. Nugent
Whitney R. Case
COHEN MILSTEIN SELLERS & TOLL P.L.L.C.
1100 New York Avenue, N.W., Suite 500 West
Washington, DC 20005-3964
Tel: (202) 408-4600
Fax: (202 408-4699

***Counsel for Plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer***

PLAINTIFFS' NOTICE OF INTENT TO FILE A SURREPLY
(09-CV-1485) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

1  I hereby certify that on March 10, 2010, I caused to be served a true and correct copy of the **PLAINTIFFS' NOTICE OF INTENT TO FILE A SURREPLY** on the following recipients via the method indicated:

| | |
|---|---|
| Arthur W. Harrigan, Jr., WSBA #1751<br>Tyler Farmer, WSBA #39912<br>DANIELSON HARRIGAN LEYH &<br>TOLLEFSON, LLP<br>999 Third Avenue, Suite 4400<br>Seattle, Washington 98104<br>Telephone: (206) 623-1700<br><br>*Attorneys for Intelius, Inc and<br>   Intelius Sales, LLC* | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☐ Via facsimile to (206) 623-8717<br>☐ Via email to:<br>         arthurw@dhlt.com; and<br>         tylerf@dhlt.com |

DATED this 10th day of March, 2010.

s/Karin B. Swope
Karin B. Swope

PLAINTIFFS' NOTICE OF INTENT TO FILE A SURREPLY
(09-CV-1485) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384