HONORABLE ROBERT S. LASNIK
HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually an on Behalf of all Other Similarly Situated, <br><br>         Plaintiffs, <br><br>   vs. <br><br> INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company, <br><br>         Defendants. | Case No.  C09-1485-RSL <br><br> DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CLASS COUNSEL <br><br> **NOTED FOR:** <br> **FRIDAY, APRIL 16, 2010** |
| MATTHEW BEBBINGTON, Individually and on Behalf of all Others Similarly Situated, <br><br>         Plaintiff, <br><br>   vs. <br><br> INTELIUS, INC., a Delaware Corporation; and INTELIUS SALES, LLC, a Nevada Limited Liability Company, <br><br>         Defendants. | Case No. C10-500-RAJ |

DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO CONSOLIDATE CASES AND
APPOINT INTERIM CLASS COUNSEL - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    Plaintiffs in the above-captioned matters have requested that the later-filed action,

2    *Bebbington v. Intelius, Inc. et al.*, be transferred to the Honorable Judge Robert Lasnik for

3    consolidation with *Keithly v. Intelius, Inc. et al.*, ("*Keithly*"), a pre-existing action.

4    Defendants Intelius, Inc. and Intelius Sales, LLC (collectively, "Intelius") do not

5    oppose Plaintiffs' request. However, Intelius respectfully submits that the request should not

6    delay or otherwise impact the Court's consideration of Intelius' pending Motion to Dismiss the

7    *Keithly* action (Docket No. 18), which has been fully briefed.

8    With respect to Plaintiffs' concurrent request for appointment of interim class counsel,

9    Intelius believes the request is both unnecessary and premature. As stated in the parties' Joint

10   Status Report, at the appropriate time, Intelius intends to oppose Plaintiffs' request for class

11   certification in these matters.

12   DATED this 12th day of April, 2010.

13   DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

14

15   By

16   Arthur W. Harrigan, Jr., WSBA #1751
     Tyler L. Farmer, WSBA #39912

17   Christopher T. Wion, WSBA #33207
     Attorneys for Defendants Intelius Inc. and Intelius

18   Sales Company LLC

19

20

21

22

23

24

25

DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO CONSOLIDATE CASE AND
APPOINT INTERIM CLASS COUNSEL - 2

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2010, I served a true and correct copy of

the foregoing on the following individuals:

**Attorney for Plaintiffs**

Mark A. Griffin, WSBA #16296
Karin B. Swope, WSBA #24015
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  (206) 623-1900
Fax:  (206) 623-3384
Email:  mgriffin@kellerrohrback.com
        kswope@kellerrohrback.com

_____ Messenger
_____ Email
___✓___ ECF
_____ Facsimile
_____ US Mail


Andrew N. Friedman
Victoria S. Nugent
Whitney R. Case
Coehn Milstein Sellers & Toll P.L.L.C.
1100 New York Avenue, NW, Suite 500 West
Washington, DC  20005-3964
Telephone:  (202) 408-4600
Fax:  (202) 408-4699
Email:  afriedman@cohenmilstein.com
        vnugent@cohenmilstein.com
        wcase@cohenmilstein.com

_____ Messenger
_____ Email
___✓___ ECF
_____ Facsimile
_____ US Mail


_Susie Clifford_

DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO CONSOLIDATE CASE AND
APPOINT INTERIM CLASS COUNSEL - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717