HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WASHINGTON
8                      AT SEATTLE

9

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually an on Behalf of all Other Similarly Situated, | Case No.  C09-1485-RSL |
| Plaintiffs, | DECLARATION OF CHRISTOPHER WION IN SUPPORT OF DEFENDANTS' MOTION FOR (1) TEMPORARY STAY OF DISCOVERY AND (2) CONDITIONAL REQUEST FOR BIFURCATION OF DISCOVERY |
| vs. | |
| INTELIUS INC., A Delaware Corporation; and INTELIUS SALES COMPANY LLC, A Nevada Limited Liability Company, | **Noted:  Friday, May 7, 2010** |
| Defendants. | |

17          I, Christopher Wion, swear under penalty of perjury under the laws of the State of

18   Washington to the following:

19          1.      I am counsel of record to Defendants in the above captioned action, am over age

20   18, and competent to be a witness.  I am making this declaration based on facts within my own

21   personal knowledge and in support of Defendants' Motion for (1) Temporary Stay of Discovery

22   and (2) Conditional Request for Bifurcation of Discovery.

23          2.      On April 19, 2010, I called Plaintiffs' counsel, Karin Swope, to request an

24   extension of the time for Intelius to respond to Plaintiffs' First Set of Requests for Production

25   of Documents to Defendants ("Plaintiffs' First RFPs"), at least until after a ruling on Intelius'

DECL OF WION IN SUPPORT OF DEFS
MOTION FOR (1) TEMPORARY STAY OF
DISCOVERY AND (2) CONDITIONAL REQ
FOR BIFURCATION OF DISCOVERY - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1  pending Motion to Dismiss.  In a second call later that afternoon, Ms. Swope declined the

2  request for an extension.

3      3.      Attached as Exhibit 1 is a true and correct copy of Plaintiffs' First RFPs, dated

4  March 26, 2010.

5      4.      Attached as Exhibit 2 is a true and correct copy of an April 21, 2010 letter that I

6  sent to Ms. Swope.

7      5.      Attached hereto as Exhibit 3 is a true and correct copy of an email exchange I

8  had with Plaintiffs' counsel, Ms. Swope and Mark Griffin, spanning the dates April 21 to April

9  28.

10     6.      On April 23, in a conference call with Ms. Swope and Mr. Griffin to discuss the

11  issues raised in my letter of April 21, Plaintiffs' counsel declined Intelius' request for a

12  temporary stay and bifurcated discovery.  Instead, they proposed (a) to extend the deadline for

13  Intelius' response to Plaintiffs' First RFPs by 30 days, but only if (b) Intelius were to promptly

14  produce (i) all documents it has provided to the Washington State Attorney General in

15  connection with any inquiry relating to post-transaction marketing and (ii) all documents

16  produced to the plaintiffs in *Baxter v. Intelius, et al.*, a case against Intelius and Adaptive

17  pending in the Central District of California under Case No. 8:09-cv-01031-AG MLG (and

18  which pre-dates the instant case by approximately two months).  Under the proposal, Plaintiffs

19  retained the right to pursue each RFP at the end of the 30-day extension, without any

20  allowance for the pendency of Intelius' Motion to Dismiss or any distinction between

21  discovery on certification issues and discovery on the merits.

22     7.      Attached as Exhibit 4 is a true and correct copy of Intelius' Objections and

23  Responses to Plaintiffs' First RFPs, dated April 28, 2010.

24

25

DECL OF WION IN SUPPORT OF DEFS
MOTION FOR (1) TEMPORARY STAY OF
DISCOVERY AND (2) CONDITIONAL REQ
FOR BIFURCATION OF DISCOVERY - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    8.    Attached as Exhibit 5 is a true and correct copy of a signed Order dated

2    February 25, 2009 in *Vistaprint Corp. Marketing and Sales Practices Litigation*, MDL 4:08-

3    md-1994, USDC, Southern District of Texas, Houston Division.

4    DATED this 2 8ᵗʰ day of April, 2010 in Seattle, Washington.

5

6    CHRISTOPHER WION

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECL OF WION IN SUPPORT OF DEFS
MOTION FOR (1) TEMPORARY STAY OF
DISCOVERY AND (2) CONDITIONAL REQ
FOR BIFURCATION OF DISCOVERY - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2010, I served a true and correct copy of the foregoing document on the following individuals:

**Attorney for Plaintiffs**

| | |
|---|---|
| Mark A. Griffin, WSBA #16296 | _____ Messenger |
| Karin B. Swope, WSBA #24015 | _____ Email |
| Keller Rohrback L.L.P. | __X__ ECF |
| 1201 Third Avenue, Suite 3200 | _____ Facsimile |
| Seattle, WA 98101 | _____ US Mail |
| Telephone: (206) 623-1900 | |
| Fax: (206) 623-3384 | |
| Email: mgriffin@kellerrohrback.com | |
| kswope@kellerrohrback.com | |

| | |
|---|---|
| Andrew N. Friedman | _____ Messenger |
| Victoria S. Nugent | _____ Email |
| Whitney R. Case | __X__ ECF |
| Coehn Milstein Sellers & Toll P.L.L.C. | _____ Facsimile |
| 1100 New York Avenue, NW, Suite 500 West | _____ US Mail |
| Washington, DC 20005-3964 | |
| Telephone: (202) 408-4600 | |
| Fax: (202) 408-4699 | |
| Email: afriedman@cohenmilstein.com | |
| vnugent@cohenmilstein.com | |
| wcase@cohenmilstein.com | |

_____

LINDA BLEDSOE

DECL OF WION IN SUPPORT OF DEFS
MOTION FOR (1) TEMPORARY STAY OF
DISCOVERY AND (2) CONDITIONAL REQ
FOR BIFURCATION OF DISCOVERY - 4