THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE KEITHLY, DONOVAN LEE, and ) 
EDITH ANNA CRAMER, individually and on ) 
Behalf of all Other Similarly Situated,, ) Case No. C09-1485 RSL
 )
                        Plaintiffs, ) **[PROPOSED] ORDER GRANTING**
 ) **PLAINTIFFS' MOTION TO**
      v. ) **CONSOLIDATE PRIOR TO MOTION**
 ) **TO DISMISS OR, IN THE**
INTELIUS, INC., A Delaware Corporation; and ) **ALTERNATIVE, TO SUPPLEMENT**
INTELIUS SALES, LLCS, A Nevada Limited ) **THE KEITHLY COMPLAINT**
Liability Company,, )
 )
                        Defendants. )
 )

Plaintiffs BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER (hereinafter, "Plaintiffs") Motion to Consolidate prior to adjudicating the Motion to Dismiss or, in the Alternative, to Supplement the Keithly Complaint comes before the Court. The Court having considered the motion and all relevant pleadings finds and rules as follows:

IT IS HEREBY ORDERED that Plaintiffs' Motion to Consolidate or, in the Alternative, to Supplement The Keithly Complaint is GRANTED.

1.    The Court hereby consolidates and merges the Keithly and Bebbington Actions.

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO
CONSOLIDATE OR TO SUPPLEMENT THE COMPLAINT
(C09-1485) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

2.  Plaintiffs' Motion to Supplement the Keithly Complaint is GRANTED. Plaintiffs may file the proposed Supplemental Complaint, attached as Exhibit A to the Swope Declaration, within three days of the date of this Order.

It is so ordered.

DATED this _____ day of _____, 2010.

_____
ROBERT S. LASNIK
United States District Judge

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE OR TO SUPPLEMENT THE COMPLAINT
(C09-1485) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384