THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | No. C09-1485RSL<br><br>**DECLARATION OF KARIN B. SWOPE IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE CASES PRIOR TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SUPPLEMENT THE KEITHLY COMPLAINT** |

Pursuant to 28 U.S.C. § 1746, I, Karin B. Swope, declare as follows:

1. I am Counsel representing the Plaintiffs in this matter and am licensed to practice in this State. I make this Declaration based on personal knowledge and am competent to testify to the matters set forth herein.

2. Exhibit A is a true and correct copy of Plaintiffs' Proposed Supplemental Complaint with proposed additions in redline.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DECLARATION OF KARIN B. SWOPE IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE CASES PRIOR TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SUPPLEMENT THE KEITHLY COMPLAINT
(No. 09-cv-00045 RAJ) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1 | Dated this 29th day of April, 2010 at Seattle, Washington.

/s/Karin B. Swope
Karin B. Swope, WSBA #24015

DECLARATION OF KARIN B. SWOPE IN SUPPORT OF
PLAINTIFFS' MOTION TO CONSOLIDATE CASES PRIOR TO
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO
SUPPLEMENT THE KEITHLY COMPLAINT
(No. 09-cv-00045 RAJ) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2010, I caused to be served a true and correct copy of the DECLARATION OF KARIN B. SWOPE IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE CASES PRIOR TO MOTION TO DISMISS OR, IN THE ALTERNATIVE TO SUPPLEMENT THE KEITHLY COMPLAINT on the following recipients via the method indicated:

| | |
|---|---|
| Arthur W. Harrigan, Jr., WSBA #1751<br>Tyler Farmer, WSBA #39912<br>DANIELSON HARRIGAN LEYH & TOLLEFSON, LLP<br>999 Third Avenue, Suite 4400<br>Seattle, Washington 98104<br>Telephone: (206) 623-1700<br><br>*Attorneys for Intelius, Inc and Intelius Sales, LLC* | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☐ Via facsimile to (206) 623-8717<br>☐ Via email to:<br>   arthurw@dhlt.com; and<br>   tylerf@dhlt.com |

DATED this 29th day of April, 2010.

/s/Karin B. Swope
Karin B. Swope

---

DECLARATION OF KARIN B. SWOPE IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE CASES PRIOR TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SUPPLEMENT THE KEITHLY COMPLAINT
(No. 09-cv-00045 RAJ) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384