HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually an on Behalf of all Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | Case No. C09-1485-RSL<br><br>STIPULATION AND (PROPOSED) ORDER RE-NOTING INTELIUS' MOTION FOR (1) TEMPORARY STAY OF DISCOVERY AND (2) CONDITIONAL REQUEST FOR BIFURCATION OF DISCOVERY<br><br>**NOTED: Tuesday, May 4, 2010**<br><br>**Clerk's Action Required** |

**STIPULATION**

Plaintiffs Bruce Keithly, Donoven Lee, and Edith Anna Cramer, and Defendants Intelius, Inc. and Intelius Sales, LLC, stipulate and agree as follows:

1.  Defendants' Motion for (1) Temporary Stay of Discovery and (2) Conditional Request for Bifurcation of Discovery (Dkt. No. 45) (the "Motion") is presently noted for consideration on May 7, 2010.

STIPULATION AND (PROPOSED) ORDER RE-NOTING INTELIUS' MOTION FOR STAY AND BIFURCATION OF DISCOVERY - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1      2.    The parties agree that the Motion shall be re-noted for May 14, 2010. Plaintiffs' response brief shall be due on <u>May 10</u> and Defendants' reply shall be due on <u>May 14</u>.

    3.    This change will not affect the trial date.

STIPULATED, AGREED TO, AND PRESENTED BY:

| Dated: May 4, 2010 | Dated: May 4, 2010 |
|---|---|
| KELLER ROHRBACK | DANIELSON HARRIGAN LEYH & TOLLEFSON, LLP |
| By /s/ Karin B. Swope<br>   Mark A. Griffin, WSBA #16296<br>   Karin B. Swope, WSBA #24015<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Phone: 206-623-1900<br>Fax: 206-623-3384 | By /s/ Christopher T. Wion<br>   Arthur W. Harrigan, Jr., WSBA #1751<br>   Christopher Wion, WSBA #33207<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Phone: 206-623-1700<br>Fax: 206-623-8717 |
| Attorneys for Plaintiffs Keithly, et al. | Attorneys for Defendants Intelius Inc. and Intelius Sales, LLC |

## (PROPOSED) ORDER

It is so Ordered.

DATED this ____ day of May, 2010.

                              HONORABLE ROBERT S. LASNIK
                              UNITED STATES DISTRICT JUDGE

STIPULATION AND (PROPOSED) ORDER RE-NOTING INTELIUS' MOTION FOR STAY AND BIFURCATION OF DISCOVERY - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2010, I served a true and correct copy of the foregoing document on the following individuals:

**Attorney for Plaintiffs**

| | |
|---|---|
| Mark A. Griffin, WSBA #16296<br>Karin B. Swope, WSBA #24015<br>Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Fax: (206) 623-3384<br>Email: mgriffin@kellerrohrback.com<br>        kswope@kellerrohrback.com | _____ Messenger<br>_____ Email<br>__X__ ECF<br>_____ Facsimile<br>_____ US Mail |
| Andrew N. Friedman<br>Victoria S. Nugent<br>Whitney R. Case<br>Coehn Milstein Sellers & Toll P.L.L.C.<br>1100 New York Avenue, NW, Suite 500 West<br>Washington, DC 20005-3964<br>Telephone: (202) 408-4600<br>Fax: (202) 408-4699<br>Email: afriedman@cohenmilstein.com<br>        vnugent@cohenmilstein.com<br>        wcase@cohenmilstein.com | _____ Messenger<br>_____ Email<br>__X__ ECF<br>_____ Facsimile<br>_____ US Mail |

_____
LINDA BLEDSOE

STIPULATION AND (PROPOSED) ORDER RE-
NOTING INTELIUS' MOTION FOR STAY AND
BIFURCATION OF DISCOVERY - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717