HONORABLE ROBERT S. LASNIK

| |||||| ||||| ||||| ||||| ||||| ||||| |||| ||||
| |||||| ||| ||||||| ||||| ||| ||||

**09-CV-01485-AF**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually an on Behalf of all Other Similarly Situated,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>                    Defendants. | Case No. C09-1485-RSL<br><br>STIPULATION AND (PROPOSED) ORDER RE-NOTING INTELIUS' MOTION FOR (1) TEMPORARY STAY OF DISCOVERY AND (2) CONDITIONAL REQUEST FOR BIFURCATION OF DISCOVERY<br><br>**NOTED: Tuesday, May 4, 2010**<br><br>**Clerk's Action Required** |

### STIPULATION

Plaintiffs Bruce Keithly, Donoven Lee, and Edith Anna Cramer, and Defendants

Intelius, Inc. and Intelius Sales, LLC, stipulate and agree as follows:

1.      Defendants' Motion for (1) Temporary Stay of Discovery and (2) Conditional

Request for Bifurcation of Discovery (Dkt. No. 45) (the "Motion") is presently noted for

consideration on May 7, 2010.

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    2.    The parties agree that the Motion shall be re-noted for May 14, 2010.  Plaintiffs'

2  response brief shall be due on May 10 and Defendants' reply shall be due on May 14.

3    3.    This change will not affect the trial date.

4    STIPULATED, AGREED TO, AND PRESENTED BY:

5  Dated: May 4, 2010                            Dated:  May 4, 2010

6  KELLER ROHRBACK                          DANIELSON HARRIGAN LEYH &
                                            TOLLEFSON, LLP
7

8  By   /s/ Karin B. Swope_____            By   /s/ Christopher T. Wion_____
       Mark A. Griffin, WSBA #16296              Arthur W. Harrigan, Jr., WSBA #1751
9      Karin B. Swope, WSBA #24015               Christopher Wion, WSBA #33207
   1201 Third Avenue, Suite 3200            999 Third Avenue, Suite 4400
10 Seattle, WA 98101-3052                   Seattle, WA 98104
   Phone: 206-623-1900                      Phone: 206-623-1700
11 Fax: 206-623-3384                        Fax: 206-623-8717

12 Attorneys for Plaintiffs Keithly, et al.   Attorneys for Defendants Intelius Inc. and
                                            Intelius Sales, LLC
13

14                      **(PROPOSED) ORDER**

15    It is so Ordered.

16    DATED this 5ᵗʰ day of May, 2010.

17                        _____
                         /s/ M. S. Lasnik
18                       HONORABLE ROBERT S. LASNIK
                         UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717