THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE KEITHLY, DONOVAN LEE, and
EDITH ANNA CRAMER, individually and on
Behalf of all Other Similarly Situated,

                                    Plaintiffs,

        v.

INTELIUS, INC., A Delaware Corporation; and
INTELIUS SALES, LLCS, A Nevada Limited
Liability Company,

                                    Defendants.

Case No. C09-1485 RSL

**WITHDRAWAL OF PLAINTIFFS'
MOTION TO SUPPLEMENT
COMPLAINT & NOTICE OF
CONSENT TO FILE AMENDED
COMPLAINT**

        Plaintiffs hereby withdraw their Motion to Consolidate Cases Prior to Motion to Dismiss

or, in the alternative, to Supplement the Keithly Complaint. (Doc. # 47).  Pursuant to Federal

Rule of Civil Procedure 15(a)(2), Plaintiffs have received written consent from opposing counsel

to file the amended pleading submitted as Exhibit A to the Swope Declaration filed on April 29,

2010.  (Dkt # 48)  Accordingly, Plaintiffs' file a clean version (without redlines) of such

supplemental pleading herewith.

WITHDRAWAL OF PLAINTIFFS' MOTION TO SUPPLEMENT
COMPLAINT & NOTICE OF CONSENT TO FILE AMENDED
COMPLAINT  (C09-1485) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    DATED this 10th day of May, 2010.

2

3                                      By /s/ Mark A. Griffin
                                          Mark A. Griffin, WSBA #16296
4                                         Karin B. Swope, WSBA #24015
                                          1201 Third Avenue, Suite 3200
5                                         KELLER ROHRBACK L.L.P.
                                          Seattle, WA  98101
6                                         Tel: (206) 623-1900
                                          Fax: (206) 623-3384
7

8                                         Andrew N. Friedman
                                          Victoria S. Nugent
9                                         Whitney R. Case
                                          COHEN MILSTEIN SELLERS & TOLL
10                                        P.L.L.C.
                                          1100 New York Avenue, N.W., Suite 500 West
11                                        Washington, DC  20005-3964
                                          Tel: (202) 408-4600
12                                        Fax: (202 408-4699

13
                                          *Counsel for Plaintiffs Bruce Keithly, Donovan
14                                        Lee and Edith Anna Cramer*

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on May 10, 2010, I caused to be served a true and correct copy of the

3

*WITHDRAWAL OF PLAINTIFFS' MOTION TO SUPPLEMENT COMPLAINT & NOTICE OF*

4

*CONSENT TO FILE AMENDED COMPLAINT* on the following recipients via the method

5

indicated:

6

7

Arthur W. Harrigan, Jr., WSBA #1751          ☒ Via ECF
Tyler Farmer, WSBA #39912                    ☐ Via Hand Delivery

8

DANIELSON HARRIGAN LEYH &                    ☐ Via U.S. First Class Mail
TOLLEFSON, LLP                               ☐ Via facsimile to (206) 623-8717

9

999 Third Avenue, Suite 4400                 ☐ Via email to:
Seattle, Washington 98104                              arthurw@dhlt.com; and

10

Telephone:  (206) 623-1700                             tylerf@dhlt.com

11

*Attorneys for Intelius, Inc and*
*    Intelius Sales, LLC*

12

13

DATED this 10th day of May, 2010.

14

15

16

/s/ Mark A. Griffin
Mark A. Griffin

17

18

19

20

21

22

23

24

25

26

WITHDRAWAL OF PLAINTIFFS' MOTION TO SUPPLEMENT
COMPLAINT & NOTICE OF CONSENT TO FILE AMENDED
COMPLAINT  (C09-1485) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384