THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company, <br><br> Defendants. | No. C09-1485RSL <br><br> DECLARATION OF MARK A. GRIFFIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR (1) TEMPORARY STAY OF DISCOVERY AND (2) CONDITIONAL REQUEST FOR BIFURCATION OF DISCOVERY |

Pursuant to 28 U.S.C. § 1746, I, Mark A. Griffin, declare as follows:

1.      I am Counsel representing the Plaintiff Class in this matter and am licensed to practice in this State.  I make this Declaration based on personal knowledge and am competent to testify to the matters set forth herein.

2.      On April 23, 2010, my co-counsel, Karin Swope, and I conducted a Rule 37 conference by telephone with Chris Wion, one of the attorneys representing Defendant in this matter.  At the beginning of this conference, I asked Mr. Wion why his client had not told the Court that they wanted a stay of discovery pending the Court's ruling on their motion to dismiss in the Joint Status Report.  He did not provide any explanation other than to say that the decision was "not strategic."

DECLARATION OF MARK A. GRIFFIN IN OPPOSITION
TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
FOR (1) TEMPORARY STAY OF DISCOVERY AND (2)
CONDITIONAL REQUEST FOR BIFURCATION OF DISCOVERY
(No. 09-cv-00045 RAJ) Page - 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    3.    During the Rule 37 conference, Plaintiffs tried to resolve the discovery disputes

2    that form the basis of Defendant's motion by offering a compromise designed to address some of

3    Defendant's concerns while allowing Plaintiffs to begin the discovery process.  Although

4    Defendant rejected this offer, Plaintiffs remain willing to postpone the deadline for Intelius'

5    substantive responses to Plaintiffs' first requests for production of documents until after the

6    Court's ruling on the pending motion to dismiss provided that Intelius provide copies of the

7    documents already produced in a related case in the Central District of California, *Baxter v.*

8    *Intelius Inc.*, *et al.*, Case No. 09-01031-AG-RSM, and to the Washington Attorney General's

9    office pursuant to an investigation for the very same post-marketing transactions at issue in this

10   case.  Attached as Exhibit A to this Declaration is a true and correct copy of the email exchange

11   with Mr. Wion memorializing this compromise offer.

12    I declare under penalty of perjury of the laws of the United States that the foregoing is

13   true and correct.

14    Dated this 10th day of May, 2010 at Seattle, Washington.

15

16

17   /s/Mark A. Griffin
     Mark A. Griffin, WSBA #16296

18

19

20

21

22

23

24

25

26

DECLARATION OF MARK A. GRIFFIN IN OPPOSITION
TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
FOR (1) TEMPORARY STAY OF DISCOVERY AND (2)
CONDITIONAL REQUEST FOR BIFURCATION OF DISCOVERY
(No. 09-cv-00045 RAJ) Page - 2

LAW OFFICES OF

**KELLER ROHRBACK L.L.P.**

1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2010, I caused to be served a true and correct copy of the

DECLARATION OF MARK A. GRIFFIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO

DEFENDANTS' MOTION FOR (1) TEMPORARY STAY OF DISCOVERY AND (2)

CONDITIONAL REQUEST FOR BIFURCATION OF DISCOVERY on the following

recipients via the method indicated:

Arthur W. Harrigan, Jr., WSBA #1751          ☒ Via ECF
Tyler Farmer, WSBA #39912                    ☐ Via Hand Delivery
DANIELSON HARRIGAN LEYH &                    ☐ Via U.S. First Class Mail
TOLLEFSON, LLP                               ☐ Via facsimile to (206) 623-8717
999 Third Avenue, Suite 4400                 ☐ Via email to:
Seattle, Washington 98104                              arthurw@dhlt.com; and
Telephone:  (206) 623-1700                             tylerf@dhlt.com

*Attorneys for Intelius, Inc and*
   *Intelius Sales, LLC*

DATED this 10th day of May, 2010.

/s/ Mark A. Griffin
Mark A. Griffin

DECLARATION OF MARK A. GRIFFIN IN OPPOSITION
TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
FOR (1) TEMPORARY STAY OF DISCOVERY AND (2)
CONDITIONAL REQUEST FOR BIFURCATION OF DISCOVERY
(No. 09-cv-00045 RAJ) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384