HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, and EDITH ANNA CRAMER, Individually an on Behalf of all Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | Case No. C09-1485-RSL<br><br>PRAECIPE TO ISSUE THIRD PARTY SUMMONS ON ADAPTIVE MARKETING |

TO THE CLERK OF THE COURT:

Please issue the attached Third Party Summons in this matter to:

Adaptive Marketing, LLC

DATED this 27th day of May, 2010.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By _____
Arthur W. Harrigan, Jr., WSBA #1751
Christopher Wion, WSBA #33207
Attorneys for Defendants Intelius Inc.
and Intelius Sales, LLC

PRAECIPE TO ISSUE THIRD-PARTY
SUMMONS - 1

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2010, I served a true and correct copy of the foregoing document on the following individuals:

**Attorney for Plaintiffs**

| | |
|---|---|
| Mark A. Griffin, WSBA #16296<br>Karin B. Swope, WSBA #24015<br>Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Fax: (206) 623-3384<br>Email: mgriffin@kellerrohrback.com<br>        kswope@kellerrohrback.com | _____ Messenger<br>_____ Email<br>__X__ ECF<br>_____ Facsimile<br>_____ US Mail |
| Andrew N. Friedman<br>Victoria S. Nugent<br>Whitney R. Case<br>Cohen Milstein Sellers & Toll P.L.L.C.<br>1100 New York Avenue, NW, Suite 500 West<br>Washington, DC 20005-3964<br>Telephone: (202) 408-4600<br>Fax: (202) 408-4699<br>Email: afriedman@cohenmilstein.com<br>        vnugent@cohenmilstein.com<br>        wcase@cohenmilstein.com | _____ Messenger<br>_____ Email<br>__X__ ECF<br>_____ Facsimile<br>_____ US Mail |

LINDA BLEDSOE

PRAECIPE TO ISSUE THIRD-PARTY
SUMMONS - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717