1

The Honorable Robert S. Lasnik

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

10  BRUCE KEITHLY et al.

11                    Plaintiffs,

12          v.

13  INTELIUS, INC. et al.,

14                    Defendants.

15

16

17  AND RELATED CASES

Case No: 09-cv-01485-RSL

**[PROPOSED] ORDER**
**GRANTING MOTION OF**
**LAURENCE D. PASKOWITZ TO**
**CONSOLIDATE RELATED**
**ACTIONS AND APPOINT LEAD**
**PLAINTIFF AND LEAD**
**COUNSEL**

NOTE ON MOTION CALENDAR:
June 18, 2010

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANT. MOT. TO
CONSOLIDATE AND APPOINT LEAD
[09-cv-01485-RSL] - 1

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1    THIS MATTER comes before the Court on the Motion ("Motion") of Laurence D.

2 Paskowitz to Consolidate Related Actions and for Appointment of Lead Plaintiff and

3 Lead Counsel.  In his Motion, Plaintiff Paskowitz requests that three related class actions

4 pending in this Court,  Keithly et al v. Intelius, Inc. et al., Case No. 09-cv-01485-RSL

5 ("Keithly"), Bebbington v. Intelius, Inc. et al., Case No. 10-cv-500-RSL ("Bebbington"),

6 and Paskowitz v. Intelius, Inc. et al., Case No. 10-cv-990 ("Paskowitz") be consolidated.

7 Plaintiff Paskowitz further requests that he be appointed as lead plaintiff of the

8 Consolidated Actions and that his counsel, the Felgoise Law Firm, be appointed as lead

9 counsel or alternatively, as one of no more than two co-lead counsel.

10    Upon the submissions of the parties and the review of the pleadings and the other

11 papers previously filed herein, and upon the consideration by the Court, it is hereby

12    ORDERED that Paskowitz's Motion is GRANTED as follows:

13    1.    Keithly, Bebbington, and Paskowitz (collectively, the "Consolidated

14        Actions") are hereby consolidated for all purposes pursuant to Rule 42(a) of

15        the Federal Rules of Civil Procedure;

16    2.    The Master Docket and Master File for the Consolidated Actions shall be

17        Civil Action No. 09-cv-01485-RSL.  Every pleading and other papers filed

18        in the Consolidated Actions shall bear the following caption:

19

20 IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

21

22 ---------------------------------------------------------x

IN RE INTELIUS CONSUMER LITIGATION        Master File No. 09-cv-01485-RSL

23 ---------------------------------------------------------x

24

25    3.    All orders, pleadings, motions and other documents shall, when filed and

26        docketed in the Master File, be deemed filed and docketed in each

27        individual case to the extent applicable;

28

[PROPOSED] ORDER GRANT. MOT. TO
CONSOLIDATE AND APPOINT LEAD
[09-cv-01485-RSL] - 2

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1   4.   Plaintiff Paskowitz is hereby appointed lead plaintiff for the Consolidated

2        Actions;

3   5.   Paskowitz's counsel, the Felgoise Law Firm is hereby be appointed as

4        interim class counsel pursuant to Rule 23(g) of the Federal Rules of Civil

5        Procedure;

6   6.   All subsequently-filed class or individual actions against the Defendants

7        alleging the same or similar claims as alleged in the Consolidated Actions

8        shall be consolidated under the case: In re INTELIUS CONSUMER

9        LITIGATION, Master File No. 09-cv-01485-RSL; and

10  7.   The parties shall confer on the timing for the filing of a Consolidated

11       Complaint and the timing of Defendants' response, an submit and

12       appropriate Stipulation and Order to the Court.

13       Dated this _____ day of _____, 2010.

14

15                                    _____
                                      UNITED STATES DISTRICT JUDGE
                                      ROBERT S. LASNIK
16

17       Presented By,

18       **NEWMAN & NEWMAN,**
         **ATTORNEYS AT LAW, LLP**
19

20  By:  _____
         Derek Linke, WSBA No. 38314
21       John Du Wors, WSBA No. 33987

22       Brian M. Felgoise (*pro hac vice* to be filed)
         **FELGOISE LAW FIRM**
23

24       Roy Jacobs (*pro hac vice* to be filed)
         **ROY JACOBS & ASSOCIATES**

25

26

27

28

[PROPOSED] ORDER GRANT. MOT. TO
CONSOLIDATE AND APPOINT LEAD
[09-cv-01485-RSL] - 3

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800