The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE KEITHLY; DONOVAN LEE; and EDITH ANNA CRAMER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTELIUS, INC. et al.,<br><br>Defendants.<br><br>AND RELATED CASES | Case No: 09-cv-01485-RSL<br><br>**SUPPLEMENT TO MOTION OF LAURENCE D. PASKOWITZ TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>NOTE ON MOTION CALENDAR: June 18, 2010 |

Plaintiff Laurence D. Paskowitz ("Paskowitz") has moved for an Order: (a) consolidating the three above-captioned related class action cases involving alleged misconduct by defendant Intelius, Inc. ("Intelius") and others acting in concert with it; (b) appointing Paskowitz as lead plaintiff for these actions; and (c) appointing his counsel as lead counsel (or, alternatively, as one of no more than two co-lead counsel) (the "Motion") (Dkt. No. 60).

At the time of the Motion, Counsel was unaware of the Court's May 28, 2010 Order appointing the firms of Cohen Milstein Sellers & Toll P.L.L.C. and Keller Rohrback L.L.P as lead counsel and their clients as lead plaintiffs. The issues raised by Plaintiff Paskowitz's Motion indicate that the current lead status be re-examined in light

of the significant issues raised in the Motion and the claims asserted in the Paskowitz Complaint which were never asserted by current counsel.

Accordingly, Plaintiff Paskowitz respectfully requests that the Motion be considered as a request for reassessment of the current lead counsel and lead plaintiff appointments and for a modification of the May 28, 2010 Order.

In the alternative, should the Motion not be granted, Paskowitz respectfully requests that the Court treat the Motion as a request for Intervention as of right pursuant to Rule 24(a) of the Federal Rules of Civil Procedure. Paskowitz relies on his Complaint as the Complaint in Intervention.

Dated this 4th day of June, 2010.

Respectfully Submitted,

By: _____
Derek Linke, WSBA No. 38314
John Du Wors, WSBA No. 33987
**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**
505 Fifth Avenue South, Suite 610
Seattle, WA  98104
Telephone:   (206) 274-2800
Facsimile:    (206) 274-2801
Email: linke@newmanlaw.com
Email: duwors@newmanlaw.com

Brian M. Felgoise (*pro hac vice* to be filed)
**FELGOISE LAW FIRM**
261 Old York Rd. Suite 518
Jenkintown, PA  19046
Telephone:   (215) 886-1900
Facsimile:    (215) 886-1909
Email: felgoiselaw@verizon.net

Roy Jacobs (*pro hac vice* to be filed)
**ROY JACOBS & ASSOCIATES**
One Grand Central Place
60 East 42nd Street 46th Floor
New York, NY  10165
Telephone:   (212) 867-1156
Facsimile:    (212) 504-8343
Email: rjacobs@jacobsclasslaw.com

SUPP. TO MOT. TO CONSOLIDATE AND APPOINT LEAD [09-cv-01485-RSL] - 2

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800