THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, DONOVAN LEE, EDITH ANNA CRAMER, and MATTHEW BEBBINGTON, individually and on behalf of all others similarly situated,<br><br>                Interim Lead Plaintiffs,<br><br>v.<br><br>INTELIUS, INC., a Delaware Corporation; and INTELIUS SALES LLC, a Nevada Limited Liability Company,<br><br>                Defendants,<br><br>v.<br><br>ADAPTIVE MARKETING, LLC, a Delaware Limited Liability Company,<br><br>                Third Party Defendant. | No. C09-1485RSL<br><br>**DECLARATION OF MARK A. GRIFFIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br><br>**NOTED:  Friday, September 17, 2010**<br><br>**ORAL ARGUMENT REQUESTED** |

I, Mark A. Griffin, do certify and state:

1. I am a partner at the law firm Keller Rohrback, L.L.P., one of the two co-lead firms representing Lead Plaintiffs Bruce Keithly, Donovan Lee, Edith Anna Cramer, and Matthew Bebbington ("Plaintiffs") in this case. I submit this declaration in support of Plaintiffs'

DECLARATION OF MARK A. GRIFFIN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' RULE 12(c)
MOTION FOR JUDGMENT ON THE PLEADINGS
(C09-1485RSL) - Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1. Opposition to Defendants' Rule 12(c) Motion for Judgment on the Pleadings to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of "Aggressive Sales Tactics on the Internet and Their Impact on American Consumer," Staff Report for Chairman John D. Rockefeller IV of the United States Senate Committee on Commerce, Science, and Transportation, dated November 16, 2009.

3. Attached hereto as Exhibit B is a true and correct copy of the Prepared Statement of Robert J. Meyer presented to the United States Senate Committee on Commerce, Science, and Transportation, dated November 17, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of the Testimony of Florencia Marotta-Wurgler before the United States Senate Committee on Commerce, Science, and Transportation, dated November 17, 2009.

5. Attached hereto as Exhibit D is a true and correct copy of the Washington Attorney General's complaint against Intelius, Inc., filed on July 23, 2010 in King County Superior Court for the State of Washington.

6. Attached hereto as Exhibit E is a true and correct copy of the Consent Decree entered into between the Washington Attorney General and Intelius, Inc. to settle the claims asserted in the July 23, 2010 Washington Attorney General's complaint against Intelius, Inc. The Consent Decree was filed on August 10, 2010 in King County Superior Court for the State of Washington.

7. Attached hereto as Exhibit F is a true and correct copy of the April 5, 2010 letter from Karin B. Swope, one of the attorneys representing Plaintiffs, to the Washington State Office of the Attorney General transmitting copies of the complaints in *Keithly, et al. v. Intelius Inc.*, et al., C09-1485RSL and *Bebbington v. Intelius, Inc.*, et al., C10-500RAJ pursuant to RCW 19.86.095.

DECLARATION OF MARK A. GRIFFIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS (C09-1485RSL) - Page - 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

8. Attached hereto as Exhibit G is a true and correct copy of "FTC Negative Options: A Report By the Staff of the FTC Division of Enforcement" (2009).

9. Attached hereto as Exhibit H is a true and correct copy of "Intelius Consumer Site Terms and Conditions," which holds at paragraph 12 that "[t]his agreement shall be governed by Washington law."

10. Attached hereto as Exhibit I is a true and correct copy of "Dot Com Disclosures: Information About Online Advertising."

11. Attached hereto as Exhibit J is a true and correct copy of a letter from the state attorneys general of fourteen states submitted comments urging the FTC to address free-to-pay conversions in the revised rule and prohibit sharp practices like the ones seen here dated October 13, 2009.

I certify under penalty of perjury that all of the foregoing statements made by me are true and correct.

DATED this 13th day of September, 2010.

By /s/ Mark A. Griffin
Mark A. Griffin, WSBA #16296

DECLARATION OF MARK A. GRIFFIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS
(C09-1485RSL) - Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2010, I caused to be served a true and correct copy of the DECLARATION OF MARK A. GRIFFIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS on the following recipients via the method indicated:

| | |
|---|---|
| Arthur W. Harrigan, Jr., WSBA #1751<br>Chris Wion, WSBA #33207<br>Tyler Farmer, WSBA #39912<br>DANIELSON HARRIGAN LEYH & TOLLEFSON, LLP<br>999 Third Avenue, Suite 4400<br>Seattle, Washington 98104<br>Telephone:  (206) 623-1700<br><br>*Attorneys for Intelius, Inc and Intelius Sales, LLC* | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☐ Via facsimile to (206) 623-8717<br>☐ Via email to:<br>arthurw@dhlt.com; chrisw@dhlt.com and tylerf@dhlt.com |

DATED this 13th day of September, 2010.

/s/ Mark A. Griffin
Mark A. Griffin

CERTIFICATE OF SERVICE
(C09-1485RSL)

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384