**Exhibit F**

LAW OFFICES OF

# KELLER ROHRBACK L.L.P.

| | | | |
|---|---|---|---|
| LAURIE B. ASHTON ①⑨⑥⑪⑫ | LAURA R. GERBER | DEREK W. LOESER | AMY WILLIAMS-DERRY |
| IAN S. BIRK | GARY A. GOTTO ①⑪ | JOHN MELLEN ⑦ | MICHAEL WOERNER |
| JAMES A. BLOOM ②⑪ | MARK A. GRIFFIN | GRETCHEN S. OBRIST | BENSON D. WONG |
| STEPHEN R. BOATWRIGHT ③⑪⑥ | GARY D. GREENWALD ③⑨⑥⑪ | ROBERT S. OVER ⑧⑪ | DIANA M. ZOTTMAN |
| KAREN E. BOXX ⑪ | AMY N.L. HANSON ④ | AMY PHILLIPS | |
| GRETCHEN FREEMAN CAPPIO | IRENE M. HECHT | DAVID S. PREMINGER ⑧⑪ | ① ADMITTED IN ARIZONA |
| JASON P. CHUKAS | SCOTT C. HENDERSON | ERIN M. RILEY ⑨ | ② ADMITTED IN CALIFORNIA |
| T. DAVID COPLEY ⑨ | AMY E. HUGHES | ISAAC RUIZ | ③ ALSO ADMITTED IN ARIZONA |
| ALICIA M. CORBETT ⑧⑪⑫ | SARAH H. KIMBERLY | DAVID J. RUSSELL | ④ ALSO ADMITTED IN CALIFORNIA |
| CLAIRE CORDON⑪ | RON KILGARD ① ⑪⑫ | MARK D. SAMSON ③⑪⑥⑫ | ⑤ ALSO ADMITTED IN COLORADO |
| ROB J. CRICHTON⑪ | SUSAN A. KIM ⑥⑪ | LYNN LINCOLN SARKO ⑪⑫ | ⑥ ALSO ADMITTED IN IDAHO |
| CHLOETHIEL W. DEWEESE | DAVID J. KO | WILLIAM C. SMART | ⑦ ALSO ADMITTED IN ILLINOIS |
| MAUREEN M. FALECKI ⑧ | BENJAMIN J. LANTZ | THOMAS A. STERKEN | ⑧ ALSO ADMITTED IN MARYLAND |
| JULI FARRIS ⑥⑪ | HEIDI LANTZ | KARIN B. SWOPE | ⑨ ALSO ADMITTED IN MICHIGAN |
| RAYMOND J. FARROW | CARI CAMPEN LAUFENBERG | HAVILA C. UNREIN | ⑩ ADMITTED IN NEW YORK |
| ERIC J. FIERRO ③⑪⑫ | ELIZABETH A. LELAND | LAURENCE R. WEATHERLY | ❶ ALSO ADMITTED IN NEW YORK |
| GLEN P. GARRISON ⑥ | TANA LIN ③⑨⑪ | MARGARET E. WETHERALD ⑫ | ❷ ALSO ADMITTED IN OREGON |
| | | | ❸ ALSO ADMITTED IN OHIO |
| | | | ❹ ALSO ADMITTED IN WASHINGTON, D.C |
| | | | ❺ ALSO ADMITTED IN WISCONSIN |
| | | | ❻ NOT ADMITTED IN WASHINGTON |
| | | | ❼ OF COUNSEL |

April 5, 2010

Washington State Office of the Attorney General
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

> Re:   *Keithly, et al. v. Intelius, Inc., et al.* C09-1485RSL
> *Bebbington v. Intelius, Inc., et al.* C10-500RAJ

To Whom It May Concern:

Pursuant to RCW 19.86.095, please find enclosed herewith a copy of the original Class Action Complaint in the matter of *Keithly, et al. v. Intelius, Inc., et al.,* C09-1485RSL for violations of the Washington Consumer Protection Act and seeking Declaratory Relief, which was filed with the Western District of Washington court on October 19, 2009.   Enclosed also is the Class Action Complaint in the matter of *Bebbington v. Intelius, Inc., et al.,* C10-500RAJ, for violations of the Washington Consumer Protection Act and seeking Declaratory Relief, which was filed with the Western District Court on March 24, 2010.   A motion to consolidate these actions was filed April 1, 2010, and is currently pending.

If you have any additional questions, or need anything further from us, feel free to call.

Best regards,

Karin B. Swope

KBS:rr
Enclosures