___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

DEC 0 2 2010  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY, ET AL, INTERIM LEAD PLAINTIFFS<br>Plaintiff/Petitioner | Cause #:   09-1485RSL |
| VS.<br>INTELIUS, INC., A DELAWARE CORPORATION, ET AL,<br>DEFENDANTS<br>V.<br>ADAPTIVE MARKETING, LLC., A DELAWARE LIMITED LIABILITY COMPANY,<br>THIRD PARTY DEFENDANT<br>Defendant/Respondent | Declaration of Service of:<br><br>SUBPOENA IN A CIVIL CASE; DECLARATION OF BETTER BUSINESS BUREAU RECORDS CUSTODIAN; LETTER DATED NOVEMBER 18, 2010<br><br>Hearing Date:   Dec 20 2010 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Nov 24 2010 2:05PM at the address of 1000 STATION DR STE 222 DUPONT, within the County of PIERCE, State of WASHINGTON, the declarant duly served the above described documents upon BETTER BUSINESS BUREAU/RECORDS CUSTODIAN by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with ALLISON GRADER EXECUTIVE ASSISTANT, A white female approx. 25-30 years of age 5'2"-5'4" in height weighing 120-140 lbs with black hair.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: November 30, 2010 at Tacoma, WA

by _____
    S. Hickey    PCR #14340

Service Fee Total: $ 64.24



09-CV-01485-BOND

ORIGINAL
)OF OF SERVICE

Page 1 of 1

28459-8
Keller, Rohrback L.L.P.
1201 3rd Ave, #3200
Seattle, WA   98101
206 623-1900