THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY and DONOVAN LEE, Individually and on Behalf of all Others Similarly Situated,<br><br>　　　　　　　Interim Lead Plaintiffs,<br><br>　v.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>　　　　　　　Defendants<br><br>　v.<br><br>ADAPTIVE MARKETING, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Third Party Defendant. | No. C09-1485RSL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT<br><br>**Noted for Consideration:**<br>February 25, 2011 |

[PROPOSED] Order Granting Plaintiffs' Motion to Amend Complaint
(No. 09-cv-00045 RAJ) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## [PROPOSED] ORDER

Plaintiffs' Motion to Amend the Complaint is GRANTED. The Court ORDERS Plaintiffs to file the Second Amended Consolidation Complaint attached as Exhibit B to the Swope Declaration filed in support of the Motion to Amend the Complaint within 5 days of this Order.

It is so ORDERED.

DATED this 10th day of February, 2011.

_____
The Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

[PROPOSED] Order Granting Plaintiffs' Motion to Amend Complaint
(No. 09-cv-00045 RAJ) Page - 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Presented by:

KELLER ROHRBACK L.L.P.

By /s/ Karin B. Swope
Mark Griffin, WSBA # 16296
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900 / Fax: (206) 623-3384

Andrew N. Friedman
Victoria S. Nugent
Whitney R. Case
COHEN MILSTEIN SELLERS & TOLL P.L.L.C.
1100 New York Avenue, N.W., Suite 500 West
Washington, DC 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Interim Co-Lead Counsel for Interim Lead Plaintiffs*

[PROPOSED] Order Granting Plaintiffs' Motion to Amend Complaint
(No. 09-cv-00045 RAJ) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2011, I caused to be served a true and correct copy of PLAINTIFFS' [PROPOSED] ORDER GRANTING PLAINTIFFS" MOTION TO AMEND COMPLAINT on the following recipients via the method indicated:

| | |
|---|---|
| Arthur W. Harrigan, Jr., WSBA #1751<br>Tyler Farmer, WSBA #39912<br>DANIELSON HARRIGAN LEYH & TOLLEFSON, LLP<br>999 Third Avenue, Suite 4400<br>Seattle, Washington 98104<br>Telephone: (206) 623-1700<br><br>*Attorneys for Intelius, Inc and Intelius Sales, LLC* | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☐ Via facsimile to (206) 623-8717<br>☐ Via email to:<br>　arthurw@dhlt.com; and<br>　tylerf@dhlt.com |
| Cori Gordon Moore, WSBA #28649<br>Thomas L. Boeder, WSBA #408<br>PERKINS COIE LLP<br>1201 Third Avenue, 40th Floor<br>Seattle, Washington 98101<br><br>*Attorneys for Adaptive Marketing LLC* | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☐ Via facsimile to (206) 359-3849<br>☐ Via email to:<br>　cgmoore@perkinscoie.com<br>　tboeder@perkinscoie.com |

DATED this 10th day of February, 2011.

　　　　　　　　　　　　　　　　s/Karin B. Swope
　　　　　　　　　　　　　　　　Karin B. Swope

[PROPOSED] Order Granting Plaintiffs' Motion to Amend Complaint
(No. 09-cv-00045 RAJ) Page - 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384