THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KEITHLY and DONOVAN LEE, Individually and on Behalf of all Others Similarly Situated,<br><br>Interim Lead Plaintiffs,<br><br>v.<br><br>INTELIUS, INC., A Delaware Corporation; and INTELIUS SALES, LLC, A Nevada Limited Liability Company,<br><br>Defendants<br><br>v.<br><br>ADAPTIVE MARKETING, LLC, a Delaware Limited Liability Company,<br><br>Third Party Defendant. | No. C09-1485RSL<br><br>DECLARATION OF KARIN B. SWOPE IN SUPPORT OF PLAINTIFFS' MOTION TO AMENDED COMPLAINT |

Pursuant to 28 U.S.C. § 1746, I, Karin B. Swope, declare as follows:

1. I am Counsel representing the Plaintiffs in this matter and am licensed to practice in this State. I make this Declaration based on personal knowledge and am competent to testify to the matters set forth herein.

2. Plaintiffs asked Intelius to stipulate to filing an amended complaint to change the class period in writing on January 27, 2011, by telephone on February 8, 2011 and via telephone and writing on February 10, 2011; and requested to add breach of contract claims via telephone

DECLARATION OF KARIN B. SWOPE IN SUPPORT OF PLAINTIFFS' MOTION TO AMENDED COMPLAINT
(No. 09-cv-00045 RAJ) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1 on February 8, 2011 and via telephone and in writing on February 10, 2011.  Intelius declined to
2 stipulate.
3      3.     Attached to this Declaration as Exhibit A is a true and correct copy of Plaintiffs'
4 Second Amended Consolidated Complaint with proposed changes in redline.
5      4.     Attached to this Declaration as Exhibit B is a true and correct clean copy of
6 Plaintiffs' proposed Second Amended Consolidated Complaint.
7      I declare under penalty of perjury of the laws of the United States that the foregoing is
8 true and correct.
9      DATED this 10th day of February, 2011 at Seattle, Washington.

/s/ Karin B. Swope
Karin B. Swope, WSBA #24015

DECLARATION OF KARIN B. SWOPE IN SUPPORT OF
PLAINTIFFS' MOTION TO AMENDED COMPLAINT
(No. 09-cv-00045 RAJ) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2011, I caused to be served a true and correct copy of **DECLARATION OF KARIN B. SWOPE IN SUPPORT OF PLAINTIFFS AMENDED COMPLAINT** on the following recipients via the method indicated:

| | |
|---|---|
| Arthur W. Harrigan, Jr., WSBA #1751<br>Tyler Farmer, WSBA #39912<br>DANIELSON HARRIGAN LEYH &<br>TOLLEFSON, LLP<br>999 Third Avenue, Suite 4400<br>Seattle, Washington 98104<br>Telephone: (206) 623-1700<br><br>*Attorneys for Intelius, Inc and*<br>*   Intelius Sales, LLC* | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☐ Via facsimile to (206) 623-8717<br>☐ Via email to:<br>     arthurw@dhlt.com; and<br>     tylerf@dhlt.com |
| Cori Gordon Moore, WSBA #28649<br>Thomas L. Boeder, WSBA #408<br>PERKINS COIE LLP<br>1201 Third Avenue, 40th Floor<br>Seattle, Washington  98101<br><br>*Attorneys for Adaptive Marketing LLC* | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☐ Via facsimile to (206) 359-3849<br>☐ Via email to:<br>   cgmoore@perkinscoie.com<br>   tboeder@perkinscoie.com |

DATED this 10th day of February, 2011.

s/Karin B. Swope
Karin B. Swope

---

DECLARATION OF KARIN B. SWOPE IN SUPPORT OF
PLAINTIFFS' MOTION TO AMENDED COMPLAINT
(No. 09-cv-00045 RAJ) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384