**EXHIBIT 4**

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF WASHINGTON
                       AT SEATTLE
                 ~~~~~~~~~~~~~~~~~~~~
BRUCE KEITHLY, DONOVAN LEE,
EDITH ANNA CRAMER, and
MATTHEW BEBBINGTON, Individually
and on Behalf of All Others
Similarly Situated,
              Interim Lead Plaintiffs,
        vs.              Case No.  C09-1485-RSL
INTELIUS, INC., A Delaware
Corporation; and INTELIUS
SALES, LLC, a Nevada Limited
Liability Company,
              Defendants and
              Third Party Plaintiffs,
       vs.
ADAPTIVE MARKETING, LLC, a
Delaware Limited Liability Company,
              Third Party Defendant,

                 ~~~~~~~~~~~~~~~~~~~~
               Videotaped Deposition of
                      DONOVON LEE
                   January 24, 2011
                      9:03 a.m.
```

**THE FOLLOWING PAGES 58 TO 59 WERE DEEMED**

**CONFIDENTIAL AND FOR ATTORNEYS' EYES ONLY**

```
                    Taken at:

                    Jones Day

   325 John H. McConnell Boulevard, Suite 600

                  Columbus, Ohio




                  Buster Beck, RPR
```

Deposition of Donovan Lee
January 24, 2011
Deposition Excerpt: 24:5 - 15

Donovon Lee        Videotaped - Contains Confidential Portion   January 24, 2011

Page 24

```
 1   Windows open for the various search websites so
 2   that you could compare the results?
 3            MS. CASE:  Objection.  Form.
 4       A.   I don't recall.
 5       Q.   What else do you recall about the         09:19:18
 6   appearance of the Intelius website?
 7       A.   The box that we clicked, the orange
 8   box, appeared to be very prominent, in larger
 9   font, which drew our eye very quickly and told
10   us:  Yes, that we want to get our reports from    09:19:51
11   that button.  The block of text to the right on
12   that screen was very small and, like, an off
13   color; I think it was grey text, a little
14   difficult to read.  That's about all I
15   remember.                                          09:20:07
16       Q.   Did you read the text?
17       A.   No, I did not.
18       Q.   Do you know whether your fiance
19   read the text?
20       A.   I'm pretty --                             09:20:22
21            MS. CASE:  Objection.
22       A.   I'm pretty sure she did not.  We
23   clicked through very quickly, as we do when we
24   make a purchase.
25       Q.   When you buy items on amazon.com,         09:20:31
```

Deposition of Donovan Lee
January 24, 2011
Deposition Excerpt: 29:2 - 17

```
 1    within a few days.
 2         Q.    What do you recall about that
 3    telephone conversation?
 4         A.    I recall inquiring about the
 5    charges since I didn't know -- well, I knew who      09:25:41
 6    Intelius was on the charge.  I called to
 7    contest the charges, called that I advised that
 8    I gave no authorization for these reoccurring
 9    charges to be on there.  I called to inquire
10    about what the Family Protect charges were.          09:25:55
11    They stated -- I believe they stated they could
12    give me no information about that, so I had no
13    idea what those charges were for.  Typically in
14    that situation I asked for a supervisor.  They
15    did not contact me back at all nor did I get to      09:26:10
16    speak to a supervisor.  So, frankly, they --
17    they blew me off.
18         Q.    Do you recall how long that
19    telephone conversation was?
20         A.    Fairly brief.  Probably five              09:26:26
21    minutes or less.
22         Q.    Did you use profanity during the
23    call?
24               MS. CASE:  Objection.
25         A.    Not that I recall.                        09:26:39
```

Deposition of Donovan Lee
January 24, 2011
Deposition Excerpts: 32:19 - 23 & 33:1 - 13

```
 1          A.    Yeah.
 2          Q.    Do you recall whether you made a
 3    purchase?
 4          A.    No.  It was just fact-finding
 5    information for these charges.                        09:29:05
 6          Q.    Going back to the June 2008
 7    transaction, do you recall whether you clicked
 8    on any hyperlinks during that transaction?
 9          A.    Well, "hyperlink" can be defined as
10    moving from page to page; so if I had to move         09:29:22
11    from page to page, I would have absolutely had
12    to.
13          Q.    Okay.  Do you recall ever clicking
14    on a terms and conditions hyperlink?
15          A.    I do not recall.  Some -- some            09:29:31
16    websites have those, others don't.  The
17    specific site, I don't recall whether they
18    asked me to do that at that time or not.
19          Q.    Have you canceled your Intelius
20    account?                                              09:29:44
21          A.    We didn't think that we signed up
22    at the time.  So, after this incident, yeah, I
23    made sure it was canceled.
24          Q.    Could you take out Exhibit 12,
25    please?                                               09:29:54
```

```
 1        A.    Sure.
 2        Q.    Mr. Lee, what is Exhibit 12?
 3        A.    It's the class action complaint.
 4        Q.    Did you authorize the filing of
 5   this document?                                         09:30:18
 6        A.    Yes, I did.
 7        Q.    Can you tell me what steps you took
 8   to ensure that its allegations were accurate?
 9        A.    I spent a lot of time gathering my
10   information of what happened.  I contacted             09:30:28
11   counsel.  I gave this information to counsel.
12        Q.    Anything else?
13        A.    That's the primary part of it.
14        Q.    Could you turn to page 3, please?
15        A.    Yes.                                        09:30:45
16        Q.    At the bottom of page 3, there's a
17   paragraph 8.  Do you recall reviewing this
18   paragraph specifically to ensure that it was
19   factually accurate?
20        A.    Yes.                                        09:31:05
21        Q.    Can you turn to page 7, please?
22              If you look at paragraph 18, it
23   reads:  "While the language contained on the
24   Intelius websites has the capacity to deceive a
25   substantial portion of the public to initially         09:31:36
```

Deposition of Donovan Lee
January 24, 2011
Deposition Excerpt: 75:23 – 76:6

```
 1        Q.    I just wanted to make sure that the
 2   record was clear.  Did you set up the Intelius
 3   account?
 4        A.    I don't recall if I set it up or if
 5   Anna set it up specifically.  If we refer to           10:46:47
 6   the information page, it has my name on it, her
 7   e-mail, her phone, our address; so, it's
 8   intermixed with information, which, like I
 9   assert, we both did it.
10        Q.    Okay.  Also, are you representing          10:47:06
11   anyone else in this lawsuit?
12        A.    Mr. Bebbington, Mr. Keithly, as
13   well as the entire class of plaintiffs.
14             MS. CASE:  I have nothing further.
15             MR. FARMER:  I have a follow-up or          10:47:20
16   two.
17             EXAMINATION OF DONOVON LEE
18   BY MR. FARMER:
19        Q.    So, you just testified that you are
20   representing Mr. Bebbington, Keithly, as well         10:47:26
21   as the class of plaintiffs?
22        A.    Correct.
23        Q.    Can you describe for me the class
24   that you represent?
25        A.    The class would be individuals such       10:47:36
```

Case 2:09-cv-01485-RSL   Document 169-4   Filed 06/02/11   Page 12 of 12

Donovon Lee        Videotaped - Contains Confidential Portion   January 24, 2011

Page 76

```
 1    as myself, who went through the Intelius
 2    website and -- and got charged for
 3    subscriptions that they did not adequately
 4    realize they were being charged for, that they
 5    did not expressly authorize such a subscription    10:47:54
 6    to be charged for.  People typical as myself.
 7         Q.    Would it include people who read
 8    the offer details and then entered their e-mail
 9    address and clicked the -- the Yes show me my
10    report button?                                     10:48:09
11               MS. CASE:  Objection.  Legal
12    conclusion.
13         A.    I can't ascertain whether it was or
14    not.
15         Q.    Would it include people who            10:48:13
16    received refunds from Intelius?
17               MS. CASE:  Objection.  Legal
18    conclusion.
19         A.    Again, that would be speculating,
20    and I do not know.                                 10:48:30
21         Q.    Would it include -- -- strike that.
22               Would the class that you purport to
23    represent include people who decline the
24    Adaptive offer?
25               MS. CASE:  Objection.  Legal           10:48:43
```

Rennillo Deposition & Discovery - A Veritext Company
216.523.1313              www.rennillo.com         888.391.3376 (Depo)