**EXHIBIT 5**

Offer Code: 3

INTELIUS-K 000928


**INTELIUS**
Live in the know.™

# Thank You  Your order has been successfully processed.



## Take our 2007 Consumer Credit Survey and claim $10.00 CASH BACK as a member of 24Protect Plus℠

Complete the survey below and the short registration form to claim $10.00 Cash-back as a member of *24Protect Plus* FREE for 7 Days. (**Click Here for Details**).

**Do you give gift cards away as presents?**
● Yes  ○ No

**Do you shop at nationally-known stores?**
○ Yes  ○ No

**What card type did you use for your Intelius purchase today?**
● Credit Card  ○ Debit Card

### 24Protect Plus
Enjoy savings like this and so much more. Click here for **Benefit Details.**

**Get access to your free credit report and credit score. 20% savings on gift cards purchased through the program for Circuit City®, Ace Hardware, and Sears®* to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include towing, flat tire assistance, battery service and lock-out assistance.***

Credit and identity fraud can happen at any time. *24Protect Plus* helps you easily monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**
To activate your trial membership to *24Protect Plus* click Yes then you can immediately take advantage of the exciting savings *24Protect Plus* has to offer! After your 7-day FREE trial period it's just $14.95 per month for *24Protect Plus*. Remember, you can call *24Protect Plus* toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

**Privacy Policy | Terms and Conditions**

*24Protect Plus* provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. *24Protect Plus* and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of *24Protect Plus*. Gift card/certificate savings are an exclusive offer of *24Protect Plus* and are valid only on gift cards/certificates purchased through *24Protect Plus*. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. *24Protect Plus* was vendor names, logos and any other vendor material by permission of each vendor. Please visit the *24Protect Plus* website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven (7) period.

### Please type in your email address below

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the left.

**E-Mail Address:**
_____

**Confirm E-Mail Address:**
_____

By clicking "Yes" I have read and agree to the Offer Details displayed to the left and authorize Intelius to securely transfer my name, address, and credit/debit card information to *24Protect Plus*, a service provider of Intelius.

**YES**
**and show me my report**

**No Thanks, Continue**

© Copyright 2008 24Protect Plus - All Rights Reserved

1

Offer Code: 4

 **People Lookup**
Your source for locating anyone!

# Thank You Your order has been successfully processed.



## Take our 2007 Consumer Credit Survey and claim $10.00 CASH BACK as a member of 24Protect Plus℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *24Protect Plus* FREE for 7 Days.
(Click Here for Details).

**Do you give gift cards away as presents?**
◉ Yes  ○ No

**Do you shop at nationally-known stores?**
◉ Yes  ○ No

**What card type did you use for your PeopleLookup purchase today?**
○ Credit Card  ○ Debit Card

### 24Protect Plus
Enjoy savings like this and so much more. Click here for Benefit Details.

**Get access to your free credit report and credit score, 20% savings on gift cards purchased through the program for Circuit City®, Ace Hardware, and Sears®** to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. *24Protect Plus* helps you easily monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**
To activate your trial membership to *24Protect Plus* click Yes then you can immediately take advantage of the exciting savings *24Protect Plus* has to offer! After your 7-day FREE trial period it's just $14.95 per month for *24Protect Plus*. Remember, you can call *24Protect Plus* toll-free at 1-000-211-9749 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

Privacy Policy | Terms and Conditions:

*24Protect Plus* provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. *24Protect Plus* and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

**"Participating vendors are neither sponsors, co-sponsors nor affiliates of *24Protect Plus*. Gift card/certificate savings are an exclusive offer of *24Protect Plus* and are valid only on gift card/certificates purchased through *24Protect Plus*. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. *24Protect Plus* want vendor names, logos and any other vendor material for promotion of each vendor. Please visit the *24Protect Plus* website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period. Coverage for all claims or losses depend on actual policy provisions. Availability of coverage can depend on St. Paul Travelers' underwriting qualifications and state regulations.

## Please type in your email address below

Be typing your e-mail below, it will constitute your electronic signature and I give written authorization to change/debit your account according to the Offer Details to the left.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "yes" I have read and agree to the Offer Details displayed to the left and authorize PeopleLookup to recurula transfer my name, address, and credit/debit card information to 24Protect Plus service provider of PeopleLookup.

 **YES**
and show me
my report

No Thanks, Continue

© Copyright 2008 24Protect Plus - All Rights Reserved

INTELIUS-K 000929

Offer Code: 5

# Thank You your order has been successfully completed



**INTELIUS**
Live in the know.™

## Take our 2007 Consumer Credit Survey and claim $10.00 CASH BACK with Privacy Matters Identity℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. **[Click Here for Details].**

**Have you ever been a victim of identity theft?**

⦿ Yes   ◯ No   ◯ Not Sure

**What card type did you use for your intelius.com purchase today?**

⦿ Credit Card   ◯ Debit Card



**Please type in your email address below**

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of Intelius.

**YES**
and show me
my report

No Thanks, Continue

### Privacy Matters Identity

- **Detailed Personal Identity Profile** – Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
- **24/7 Identity Monitoring and Alerts** – Help prevent identity theft before it happens to you with automatic monitoring that scans 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
- **Identity Recovery Assistance** – Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.
- **And many other identity protection benefits**

**OFFER DETAILS:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that *Privacy Matters Identity* has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with Intelius after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-840-6301 with the first 7 days to cancel-you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. Now matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee – you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matters Identity will be automatically debited each month on or about the same date from this checking account associated

**Disclaimers**
*Privacy Matters Identity and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy · Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000930

3

Offer Code: 6

# Thank You your order has been successfully completed



**INTELIUS**
Live in the know.™

### Take our 2007 Consumer Credit Survey and claim $10.00 CASH BACK as a member of 24Protect Plus℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *24Protect Plus* FREE for 7 Days. (Click Here for Details).

**Do you give gift cards away as presents?**

○ Yes  ○ No

**What card type did you use for your Intelius purchase today?**

⊙ Credit Card   ○ Debit Card

---

**Please type in your email address below**

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

[                    ]

**Confirm E-Mail Address:**

[                    ]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to *24Protect Plus*, a service provider of Intelius.

**YES**
and show me my report

No Thanks. Continue

---

## 24Protect Plus

Enjoy savings like this and so much more. Click here for Benefit Details.

Get access to your free credit report and credit score. 20% savings on gift cards purchased through the program for Circuit City®, Ace Hardware, and Sears®™ to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider – services include towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. *24Protect Plus* helps you easily monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**

To activate your trial membership in *24Protect Plus* click Yes then you can immediately take advantage of the exciting savings *24Protect Plus* has to offer! After your 7-day FREE trial period it's just $14.95 per month for *24Protect Plus*. Remember, you can call *24Protect Plus* toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

Privacy Policy  Terms and Conditions

*24Protect Plus* provides you with the tools you need to access and monitor your financial credit information through the program's credit reporting and monitoring benefits. *24Protect Plus* and its benefit providers are not credit repair service providers and are not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of *24Protect Plus*. Gift card certificate savings are an exclusive offer of *24Protect Plus* and are valid only on gift certificates purchased through *24Protect Plus*. Please see back of gift card certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. *24Protect Plus* uses vendor names, logos and no other vendor material by permission of each vendor. Please visit the *24Protect Plus* website or call Member Savings for complete terms and conditions related to participating vendors.

**Member must register for this service with *24Protect Plus* in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

© Copyright 2008 24Protect Plus - All Rights Reserved

4

INTELIUS-K 000931

Offer Code: 7

# Thank You your order has been successfully completed



**People Lookup**
Your source for locating anyone!

## Take our 2007 Consumer Credit Survey and claim
## $10.00 CASH BACK with Privacy Matters Identity℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. (Click Here for Details).

**Have you ever been a victim of identity theft?**

⦿ Yes  ○ No  ○ Not Sure

**What card type did you use for your peoplelookup.com purchase today?**

⦿ Credit Card  ○ Debit Card



**Please type in your email address below**

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

[                    ]

**Confirm E-Mail Address:**

[                    ]

By clicking "Yes", I have read and agree to the Offer Details displayed to the right and authorize peoplelookup.com to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of peoplelookup.com.

**YES**
and show me
my report

No Thanks, Continue

### Privacy Matters Identity

- **Detailed Personal Identity Profile** – Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
- **24/7 Identity Monitoring and Alerts** – Help prevent identity theft before it happens to you with automatic monitoring that scans 10 billion public records daily and alerts you to advance about suspicious activity affecting your credit and public records.
- **Identity Recovery Assistance** – Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.
- **And many other identity protection benefits**

**OFFER DETAILS:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with peoplelookup.com after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee as long as you remain a member. Of course you can call us toll-free at 1-888-040-6301 with the first 7 days to cancel-you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing peoplelookup.com to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. Now matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee – you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matters Identity will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers**
"Privacy Matters Identity and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit service organizations or businesses, as defined by federal and state laws.

Privacy Policy - Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

5

INTELIUS-K 000932

Offer Code: 8

# Thank You your order has been successfully completed



**People Lookup**
Your source for locating anyone!

## Take our 2007 Consumer Credit Survey and claim $10.00 CASH BACK as a member of 24Protect Plus℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *24Protect Plus* FREE for 7 Days. (Click Here for Details).



**Do you give gift cards away as presents?**

◉ Yes  ○ No

**What card type did you use for your PeopleLookup purchase today?**

◉ Credit Card  ○ Debit Card

---

### Please type in your email address below

By typing your e-mail below, is will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to 24Protect Plus, a service provider of PeopleLookup.



**YES**
and show me
my report

No Thanks, Continue

### 24Protect Plus

Enjoy savings like this and so much more. Click here for Benefit Details.

Get access to your free credit report and credit score. 20% savings on gift cards purchased through the program for Circuit City®*. Ace Hardware, and Sears®* to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. *24Protect Plus* helps you easily monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**
To activate your trial membership to *24Protect Plus* click here then you can immediately take advantage of the exciting savings *24Protect Plus* has to offer. After your 7-day FREE trial period it's just $14.95 per month for *24Protect Plus*. Remember, you can call *24Protect Plus* toll-free at 1-800-211-5749 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and we'll no longer be charged/debited.

Privacy Policy  Terms and Conditions

*24Protect Plus* provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. *24Protect Plus* and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TransCredit, Inc.

*Featured name vendors are neither sponsors, co-sponsors nor affiliates of *24Protect Plus*. Gift card certificate savings are an exclusive offer of *24Protect Plus* and are valid only on gift cards/certificates purchased through *24Protect Plus*. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendors. *24Protect Plus* uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the *24Protect Plus* website or call Member Savings for complete terms and conditions relating to participating vendors.

** Members must register for this service with *24Protect Plus* in advance of using it or will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any service day period.

© Copyright 2008 24Protect Plus - All Rights Reserved

6

INTELIUS-K 000933

Offer Code: 9

# Thank You your order has been successfully completed



**Take our 2008 Consumer Credit Survey and claim with 24Protect Plus℠**

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *24Protect Plus* FREE for 7 Days. (Click Here for Details).

**Do you give gift cards away as presents?**
○ Yes  ○ No

**What card type did you use for your Intelius purchase today?**
○ Credit Card  ○ Debit Card



**Please type in your email address below**

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to *24Protect Plus*, a service provider of Intelius.

**YES**
and show me my report

## 24 Protect Plus

Enjoy savings like this and so much more. Click here for Benefit Details.

Get access to your free credit report and credit score. 20% savings on gift cards purchased through the program for Circuit City®, Ace Hardware, and Sears®* to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. *24Protect Plus* helps you easily monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**
To activate your trial membership to *24Protect Plus* click Yes then you can immediately take advantage of the exciting savings *24Protect Plus* has to offer! After your 7-day FREE trial period it's just $24.95 per month for *24Protect Plus*. Remember, you can call *24Protect Plus* toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

*24Protect Plus* provides you with the tools you need to access and monitor your assets if credit information through the program's credit reporting and monitoring benefits. *24Protect Plus* and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

Privacy Policy | Terms and Conditions

* Participating vendors are neither sponsors, co-sponsors nor affiliates of *24Protect Plus*. Gift card/certificate savings are an exclusive offer of *24Protect Plus* and are valid only on gift cards/certificates purchased through *24Protect Plus*. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. *24Protect Plus* uses vendor names, logos and any other service material by permission of each vendor. Please visit the *24Protect Plus* website or call Member Services to complete terms and conditions related to participating vendors.

** Members must register for this service with *24Protect Plus* in advance; starting if you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

© Copyright 2008 24Protect Plus - All Rights Reserved

INTELIUS-K 000934

Offer Code: 11

# Thank You your order has been successfully completed



**INTELIUS**
Live in the know.™

**Take our 2008 Consumer Credit Survey and claim**
**with 24Protect Plus℠**

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *24Protect Plus* FREE for 7 Days. (Click Here for Details).

**Do you give gift cards away as presents?**

○ Yes  ○ No

**What card type did you use for your Intelius purchase today?**

○ Credit Card  ○ Debit Card



### Please type in your email address below

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to *24Protect Plus*, a service provider of Intelius.

**YES**
and show me
my report

No Thanks. Continue

### 24 Protect Plus
Enjoy savings like this and so much more. Click here for Benefit Details.

Get access to your free credit report and credit score. 20% savings on gift cards purchased through the program for Circuit City®*, Ace Hardware, and Sears®* to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. *24Protect Plus* helps you easily monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**
To activate your trial membership in *24Protect Plus* click Yes then you can immediately take advantage of the exciting savings *24Protect Plus* has to offer! After your 7-day FREE trial period it's just $1—.90 per month for *24Protect Plus*. Remember, you can call *24Protect Plus* toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

*24Protect Plus* provides you with the tools you need to access and monitor your financial credit information through the program's credit reporting and monitoring benefits. *24Protect Plus* and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

Privacy Policy   Terms and Conditions

*Participating vendors are neither sponsors, co-sponsors nor affiliates of *24Protect Plus*. Gift card/certificate savings are an exclusive offer of *24Protect Plus* and are valid only on gift cards/certificates purchased through *24Protect Plus*. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks are copyrights remain the property of the individual vendors. *24Protect Plus* uses vendor names, logos, etc. no other vendor material by permission of each vendor. Please visit the *24Protect Plus* website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with *24Protect Plus* in advance or they will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access cards. Members are responsible for paying providers directly for any charges over $30 per occurrence as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

© Copyright 2008 24Protect Plus - All Rights Reserved

8

INTELIUS-K 000935

Offer Code: 12

# Thank You your order has been successfully completed



**Take our 2008 Consumer Credit Survey and claim**
**with Privacy Matters Identity℠**

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. **(Click Here for Details).**

Have you ever been a victim of identity theft?

○ Yes  ○ No  ○ Not Sure

What card type did you use for your intelius.com purchase today?

○ Credit Card  ○ Debit Card



**Please type in your email address below**

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of Intelius.



**YES**
and show me
my report

No Thanks, Continue

## Privacy Matters Identity

- **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
- **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you with automatic monitoring that scans 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
- **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.
- **And many other identity protection benefits**

**OFFER DETAILS:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $14.90 per month will be charged/debited to Privacy Matters Identity to the credit/debit card you used today, with Intelius after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-840-6301 with the first 7 days to cancel-you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address and credit/debit card information to Privacy Matters Identity. Now matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matter Identity will be automatically debited each month on or about the same date from the checking account associated

Disclosures
*Privacy Matters Identity and its benefit providers are not credit repair service providers who do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy   Terms, and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000936

Offer Code: 13

# Thank You your order has been successfully completed



**People Lookup**
Your source for locating anyone!



**Take our 2008 Consumer Credit Survey and claim
with Privacy Matters Identity℠**

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. (**Click Here for Details**).

**Have you ever been a victim of identity theft?**
⊙ Yes ○ No ○ Not Sure

**What card type did you use for your peoplelookup.com purchase today?**
⊙ Credit Card ○ Debit Card

## Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to this Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize peoplelookup.com to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of peoplelookup.com.



**YES**
**and show me
my report**

No Thanks, Continue

## Privacy Matters Identity

• **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
• **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you, with automatic monitoring that scans 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
• **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.
• **And many other identity protection benefits**

**OFFER DETAILS:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with peoplelookup.com after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-940-6301 with the first 7 days to cancel-you will have paid nothing and own nothing. Please note that by agreeing to these Offer Details you are authorizing peoplelookup.com to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. No matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matter Identity will be automatically debited each month on or about the same date from the checking account associated

**Disclaimers**
*Privacy Matters Identity and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy · Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000937

10

Offer Code: 14

# Thank You your order has been successfully completed



**People Lookup**
Your source for locating anyone!

**Take our 2008 Consumer Credit Survey and claim with 24 Protect Plus℠**

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of 24Protect Plus FREE for 7 Days. (Click Here for Details).

**Do you give gift cards away as presents?**
◉ Yes ○ No

**What card type did you use for your PeopleLookup purchase today?**
◉ Credit Card ○ Debit Card



### Please type in your email address below

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

[                    ]

**Confirm E-Mail Address:**

[                    ]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to 24Protect Plus, a service provider of PeopleLookup.



**YES**
and show me
my report

No Thanks, Continue

### 24Protect Plus

Enjoy savings like this one so much more. Click here for Benefit Details.

Get access to your free credit report and credit score. 20% savings on gift cards purchased through the program for Circuit City®, Ace Hardware, and Sears® to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. 24Protect Plus helps you easily monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**
To activate your trial membership in 24Protect Plus click Yes, then you can immediately take advantage of the exciting savings 24Protect Plus has to offer! After your 7-day FREE trial period it's just $14.95 per month for 24Protect Plus. Remember, you can call 24Protect Plus toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

Privacy Policy   Terms and Conditions

24Protect Plus provides you with the tools you need to access and monitor your financial credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of use or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

© Copyright 2008 24Protect Plus - All Rights Reserved

11

INTELIUS-K 000938

Offer Code: 15

# Thank You your order has been successfully completed



**People Lookup**
Your source for locating anyone!

## Take our 2008 Consumer Credit Survey and claim with Privacy Matters Identity℠



Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. (Click Here for Details).

**Have you ever been a victim of identity theft?**

○ Yes  ○ No  ○ Not Sure

**What card type did you use for your peoplelookup.com purchase today?**

○ Credit Card  ○ Debit Card

### Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

[ ]

**Confirm E-Mail Address:**

[ ]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize peoplelookup.com to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of peoplelookup.com



**YES**
and show me
my report

No Thanks, Continue

### Privacy Matters Identity

• **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
• **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you with automatic monitoring that scans 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
• **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.
• **And many other identity protection benefits**

**OFFER DETAILS:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $19.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with peoplelookup.com after the 7-day trial and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-840-6301 with the first 7 days to cancel-you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing peoplelookup.com to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. No matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matter Identity, will be automatically debited each month on or about the same date from the checking account associated

**Disclaimers**
*Privacy Matters Identity and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit choice, credit repair or credit service organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000939

Offer Code: 16

# Thank You your order has been successfully completed



**People Lookup**
Your source for locating anyone!

## Take our 2008 Consumer Credit Survey and claim with 24 Protect Plus℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of 24Protect Plus FREE for 7 Days. (Click Here for Details).

**Do you give gift cards away as presents?**
◉ Yes  ○ No

**What card type did you use for your PeopleLookup purchase today?**
◉ Credit Card  ○ Debit Card



### Please type in your email address below

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

[                    ]

**Confirm E-Mail Address:**

[                    ]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to 24Protect Plus, a service provider of PeopleLookup.


**YES**
and show me
my report

No Thanks, Continue

### 24Protect Plus

Enjoy savings like this and so much more. Click here for Benefit Details.

Get access to your free credit report and credit score. 20% savings on gift cards purchased through the program for Credit City®*, Ace Hardware, and Sears2® to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. 24Protect Plus helps you easily monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**

To activate your trial membership to 24Protect Plus click Yes then you can immediately take advantage of the exciting savings 24Protect Plus has to offer! After your 7-day FREE trial period it's just $19.95 per month for 24Protect Plus. Remember, you can call 24Protect Plus toll-free at 1-800-211-9749 within the next 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month as the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

Privacy Policy | Terms and Conditions

24Protect Plus provides you with the tools you need to access and monitor your financial credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its member providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any coverage period.

© Copyright 2008 24Protect Plus - All Rights Reserved

13

INTELIUS-K 000940

Offer Code: 17

# Thank You your order has been successfully completed



**INTELIUS**
Live in the know.™

**Take our 2008 Consumer Credit Survey and claim with 24Protect Plus℠**

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *24Protect Plus* FREE for 7 Days. (Click Here for Details).

Do you give gift cards away as presents?

○ Yes ○ No

What card type did you use for your Intelius purchase today?

◉ Credit Card ○ Debit Card



## Please type in your email address below

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

[                    ]

**Confirm E-Mail Address:**

[                    ]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to *24Protect Plus*, a service provider of Intelius.

**YES**
and show me
my report

**No Thanks, Continue**

### 24 Protect Plus

Enjoy savings like this and so much more. Click here for Benefit Details.

Get access to your free credit report and credit score. 20% savings on gift cards purchased through the program for Circuit City®, Ace Hardware, and Sears® to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. *24Protect Plus* helps you easily monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**
To activate your trial membership in *24Protect Plus* click Yes then you can immediately take advantage of the exciting savings *24Protect Plus* has to offer! After your 7-day FREE trial period it's just $1.4.95 per month for *24Protect Plus*. Remember, you can call *24Protect Plus* toll-free at 1-800-213-97-69 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

*24Protect Plus* provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. *24Protect Plus* and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

Privacy Policy | Terms and Conditions

*Participating vendors are neither sponsors, co-sponsors nor affiliates of *24Protect Plus*. Gift card/certificate savings are an exclusive offer of *24Protect Plus* and are valid only on gift cards/certificates purchased through *24Protect Plus*. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. *24Protect Plus* uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the *24Protect Plus* website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with *24Protect Plus* in advance or else it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

℗ Copyright 2008 24Protect Plus - All Rights Reserved

INTELIUS-K 000941

14

Offer Code: 18

# Thank You your order has been successfully completed


**INTELIUS**
Live in the know.™

## Take our 2008 Consumer Credit Survey and claim with 24Protect Plus℠



Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *24Protect Plus* FREE for 7 Days. (Click Here for Details).

**Do you give gift cards away as presents?**

◉ Yes  ○ No

**What card type did you use for your Intelius purchase today?**

◉ Credit Card  ○ Debit Card

---

### Please type in your email address below

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to *24Protect Plus*, a service provider of Intelius.

**YES**
and show me
my report

No Thanks, Continue

---

### 24 Protect Plus

Enjoy savings plus this and so much more. Click here for Benefit Details.

Get access to your free credit report and credit score, 20% savings on gift cards purchased through the program for Circuit City®, Ace Hardware, and Sears®* to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. *24Protect Plus* helps you easily monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**
To activate your trial membership to *24Protect Plus* click Yes then you can immediately take advantage of the exciting savings *24Protect Plus* has to offer! After your 7-day FREE trial period it's just $14.95 per month for *24Protect Plus*. Remember, you can call *24Protect Plus* toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and we'll no longer be charged/debited.

*24Protect Plus* provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. *24Protect Plus* and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

Privacy Policy | Terms and Conditions

*Participating vendors are neither sponsors, co-sponsors nor affiliates of *24Protect Plus*. Gift card/certificate savings are an exclusive offer of *24Protect Plus* and are valid only on gift cards/certificates purchased through *24Protect Plus*. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. *24Protect Plus* uses vendor names, logos and other vendor material by permission of each vendor. Please visit the *24Protect Plus* website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with *24Protect Plus* in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is secured at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

© Copyright 2008 24Protect Plus · All Rights Reserved

INTELIUS-K 000942

Offer Code: 19

# Thank You your order has been successfully completed



## Take our 2008 Consumer Credit Survey and claim with 24Protect Plus℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of 24Protect Plus FREE for 7 Days. (Click Here for Details).

**Do you give gift cards away as presents?**

◉ Yes ○ No

**What card type did you use for your Intelius purchase today?**

◉ Credit Card ○ Debit Card



### Please type in your email address below

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

[                    ]

**Confirm E-Mail Address:**

[                    ]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to 24Protect Plus, a service provider of Intelius.

**YES**
and show me
my report

No Thanks, Continue

### 24 Protect Plus

Enjoy savings like this and so much more. Click here for Benefit Details.

Get access to your free credit report and credit score. 20% savings on gift cards purchased through the program for Circuit City®, Ace Hardware, and Sears® to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. 24Protect Plus helps you easily monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**
To activate your trial membership to 24Protect Plus click Yes, then you can immediately take advantage of the exciting savings 24Protect Plus has to offer! After your 7-day FREE trial period it's just $14.95 per month for 24Protect Plus. Remember, you can call 24Protect Plus toll-free at 1-(800)-211-9749 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

24Protect Plus provides you with the tools you need to access and monitor your financial credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not restore lines for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

Privacy Policy - Terms and Conditions

* Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

** Members must register for their service with 24Protect Plus or instances of use you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying provider directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. You can only call for the same cause will be covered during any service-day period.

® Copyright 2008 24Protect Plus - All Rights Reserved

INTELIUS-K 000943

Offer Code: 20

# Thank You your order has been successfully completed



**INTELIUS**
Live in the know.™

### Take our 2008 Consumer Credit Survey and claim with Privacy Matters Identity℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. **(Click Here for Details).**

**Have you ever been a victim of identity theft?**

◉ Yes  ○ No  ○ Not Sure

**What card type did you use for your intelius.com purchase today?**

◉ Credit Card  ○ Debit Card

### Please type in your email address below

By typing your email address below it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of Intelius.



**YES**
and show me
my report

**No Thanks, Continue**

### Privacy Matters Identity

- **Detailed Personal Identity Profile -** Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
- **24/7 Identity Monitoring and Alerts -** Help prevent identity theft before it happens to you with automatic monitoring that scans 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
- **Identity Recovery Assistance -** Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.
- **And many other identity protection benefits**

**OFFER DETAILS:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with Intelius after the 7-day trial and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-840-6301 with the first 7 days to cancel-you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. Now matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matter Identity will be automatically debited each month on or about the same date from the checking account associated.

Disclaimers
* Privacy Matters Identity benefit providers are not credit repair service providers and so we do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy   Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000944

17

Offer Code: 21

# Thank You your order has been successfully completed



**INTELIUS**
Live in the know.™

## Take our 2008 Consumer Credit Survey and claim with Privacy Matters Identity℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. (**Click Here for Details**).

**Have you ever been a victim of identity theft?**

○ Yes   ○ No   ○ Not Sure

**What card type did you use for your intelius.com purchase today?**

○ Credit Card   ○ Debit Card

### Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to this Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of Intelius.


**YES**
and show me
my report

No Thanks, Continue

### Privacy Matters Identity

- **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
- **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you with automatic monitoring that scans 16 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
- **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.
- **And many other identity protection benefits**

**OFFER DETAILS:**
Simply click "YES" to activate your trial membership and take advantage of the great bonuses that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with Intelius after the 7-day trial and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-840-4201 with the first 7 days to cancel-you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. Now matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matter Identity will be automatically debited each month on or about the same date from the checking account associated

Disclaimers
®Privacy Matters Identity and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy . Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000945

18

Offer Code: 22

# Thank You your order has been successfully completed



**Take our 2008 Consumer Credit Survey and claim with Privacy Matters Identity℠**

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. (**Click Here for Details**).

**Have you ever been a victim of identity theft?**

◉ Yes  ○ No  ○ Not Sure

**What card type did you use for your intelius.com purchase today?**

◉ Credit Card  ○ Debit Card

## Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of Intelius.



**YES**
and show me
my report

No Thanks, Continue

### Privacy Matters Identity

- **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
- **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you with automatic monitoring that scans 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
- **Identity Recovery Assistance**- Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.
- **And many other identity protection benefits**

**OFFER DETAILS:**

Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with Intelius after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-840-6301 with the first 7 days to cancel-you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address and credit/debit card information to Privacy Matters Identity. Now matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matter Identity will be automatically debited each month on or about the same date from the checking account associated

**Disclaimers:**

*Privacy Matters Identity and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy - Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000946

Offer Code: 23

# Thank You your order has been successfully completed



**People Lookup**
Your source for locating anyone!

## Take our 2008 Consumer Credit Survey and claim with Privacy Matters Identity℠



Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. (**Click Here for Details**)

**Have you ever been a victim of identity theft?**

○ Yes  ○ No  ○ Not Sure

**What card type did you use for your PeopleLookup purchase today?**

○ Credit Card  ○ Debit Card

### Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize peoplelookup.com to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of peoplelookup.com.



**No, see my report**

### Privacy Matters Identity

• **Detailed Personal Identity Profile** - Find out who is at risk for identity theft with a complete report of your key identity information, including a current credit report, address history aliases, background information and more.

• **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens, to you with automatic monitoring that scans 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.

• **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit back to pre-theft status if you ever become a victim of identity theft.

• And many other identity protection benefits

**OFFER DETAILS:**

Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $19.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with peoplelookup.com after the 7-day trial and then automatically charged/debit each month at the then-current monthly membership fee as long as you remain a member. Of course you can call us toll-free at 1-888-846-6301 with the first 7 days to cancel-you will have a epic nothing and owe nothing. Please authorize this agreeing to these Offer Details you are authorizing peoplelookup.com to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. Now matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matters Identity will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers**

¹ Privacy Matters Identity and its benefit providers are not credit repair service providers, and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy  Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000947

24 of 24 - Clipboard
Item collected.

Offer Code: 24

# Thank You your order has been successfully completed



**People Lookup**
Your source for locating anyone!

## Take our 2008 Consumer Credit Survey and claim with 24 Protect Plus℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *24Protect Plus* FREE for 7 Days. (Click Here for Details)

**Do you give gift cards away as presents?**

○ Yes  ○ No

**What card type did you use for your PeopleLookup purchase today?**

○ Credit Card  ○ Debit Card



### Please type in your email address below

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

[                    ]

**Confirm E-Mail Address:**

[                    ]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to 24Protect Plus, a service provider of PeopleLookup.



**YES**
and show me
my report

No, see my report

### 24Protect Plus

Enjoy savings like this and so much more. Click here for Benefit Details.

Get access to your free credit report and credit score, 20% savings on gift cards purchased through the program for Circuit City®, Ace Hardware, and Sears® to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. *24Protect Plus* helps you easily monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**
To activate your trial membership to *24Protect Plus* click Yes then you can immediately take advantage of the exciting savings *24Protect Plus* has to offer! After your 7-day FREE trial period it's just $19.95 per month for *24Protect Plus*. Remember, you can call *24Protect Plus* toll-free at 1-800-21-1-9749 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel and you'll no longer be charged/debited.

Privacy Policy | Terms and Conditions

*24Protect Plus* provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. *24Protect Plus* and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of *24Protect Plus*. Gift card/certificate savings are an exclusive offer of *24Protect Plus* and are valid only on gift cards/certificates purchased through *24Protect Plus*. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. *24Protect Plus* uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the *24Protect Plus* website or call Member Savings for complete terms and conditions related to participating vendors.

** Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

© Copyright 2008 24Protect Plus - All Rights Reserved

21

INTELIUS-K 000948

Offer Code: 25

# Thank You your order has been successfully completed

 INTELIUS
Live in the know.™

INTELIUS-K 000949

Take our 2008 Consumer Credit Survey and claim
with Privacy Matters Identity℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. (Click Here for Details)

Have you ever been a victim of identity theft?

◉ Yes   ○ No   ○ Not Sure

What card type did you use for your Intelius purchase today?

◉ Credit Card   ○ Debit Card



### Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of Intelius.

**YES**
and show me
my report

No, see my report

## *Privacy Matters Identity*

- **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
- **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you with automatic monitoring that scans 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
- **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.
- **And many other identity protection benefits**

**OFFER DETAILS:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $19.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with Intelius after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-860-6301 with the first 7 days to cancel--you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. No matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now your monthly membership fee for Privacy Matter Identity will be automatically debited each month on or about the same date from the checking account associated

**Disclaimers**

"Privacy Matters Identity and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

Done                                                                    ● Internet                    10

Offer Code: 26

# Thank You your order has been successfully completed


INTELIUS
Live in the know.™

**Take our 2008 Consumer Credit Survey and claim
with 24Protect Plus℠**

Complete the survey below and the short registration form to claim $10.00 Cash back as a
member of *24Protect Plus* FREE for 7 Days. (Click Here for Details).

Do you give gift cards away as presents?
○ Yes  ○ No

What card type did you use for your Intelius purchase today?
○ Credit Card  ○ Debit Card

**Please type in your
email address below**

By typing your e-mail below, it will constitute
your electronic signature and is your written
authorization to charge/debit your account
according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the
Offer Details displayed to the right and
authorize Intelius to securely transfer my
name, address, and credit/debit card
information to *24Protect Plus* a service provider
of Intelius.

**YES
and show me
my report**

No, see my report

## 24 Protect Plus

Enjoy savings like this and so much more. Click here for Benefit Details.

Get access to your free credit report and credit score. 20% savings on gift cards purchased through the program for
Circuit City®*, Ace Hardware, and Sears®* to save on all your home improvement and security needs. 24-Hour
Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include
towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. *24Protect Plus* helps you easily monitor your information to detect
and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**
To activate your trial membership in *24Protect Plus* click Yes then you can immediately take advantage of the exciting
savings *24Protect Plus* has to offer! After your 7-day FREE trial period it's just $19.95 per month for *24Protect Plus*.
Remember, you can call *24Protect Plus* toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not
be charged/debited. To ensure continuous service, at the end of your trial period your membership will be
automatically charged/debited each month at the then-current membership fee on or about that same date to the
credit card you provide today, or from the checking account associated with the debit card you provide today. If for any
reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

*24Protect Plus* provides you with the tools you need to access and monitor your financial/credit information through the
program's credit reporting and monitoring benefits. *24Protect Plus* and its benefit providers are not credit repair service
providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services
organizations or businesses, as defined by federal and state law. Services provided by TransUnion, Inc.

Privacy Policy | Terms and Conditions

*Participating vendors are neither sponsors, co-sponsors nor affiliates of *24Protect Plus*. Gift card/certificate savings
are an exclusive offer of *24Protect Plus* and are valid only on gift cards/certificates purchased through *24Protect Plus*.
Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain
the property of the individual vendor. *24Protect Plus* uses vendor names, logos and any other vendor material by
permission of each vendor. Please visit the *24Protect Plus* rebates or call Member Savings for complete terms and
conditions related to participating vendors.

**Members must register for this service with *24Protect Plus* in advance of using it or you will not be eligible for
coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are
responsible for paying providers directly for any charges over $5C per occurrence, as well as for any non-covered
expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be
covered during any one-service period.

© Copyright 2008 24Protect Plus - All Rights Reserved

INTELIUS-K 000950

Done                                                    Internet        100%

Offer Code: 27

# Thank You your order has been successfully completed

## LookupAnyone

**Take our 2008 Consumer Credit Survey and claim with Privacy Matters Identity℠**

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. (Click Here for Details).

**Have you ever been a victim of identity theft?**
○ Yes  ○ No  ○ Not Sure

**What card type did you use for your LookupAnyone purchase today?**
○ Credit Card  ○ Debit Card



### Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of LookupAnyone.

**YES**
and show me my report


No, see my report

### Privacy Matters Identity

- **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, inclusive a current credit report, address history, aliases, background information and more.
- **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you with automatic monitoring that scans 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
- **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.
- **And many other identity protection benefits**

**OFFER DETAILS:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $19.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with LookupAnyone after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-840-6301 with the first 7 days to cancel- you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. Now matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee – you can call to cancel at any time and you will no longer be charged/debited. If you used a credit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matters Identity will be automatically debited each month on or about the same date from the checking account associated

**Disclaimers**
*Privacy Matters Identity and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000951

24 of 24 - Clipboa
Item collected.

Offer Code: 28

# Thank You your order has been successfully completed

## LookupAnyone

### Take our 2008 Consumer Credit Survey and claim with 24 Protect Plus℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *24Protect Plus* FREE for 7 Days. (Click Here for Details.)

**Do you give gift cards away as presents?**
◉ Yes  ○ No

**What card type did you use for your LookupAnyone purchase today?**
◉ Credit Card  ○ Debit Card



### Please type in your email address below

By typing your e-mail address, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed on the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to *24Protect Plus*, a service provider of LookupAnyone.


**YES**
and show me
my report

No, see my report

### 24 Protect Plus
Enjoy savings like this and so much more. Click here for Benefit Details.

Get access to your free credit report and credit score, 20% savings on gift cards purchased through the program for Circuit City®, Ace Hardware, and Sears®' to save on all your home improvement and security needs. 24-Hour Emergency Roadside Assistance from a participating, pre-qualified, reputable service provider - services include towing, flat tire assistance, battery service and lock-out assistance.**

Credit and identity fraud can happen at any time. *24Protect Plus* helps you identify monitor your information to detect and prevent ID theft and safeguard your home and other things that matter most.

**OFFER DETAILS:**
To activate your trial membership to *24Protect Plus* click Yes then you can immediately take advantage of the exciting savings *24Protect Plus* has to offer! After your 7-day FREE trial period it's just $19.95 per month for *24Protect Plus*. Remember, you can call *24Protect Plus* toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

*24Protect Plus* provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. *24Protect Plus* and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

Privacy Policy | Terms and Conditions

*Participating vendors are neither sponsors, co-sponsors nor affiliates of *24Protect Plus*. Gift card/certificate savings are an exclusive offer of *24Protect Plus* and are valid only on gift cards/certificates purchased through *24Protect Plus*. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. *24Protect Plus* uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the *24Protect Plus* website or call Member Savings for complete terms and conditions relative to participating vendors.

**Members must register for this service with *24Protect Plus* in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any 30-day policy period.

© Copyright 2008 24Protect Plus - All Rights Reserved

INTELIUS-K 000952

Offer Code: 29

# Thank You your order has been successfully completed



## Take our 2008 Member Survey and Claim with ValueMax℠

Please complete your survey below. Click on the answers you want and complete your information to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**Do you anticipate at least one hotel stay during the next year?**
○ Yes  ○ No  ○ Maybe

**What method of payment will you be using today?**
⦿ Credit Card  ○ Debit Card



### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details on this page.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address and credit/debit card information to ValueMax, a service provider of Intelius.

**YES**
**and show me my report**

**No, see my report**

### ValueMax

ValueMax is one of America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movies throughout the nation!

• Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
• 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
• 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's®, Hard Rock Café®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
• 30% to 60% savings on prescription drugs at over 48,000 pharmacies nationwide.
• 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**OFFER DETAILS:**
Simply click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back as a ValueMax member. After your 7-day FREE trial period, it's just $19.95 per month, automatically charged/debited to the credit/debit card on file with us. Remember, you can call us toll-free at 1-888-203-2257 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, you will automatically be charged/debited each month at our then-current fee, unless you call to cancel. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

**Disclaimers**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website or call Member Savings for complete terms and conditions related to participating vendors.

Privacy Policy · Terms and Conditions

© Copyright 2008 ValueMax - All Rights Reserved

INTELIUS-K 000953

Done                                                                          Internet

Offer Code: 30

# Thank You your order has been successfully completed



**People Lookup**
Your source for locating anyone!

## Take our 2008 Member Survey and Claim with ValueMax℠

Please complete your survey below. Click on the answers you want and complete your information to claim your $10 Cash Back as a member of ValueMax. (**Click Here for Details**).

**Do you anticipate at least one hotel stay during the next year?**

○ Yes  ○ No  ○ Maybe

**What method of payment will you be using today?**

⊙ Credit Card  ○ Debit Card



### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details on this page.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to ValueMax, a service provider of PeopleLookup.


**YES** and show me my report

**No, see my report**

### ValueMax

ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movies throughout the nation.

• Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
• 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
• 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's®, Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
• 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
• 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**OFFER DETAILS:**

Simply click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back as a ValueMax member. After your 7-day FREE trial period, it's just $19.95 per month, automatically charged/debited to the credit/debit card on file with us. Remember, you can call us toll-free at 1-800-200-3257 within the first 7 days to cancel and you will not be charged/debited. To ensure continuous service, you will automatically be charged/debited each month at our then-current fee, unless you call to cancel. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

**Disclaimers**

*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website or call Member Savings for complete terms and conditions related to participating vendors.

Privacy Policy  Terms and Conditions

© Copyright 2008 ValueMax - All Rights Reserved

INTELIUS-K 000954

Offer Code: 31

# Thank You your order has been successfully completed

## LookupAnyone



**Take our 2008 Member Survey and Claim**
**$10.00 CASH BACK with ValueMax℠**

Please complete your survey below. Click on the answers you want and complete your information to claim your $10 Cash Back as a member of ValueMax. (**Click Here for Details**).

**Do you anticipate at least one hotel stay during the next year?**
◉ Yes  ○ No  ○ Maybe

**What method of payment will you be using today?**
◉ Credit Card  ○ Debit Card

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details on this page.

**E-Mail Address:**

[                    ]

**Confirm E-Mail Address:**

[                    ]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to ValueMax's service provider of LookupAnyone.


**YES**
and show me
my report

**No, see my report**

### ValueMax

ValueMax is one of the nation's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movies throughout the nation!

- Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Café®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**OFFER DETAILS:**
Simply click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back as a ValueMax member. After your 9-day FREE trial period, it's just $19.95 per month, automatically charged/debited to the credit/debit card on file with us. Remember, you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. To ensure continuous service, you will automatically be charged/debited each month at our then-current fee, unless you call to cancel. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

**Disclaimers**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other names material by permission of each vendor. Please visit the ValueMax website or call Member Savings for complete terms and conditions related to participating vendors.

Privacy Policy  Terms and Conditions

© Copyright 2008 ValueMax - All Rights Reserved

28

INTELIUS-K 000955

Offer Code: 32

# Thank You your order has been successfully completed



**INTELIUS**
Live in the know.™

## Take our 2008 Consumer Credit Survey and Claim with Privacy Matters 123℠

Please complete your survey below. Click on the answers you want and complete your information to claim your $10 Cash Back as a member of Privacy Matters 123. (**Click Here for Details.**)

**Have you ever checked your credit score?**

○ Yes  ○ No  ○ Not Sure

**What method of payment are you using today?**

○ Credit Card  ○ Debit Card

### Please type in your email address below

By typing your email address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details on this page.

**E-Mail Address:**

**Confirm E-Mail Address:**


**YES**
and show me
my report

No, see my report

By clicking "Yes" I have read and agree to the Offer Details displayed on the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Privacy Matters 123, a service provider of Intelius.

### Privacy Matters 1-2-3

Privacy Matters 1-2-3 is designed to keep your personal information safe from credit and identity thieves, computer hackers and other dangers through easy access to a variety of safeguards, including:

• Triple Bureau Credit Monitoring provides automatic alerts when activity is detected to your credit files at all three credit bureaus
• FREE 3-in-1 Credit Report and Triple Score — get unlimited online access to your 3-in-1 Credit Report and Triple Scores, which merges your credit information and scores from all three credit reporting bureaus into one easy-to-read report
• Unlimited, toll-free access to Credit Report Customer Service. Click here for Benefit Details. Credit and identity fraud can happen at any time. Privacy Matters 1-2-3 helps you easily monitor your information* and quickly stop identity thieves in their tracks. In matters of identity theft, the faster you detect foul play, the easier it is to restore your good name.

**OFFER DETAILS:**
Simply click "Yes" to activate your trial membership in Privacy Matters 1-2-3 and claim your $10.00 Cash Back! After your 7-day FREE trial period it's just $19.95 per month for Privacy Matters 1-2-3. Remember, you can call Privacy Matters 1-2-3 toll-free at 1-877-990-6264 within the first 7 days to cancel, and you will not be charged/debited. To assure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

**Disclaimers**
*Privacy Matters 1-2-3 provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. Privacy Matters 1-2-3 and its bureau providers are not credit repair service providers and do not establish fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy · Terms and Conditions

© Copyright 2008 Privacy Matters 123 - All Rights Reserved

INTELIUS-K 000956

Done                                                                    Internet        100%

Offer Code: 33

# Thank You your order has been successfully completed



**People Lookup**
Your source for locating anyone!



**Take our 2008 Consumer Credit Survey and Claim with Privacy Matters 123℠**

Please complete your survey below. Click on the answers you want and complete your information to claim your $10 Cash Back as a member of Privacy Matters 123. (Click Here for Details)

Have you ever checked your credit score?

◉ Yes  ○ No  ○ Not Sure

What method of payment are you using today?

◉ Credit Card  ○ Debit Card

---

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details on this page.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed on the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to Privacy Matters 123, a service provider of PeopleLookup.



**YES and show me my report**

No, see my report

---

### Privacy Matters 1-2-3

Privacy Matters 1-2-3 is designed to keep your personal information safe from credit and identity thieves, computer hackers and other dangers through easy access to a variety of safeguards, including:
- Triple Bureau Credit Monitoring provides automatic alerts when activity is detected to your credit files at all three credit bureaus
- FREE 3-in-1 Credit Report and Triple Score — get unlimited online access to your 3-in-1 Credit Report and Triple Scores, which merges your credit information and scores from all three credit reporting bureaus into one easy-to-read report
- Unlimited toll-free access to Credit Report Customer Service. Click here for Benefit Details. Credit and identity fraud can happen at any time. Privacy Matters 1-2-3 helps you easily monitor your information* and quickly stop identity thieves in their tracks. In matters of identity theft, the faster you detect foul play, the easier it is to restore your good name.

OFFER DETAILS:
Simply click "Yes" to activate your trial membership in Privacy Matters 1-2-3 and claim your $10.00 Cash Back! After your 7-day FREE trial period it's just $19.95 per month for Privacy Matters 1-2-3. Remember, you can call Privacy Matters 1-2-3 toll-free at 1-877-993-4264 within the first 7 days to cancel and you will not be charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically charged/debited each month at the then-current membership fee on or about that same date to the credit card you provide today or from the checking account associated with the debit card you provide today. If for any reason you are dissatisfied, call our toll-free number to cancel and you'll be no longer be charged/debited.

Disclaimers
*Privacy Matters 1-2-3 provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. Privacy Matters 1-2-3 and its benefit providers are not credit repair service providers and do not provide fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy · Terms and Conditions

© Copyright 2008 Privacy Matters 123 – All Rights Reserved

24 of 24 · Clipboa
Item collected.

INTELIUS-K 000957

Offer Code: 34

# Thank You your order has been successfully completed

## LookupAnyone

Take our 2008 Consumer Credit Survey and Claim
$10.00 CASH BACK with Privacy Matters 123℠

Please complete your survey below. Click on the answers you want and complete your information to
claim your $10 Cash Back as a member of Privacy Matters 123. (Click Here for Details)

**Have you ever checked your credit score?**
◉ Yes  ○ No  ○ Not Sure

**What method of payment are you using today?**
○ Credit Card  ○ Debit Card



### Please type in your email address below

By typing your e-mail address below, that will
constitute your electronic signature and is your
written authorization to charge/debit your
account according to the Offer Details on this
page.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the
Offer Details displayed to the right and
authorize LookupAnyone to securely transfer
my name, address, and credit/debit card
information to Privacy Matters 123, a service
provider of LookupAnyone.



**YES**
and show me
my report

No, see my report

### Privacy Matters 1-2-3

Privacy Matters 1-2-3 is designed to keep your personal information safe from credit and identity thieves, computer
hackers and other dangers through easy access to a variety of safeguards, including:
• Triple Bureau Credit Monitoring provides automatic alerts when activity is detected on your credit files at all three
credit bureaus
• FREE 3-in-1 Credit Report and Triple Score — get unlimited online access to your 3-in-1 Credit Report and Triple
Scores, which merges your credit information and scores from all three credit reporting bureaus into one easy-to-read
report
• Unlimited, toll-free access to Credit Report Customer Service. Click here for Benefit Details. Credit and identity
fraud can happen at any time. Privacy Matters 1-2-3 helps you easily monitor your information® and quickly stop
identity thieves in their tracks. In matters of identity theft, the faster you catch foul play, the easier it is to restore
your good name.

**OFFER DETAILS:**
Simply click "Yes" to activate your trial membership in Privacy Matters 1-2-3 and claim your $10.00 Cash Back!
After your 7-day FREE trial period it's just $19.95 per month for Privacy Matters 1-2-3. Remember: you can call
Privacy Matters 1-2-3 toll-free at 1-877-992-6264 within the first 7 days to cancel, and you will not be
charged/debited. To ensure continuous service, at the end of your trial period your membership will be automatically
charged/debited each month at the then-current membership fee on or about that same date to the credit card you
provide today or from the checking account associated with the debit card you provide today. If for any reason you are
dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited.

**Disclaimer:**
'Privacy Matters 1-2-3 provides you with the tools you need to access and monitor your financial/credit information
through the program's credit reporting and monitoring benefits. Privacy Matters 1-2-3 and its benefit providers are not
credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or
credit services organizations or businesses, as defined by federal and state law.

Privacy Policy  Terms and Conditions

© Copyright 2008 Privacy Matters 123 - All Rights Reserved

INTELIUS-K 000958

Offer Code: 35

# Thank You your order has been successfully completed




Take our 2007 Consumer Credit Survey and Claim
with a Privacy Matters Identity ℠ Membership

Complete the survey below and the short registration form to claim $10.00 Cash back as a member
of *Privacy Matters Identity* FREE for 7 Days. (**Click Here for Details**).

**Have you ever been a victim of identity theft?**

○ Yes  ○ No  ○ Not Sure

**What card type did you use for your Intelius purchase today?**

○ Credit Card  ○ Debit Card

### Please type in your email address below

By typing your email address below, it will
constitute your electronic signature and is your
written authorization to charge/debit your
account according to the Offer Details to the
right.

**E-Mail Address:**

[                    ]

**Confirm E-Mail Address:**

[                    ]

By clicking "Yes" I have read and agree to the
Offer Details displayed to the right and
authorize Intelius to securely transfer my
name, address, and credit/debit card
information to Privacy Matters Identity, a
service provider of Intelius .



**YES**
**and show me**
**my report**

**No Thanks, Continue**

## Privacy Matters Identity

- **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
- **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you with automatic monitoring that scans 10 billion public records daily and alerts you in advance of any suspicious activity affecting your credit and public records.
- **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity theft.
- **And many other identity protection benefits**

**OFFER DETAILS:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. This membership fee of $19.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with Intelius after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-840-6361 with the first 7 days to cancel; you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. No matter what, the FREE $10.00 Cash Back is yours to claim. Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matters Identity will be automatically debited each month on or about the same date from the checking account associated

**Disclaimers**
*Privacy Matters Identity and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000959

Done                                                                    🌐 Internet    🔍 100%

Offer Code: 36

# Thank You your order has been successfully completed





### Take our 2008 Consumer Credit Survey and claim with Privacy Matters Identity℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. (**Click Here for Details**).

**Have you ever been a victim of identity theft?**

○ Yes   ○ No   ○ Not Sure

**What card type did you use for your Intelius purchase today?**

○ Credit Card   ○ Debit Card

### Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of Intelius .



No Thanks, Continue

*Privacy Matters Identity*

• **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
• **24/7 Identity Monitoring and Alerts** - help prevent identity theft before it happens to you with automatic monitoring that scans 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
• **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity theft.
• And many other identity protection benefits

OFFER DETAILS:
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $19.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with Intelius after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-240-6201 with the next 7 days to cancel you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address and credit/debit card information to Privacy Matters Identity. No matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matter Identity will be automatically debited each month on or about the same date from the checking account associated

Disclaimers
Privacy Matters Identity and its benefit providers to not credit repair service providers, and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000960

Done                                                                 Internet

Offer Code: 37

# Thank You your order has been successfully completed



**INTELIUS**
Live in the know.™

## Take our 2008 Consumer Credit Survey and claim with Privacy Matters Identity℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days - (Click Here for Details).

**Have you ever been a victim of identity theft?**

○ Yes   ○ No   ○ Not Sure

**What card type did you use for your Intelius purchase today?**

○ Credit Card   ○ Debit Card

### Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of Intelius .



**YES**
**and show me**
**my report**

No, see my report

### Privacy Matters Identity

- **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
- **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you with Intelius' automatic monitoring that scans 10 billion public records daily, and alerts you in advance about suspicious activity affecting your credit and public records.
- **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity theft.
- **And many other identity protection benefits**

**OFFER DETAILS:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $19.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with Intelius after the 7-day trial and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-846-6301 with the next 7 days to cancel-you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. Now matter what the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matter Identity will be automatically debited each month on or about the same date from the checking account associated

**Disclaimers**
*Privacy Matters Identity and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit choices, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy - Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000961

Done   ● Internet   ⚡ 100%

Offer Code: 38

# Thank You your order has been successfully completed

 **INTELIUS**
Live in the know.™

**Take our 2008 Consumer Credit Survey and get**
**with Identity Protect.**

Complete the survey below and the short registration form to claim $10.00 cash back with your first month's service as a member of Identity Protect FREE for 7 Days. (**Click Here for Details**).

**Have you ever been a victim of identity theft?**

⦿ Yes  ○ No  ○ Not Sure

**What card type did you use for your Intelius purchase today?**

⦿ Credit Card  ○ Debit Card

**Please make your selection below**

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to charge/debit my account according to the Offer Details to the right.

**YES**
**and show me**
**my report**

**No, see my report**

**Identity Protect includes:**



Offer Details:

Disclaimer:

© Copyright 2008 Intelius, Inc. • All Rights Reserved

INTELIUS-K 000962

Offer Code: 39

# Thank You your order has been successfully completed



**INTELIUS**
Live in the know.

**Take our 2008 Consumer Credit Survey and get $10.00 CASH BACK with Identity Protect℠**

Complete the survey below and the short registration form to claim $10.00 cash back with your first month's service as a member of Identity Protect FREE for 7 Days. (Click Here for Details)

**Have you ever been a victim of identity theft?**

◉ Yes   ○ No   ○ Not Sure

**What card type did you use for your Intelius purchase today?**

◉ Credit Card   ○ Debit Card

## Please make your selection below

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to charge/debit my account according to the Offer Details to the right.



YES
and show me
my report

No, see my report

### Identity Protect Includes:

[faded text]

Offer Details

[faded text]

Disclosures

[faded text]

© Copyright 2008 Intelius, Inc.   All Rights Reserved

INTELIUS-K 000963

Offer Code: 4O

# Thank You your order has been successfully completed

 **INTELIUS**
Live in the know.®

**Take our 2008 Consumer Credit Survey and get**
**with Identity Protect℠**

Complete the survey below and the short registration form to claim $10.00 cash back as a member of Identity Protect FREE for 7 Days.
(**Click Here for Details**)

**Have you ever been a victim of identity theft?**

○ Yes   ○ No   ○ Not Sure

**What card type did you use for your Intelius purchase today?**

○ Credit Card   ○ Debit Card

**Please make your selection below**

By typing your e-mail below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to charge/debit my account according to the Offer Details to the right.

**YES**
**and show me**
**my report**

**No, see my report**

*Identity Protect Includes:*

(text illegible)

© Copyright 2008 Intelius, Inc. • All Rights Reserved

INTELIUS-K 000964

37

Offer Code: 42



# Thank You your order has been successfully completed

INTELIUS
Live in the know.

### Take our 2008 Community Safety Survey and claim $10.00 CASH BACK when you try Family Safety Report

Complete the survey below and the short registration form to claim $10.00 Cash Back as a member of *Family Safety Report* FREE for 7 days (Click Here for Details).

**Does your neighborhood have a sex offender alert program?**

○ Yes   ○ No   ○ I don't know

**What card type did you use for your Intelius purchase today?**

○ Credit Card   ○ Debit Card



### Please type in your email address below

By typing your email address below it will constitute your electronic signature and is your written authorization to Intelius to securely transfer your account according to the Offer Details to the right.


(This is a secured page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Family Safety Report, a service provider of Intelius.




**YES**
And show my report

Click once and wait

No, show my report

*Family Safety Report* - Protect Your Family Now!

* Locate registered sex offenders in your area
* Get e-mail alerts when convicted predators move near you
* Monitor sex offenders in multiple areas

**OFFER DETAILS:**

Simply click "Yes" to activate your trial membership and take advantage of the great benefits that Family Safety Report has to offer plus claim your $10.00 Cash Back. The membership fee of $19.95 per month will be charged/debited by Family Safety Report on the credit/debit card you used today. With Intelius after your 7-day FREE trial period and then automatically charge/debit each month to the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-877-442-8710 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these offer details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to Family Safety Report. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Family Safety Report will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers**
* Family Safety Report does not provide the Registered Sex Offender Report. The report is administered and provided by Intelius and is subject to their Terms of Site Use and Terms & Conditions. Family Safety Report cannot guarantee the accuracy of information provided within the report.

Privacy Policy  Terms and Conditions

© Copyright 2008 Family Safety Report - All Rights Reserved

Done                                                          Internet            10

INTELIUS-K 000965

Offer Code: 44

# Thank You <span>your order has been successfully completed</span>  INTELIUS
Live in the know.™

## Get $10.00 Off as a member of Identity Protect ℠

Claim $10.00 off as a member of Identity Protect FREE for 7 Days  Click Here for Details

By checking the "YES" button, I agree with the Offer Details below.

(This is a secured 🔒 page)



**YES**
And show
my report
Click ONCE and wait

No, show my report



**Protect yourself with a FREE Identity Protect trial. This award-winning ID protection service includes:**

- Free Credit Report
- 10% discount on future Intelius Purchases
- Credit, financial and public records monitoring
- Instant email alerts of suspicious activity
- ID Theft recovery insurance, just in case
- A personal identity report for a complete look at your identity
- More...

**Offer Details:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer plus claim your $10.00 cash back with your first month's Identity Protect service. The membership fee of $15.95 per month will be charged/debited by intelius.com to the credit/debit card you used today with intelius.com after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us at (877) 974-1563 within the first 7 days to cancel-you will have paid nothing and owe nothing. You may also cancel or place your service on hold within the My intelius.com section of the intelius.com website at any time. Remember: Identity Protect comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers**
* Intelius.com is not credit repair service provider and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

INTELIUS-K 000966

Intelius Other Ads

Offer Code 45

# Thank You your order has been successfully completed


**INTELIUS**
Live in the know.™

## Get $10.00 Off as a member of Identity Protect ℠

Enter the short registration below to claim $10.00 off as a member of Identity Protect free for 7 Days. (Click Here for Details).

**Identity Protect includes:**

♦ Free Credit Report
♦ 10% discount on future Intelius Purchases
♦ Credit, financial, and public records monitoring
♦ Instant email alerts of suspicious activity
♦ $25,000 Identity Theft recovery insurance
♦ A personal identity report for a complete look at your identity
♦ More...



### Please type in your email address below

By Typing your email address below and clicking on the yes button, you are confirming that you have read and agree with the offer details to the right.

(This is a secured  page)

E-Mail Address:

**YES**
**And show**
**my report**

Click once and wait



**No, show my report**

Privacy Policy, Terms, and Conditions

### Identity Protect Includes:

♦ **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
♦ **24/7 Identity Monitoring and Alerts**- Help prevent identity theft before it happens to you with automatic monitoring that scans over 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
♦ **Identity Recovery Assistance**- Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud. **And many other identity protection benefits.**

**Offer Details:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer plus claim your $10.00 cash back with your third month's Identity Protect service. The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us at (877) 974-1563 within the first 7 days to cancel-you will have paid nothing and owe nothing. You may also cancel or place your service on hold within the My Intelius.com section of the Intelius.com website at any time. Remember, Identity Protect comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers**
* Intelius.com is not credit repair service provider and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

INTELIUS-K 000967

Offer Code: 46

# Thank You your order has been successfully completed



## Get $10.00 Off as a member of Identity Protect ℠

Enter the short registration below to claim $10.00 off as a member of Identity Protect free for 7 Days [Click Here for Details]

**Identity Protect Includes:**

- Free Credit Report
- 10% discount on future Intelius Purchases
- Credit, financial, and public records monitoring
- Instant email alerts of suspicious activity
- $25,000 Identity Theft recovery insurance
- A personal identity report for a complete look at your identity
- More...





**Please type in your email address below**

By typing your email address below and clicking on the "YES" button, you are confirming that you have read and agree with the offer details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**



**YES And show my report**

Click, wait and wait

**No, show my report**

**Identity Protect Includes:**

- **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key, identity information including a current credit report, address history, aliases, background information and more.
- **24/7 Identity Monitoring and Alerts**- Help prevent identity theft before it happens with our automated monitoring that scans over 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
- **Identity Recovery Assistance**- Let licensed investigators help you recover your identity. Clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud. **And many other identity protection benefits.**

**Offer Details:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer plus claim your $10.00 off your next month's Identity Protect service. **The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial** and then automatically charged/debited each month at the then-current monthly membership fee as long as you remain a member. Of course you can call us at 877-974-1563 within the first 7 days to cancel - you will not be charged and owe nothing. You may also cancel or place your service on hold after that at Intelius.com's section of the Intelius.com website at any time. Remember: Identity Protect comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers**
* Intelius.com is not a credit repair service provider and do not receive fees for such services. Nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

INTELIUS-K 000968

Offer Code: 47

# Thank You your order has been successfully completed





**Take our 2008 Consumer Credit Survey and claim**
**with Privacy Matters Identity℠**

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. **(Click Here for Details).**

**Have you ever been a victim of identity theft?**

◉ Yes  ○ No  ○ Not Sure

**What card type did you use for your Intelius purchase today?**

◉ Credit Card  ○ Debit Card

### Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**(This is a secured  page)**

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of Intelius.

### YES
And show my report

Click once and wait

### No, show my report

### Privacy Matters Identity

• **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
• **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you with automatic monitoring that scans 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
• **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.
• **And many other identity protection benefits**

**OFFER DETAILS:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $19.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with Intelius after the 7-day trial and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-840-6301 with the first 7 days to cancel-you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. No matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matter Identity will be automatically debited each month on or about the same date from the checking account associated

**Disclaimers**
*Privacy Matters Identity and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Privacy Matters Identity - All Rights Reserved

INTELIUS-K 000969

Done ○ Internet

Offer Code: 48

# Thank You your order has been successfully completed



**People Lookup**
Your source for locating anyone!

INTELIUS-K 000970

## Take our 2008 Community Safety Survey and claim when you try Family Safety Report



Complete the survey below and the short registration form to claim $10.00 Cash Back as a member of *Family Safety Report* FREE for 7 days (**Click Here for Details**.)

**Does your neighborhood have a sex offender alert program?**

◉ Yes  ○ No  ○ I don't know

**What card type did you use for your PeopleLookup purchase today?**

◉ Credit Card  ○ Debit Card

### Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to Family Safety Report, a service provider of PeopleLookup.



**YES**
And show my report

Click once and wait

No, show my report

### *Family Safety Report* - Protect Your Family Now!

- Locate registered sex offenders in your area
- Get e-mail alerts when convicted predators move near you
- Monitor sex offenders in multiple areas

**OFFER DETAILS:**

Simply click "Yes" to activate your trial membership and take advantage of the great benefits that Family Safety Report has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by Family Safety Report on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-877-442-5710 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these offer details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to Family Safety Report. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Family Safety Report will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers**
* Family Safety Report does not provide the Registered Sex offender Report. The report is administered and provided by PeopleLookup and is subject to their Terms of Site Use and Terms & Conditions. Family Safety Report cannot guarantee the accuracy of or information provided within the report.

Privacy Policy | Terms and Conditions

© Copyright 2008 Family Safety Report - All Rights Reserved

Offer Code: 49

# Thank You <span>your order has been successfully completed</span>   LookupAnyone

**Take our 2008 Community Safety Survey and claim when you try Family Safety Report**

Complete the survey below and the short registration form to claim $10.00 Cash Back as a member of *Family Safety Report* FREE for 7 days (Click Here for Details).

**Does your neighborhood have a sex offender alert program?**

◉ Yes  ○ No  ○ I don't know

**What card type did you use for your LookupAnyone purchase today?**

◉ Credit Card  ○ Debit Card



## Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**(This is a secured page)** 

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to Family Safety Report, a service provider of LookupAnyone.

**YES**
And show my report

Click once and wait

No, show my report

### Family Safety Report - Protect Your Family Now!

* Locate registered sex offenders in your area
* Get e-mail alerts when convicted predators move near you
* Monitor sex offenders in multiple areas

**OFFER DETAILS:**

Simply click "Yes" to activate your trial membership and take advantage of the great benefits that Family Safety Report has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by Family Safety Report on the credit/debit card you used today with LookupAnyone after your 7-day FREE trial period and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-877-442-5710 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these offer details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to Family Safety Report. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Family Safety Report will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers**

* Family Safety Report does not provide the Registered Sex offender Report. The report is administered and provided by LookupAnyone and is subject to their Terms of Site Use and Terms & Conditions. Family Safety Report cannot guarantee the accuracy of or information provided within the report.

Privacy Policy | Terms and Conditions

© Copyright 2008 Family Safety Report - All Rights Reserved

44

INTELIUS-K 000971

Offer Code: 50

# Thank You your order has been successfully completed 

INTELIUS
Live in the know.™

## Get            as a member of
## Identity Protect SM

Register below to claim $10 off your third month's fee as a member of Identity Protect. Try it free for 7 days. (Click Here for Details).

**Identity Protect Includes:**
- Detailed Personal Identity Profile - Find out if you're at risk for identity theft with a complete report of your identity information, including a current credit report, address history, aliases, background, and more.
- 24/7 Identity Monitoring and Alerts - Prevent identity theft before it happens with automatic monitoring that scans billions of public records daily and alerts you in advance about suspicious activity.
- Identity Recovery Assistance - Let professionals help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.



### Please type in your email address below

Clicking on the "Yes" button, you are confirming that you have read and agree with the offer details to the right.

(This is a secured  page)

E-Mail Address:

[                    ]

**YES**
And show my report
Click once and wait

No thanks, show my report

**Additional Benefit Details:**
- Free Credit Report, 10% discount on future Intelius purchases.
- Credit, financial, public records monitoring instant email alerts of suspicious activity.
- $25,000 Identity Theft recovery insurance.

**Offer Details:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer plus claim your $10.00 off with your third month's Identity Protect service. The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us at (877) 974-1563 within the first 7 days to cancel-you will have paid nothing and owe nothing. You may also cancel or place your service on hold within the My Intelius.com section of the Intelius.com website at any time. Remember, Identity Protect comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or after 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers:**
*Identity Protect and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

INTELIUS-K 000972

45

Offer Code: 51

# Thank You your order has been successfully completed



## Get $10.00 Off as a member of Identity Protect ℠

Register below to claim $10 off your third month's fee as a member of Identity Protect. Try it free for 7 days. (Click Here for Details).

**Identity Protect Includes:**
◆ Detailed Personal Identity Profile - Find out if you're at risk for identity theft with a complete report of your identity information, including a current credit report, address history, aliases, background, and more.
◆ 24/7 Identity Monitoring and Alerts - Prevent identity theft before it happens with automatic monitoring that scans billions of public records daily and alerts you in advance about suspicious activity.
◆ Identity Recovery Assistance - Let professionals help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.



### Please type in your email address below

Clicking on the "YES" button, you are confirming that you have read and agree with the offer details to the right.

(This is a secured 🔒 page)

E-Mail Address:

**YES**
And show my report

Click once and wait


No thanks, show my report

**Additional Benefit Details:**
◆ Free Credit Report, 10% discount on future Intelius purchases.
◆ Credit, financial, public records monitoring instant email alerts of suspicious activity.
◆ $25,000 Identity Theft recovery insurance.

**Offer Details:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer plus claim your $10.00 off with your third month's Identity Protect service. **The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial** and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us at (877) 974-1563 within the first 7 days to cancel-you will have paid nothing and owe nothing. You may also cancel or place your service on hold within the My Intelius.com section of the Intelius.com website at any time. Remember, Identity Protect comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or after 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers:**
*Identity Protect and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

INTELIUS-K 000973

Offer Code: 52

# Thank You your order has been successfully completed



## Free Credit Report with a 7 day trial of Identity Protect℠

Register below for your free 7 day trial of Identity Protect and instantly be protected.

**Identity Protect Includes:**
- Detailed Personal Identity Profile - Find out if you're at risk for identity theft with a complete report of your identity information, including a current credit report, address history, aliases, background, and more.
- 24/7 Identity Monitoring and Alerts - Prevent identity theft before it happens with automatic monitoring that scans billions of public records daily and alerts you in advance about suspicious activity.
- Identity Recovery Assistance - Let professionals help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.



### Please type in your email address below

Clicking on the "Yes" button, you are confirming that you have read and agree with the offer details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

[                    ]


**YES**
And show my report!
Click once and wait

**No thanks, show my report**

**Additional Benefit Details:**
- Free Credit Report, 10% discount on future Intelius purchases.
- Credit, financial, public records monitoring instant email alerts of suspicious activity.
- $25,000 Identity Theft recovery insurance.

**Offer Details:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer. **The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial and** then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us at (877) 974-1563 within the first 7 days to cancel-you will have paid nothing and owe nothing. You may also cancel or place your service on hold within the My Intelius.com section of the Intelius.com website at any time. Remember, Identity Protect comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or after 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers:**
*Identity Protect and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Intelius, Inc. - All Rights Reserved

47

INTELIUS-K 000974

Offer Code: 53

# Thank You your order has been successfully completed



## Get $10.00 Off as a member of Identity Protect ℠

Register below to claim $10 off your third month's fee as a member of Identity Protect. Try it free for 7 days. (Click Here for Details).



**Identity Protect Includes:**
● Free Credit Report.
● 10% discount on future Intelius purchases.
● Credit, financial, public records monitoring instant email alerts of suspicious activity.
● $25,000 Identity Theft recovery insurance.
● Instant email alerts of suspicious activity.

---

**Please type in your email address below**

Clicking on the "Yes" button, you are confirming that you have read and agree with the offer details to the right.

(This is a secured  page)

**E-Mail Address:**
[_____]

**YES**
**And show my report**

Click once and wait

[ **No thanks, show my report** ]

---

**Additional Benefit Details:**
● Detailed Personal Identity Profile - Find out if you're at risk for identity theft with a complete report of your identity information, including a current credit report, address history, aliases and more.
● 24/7 Identity Monitoring and Alerts - Prevent identity theft before it happens with automatic monitoring that scans billions of public records daily and alerts you in advance about suspicious activity.
● Identity Recovery Assistance - Let professionals help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.

**Offer Details:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer plus claim your $10.00 off with your third month's Identity Protect service. **The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial** and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us at (877) 974-1363 within the first 7 days to cancel-you will have paid nothing and owe nothing. You may also cancel or place your service on hold within the My Intelius.com section of the Intelius.com website at any time. Remember, Identity Protect comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or after 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers:**
*Identity Protect and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

INTELIUS-K 000975

48

Offer Code: 54

# Thank You your order has been successfully completed


**INTELIUS**
Live in the know™

## Get $10.00 Off as a member of Identity Protect ℠

Register below to claim $10 off your third month's fee as a member of Identity Protect. Try it free for 7 days.
(Click Here for Details).

**Identity Protect includes:**

- Free Credit Report
- 10% discount on future Intelius Purchases
- Credit, financial, and public records monitoring
- Instant email alerts of suspicious activity
- $25,000 Identity Theft recovery insurance
- A personal identity report for a complete look at your identity
- More...



**Please type in your email address below**

By typing your email address below and clicking on the "Yes" button, you are confirming that you have read and agree with the offer details to the right.

(This is a secured page)

**E-Mail Address:**

[                    ]

**YES**
And show
my report

Click once and wait



**No, show my report**

**Identity Protect Includes:**

- **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
- **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you with automatic monitoring that scans over 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
- **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud. **And many other identity protection benefits.**

**Offer Details:**

Simply click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer plus claim your $10.00 off with your third month's Identity Protect service. **The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial** and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us at (877) 974-1563 within the first 7 days to cancel-you will have paid nothing and owe nothing. You may also cancel or place your service on hold within the My Intelius.com section of the Intelius.com website at any time. Remember Identity Protect comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers**

* Intelius.com is not credit repair service provider and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy   Terms and Conditions

© Copyright 2008 Intelius, Inc. - All Rights Reserved

INTELIUS-K 000976

Offer Code: 55

# Thank You your order has been successfully completed

 **INTELIUS**
Live in the know.™

## Free Credit Report with a 7 day trial of Identity Protect℠

Register below for your free 7 day trial of Identity Protect and instantly be protected.

**Identity Protect includes:**

* Free Credit Report
* 10% discount on future Intelius Purchases
* Credit, financial, and public records monitoring
* Instant email alerts of suspicious activity
* $25,000 Identity Theft recovery insurance
* A personal identity report for a complete look at your identity
* More...



### Please type in your email address below

By typing your email address below and clicking on the "Yes" button, you are confirming that you have read and agree with the offer details to the right.

(This is a secured  page)

**E-Mail Address:**

[                    ]

**YES**
And show
my report

Click once and wait

**No, show my report**

## Identity Protect Includes:

* **Detailed Personal Identity Profile** - Find out if you re at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
* **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you with automatic monitoring that scans over 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
* **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud. **And many other identity protection benefits.**

**Offer Details:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer. **The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial** and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us at (877) 974-1563 within the first 7 days to cancel-you will have paid nothing and owe nothing. You may also cancel or place your service on hold within the My Intelius.com section of the Intelius.com website at any time. Remember, Identity Protect comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers**
* Intelius.com is not credit repair service provider and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy - Terms and Conditions

© Copyright 2008 Intelius, Inc. - All Rights Reserved

INTELIUS-K 000977

Offer Code: 56

# Thank You your order has been successfully completed



Free Credit Report with a 7 day trial of
Identity Protect℠



Register below for your free 7 day trial of Identity Protect and instantly be protected.

**Identity Protect Includes:**
- Detailed Personal Identity Profile - Find out if you're at risk for identity theft with a complete report of your identity information, including a current credit report, address history, aliases, background, and more.
- 24/7 Identity Monitoring and Alerts - Prevent identity theft before it happens with automatic monitoring that scans billions of public records daily and alerts you in advance about suspicious activity.
- Identity Recovery Assistance - Let professionals help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.

**Please type in your email address below**

Clicking on the "Yes" button, you are confirming that you have read and agree with the offer details to the right.

(This is a secured  page)

**E-Mail Address:**

**YES**
And show
my report

Click once and wait

**No, show my report**

**Additional Benefit Details:**
- Free Credit Report, 10% discount on future Intelius purchases.
- Credit, financial, public records monitoring instant email alerts of suspicious activity.
- $25,000 Identity Theft recovery insurance.

**Offer Details:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer. **The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member.** Of course you can call us at (877) 974-1563 within the first 7 days to cancel-you will have paid nothing and owe nothing. You may also cancel or place your service on hold within the My Intelius.com section of the Intelius.com website at any time. Remember, Identity Protect comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or after 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers:**
*Identity Protect and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Intelius, Inc. - All Rights Reserved

INTELIUS-K 000978

24 of 24 - Clipboa
Item collected.

Offer Code: 57

# Thank You your order has been successfully completed



**INTELIUS**
Live in the know.™

## Free Credit Report with a 7 day trial of Identity Protect℠

Register below for your free 7 day trial of Identity Protect and instantly be protected.

**Identity Protect Includes:**
● Detailed *Personal Identity Profile* - Find out if you're at risk for identity theft with a complete report of your identity information, including a current credit report, address history, aliases, background, and more.
● 24/7 Identity Monitoring and Alerts - Prevent identity theft before it happens with automatic monitoring that scans billions of public records daily and alerts you in advance about suspicious activity.
● Identity Recovery Assistance - Let professionals help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.



### Please type in your email address below

By typing your email address below and clicking on the "Yes" button, you are confirming that you have read and agree with the offer details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

[                    ]

**YES**
**And show my report**

Click once and wait

**No, show my report**

**Additional Benefit Details:**
● Free Credit Report. 10% discount on future Intelius purchases.
● Credit, financial, public records monitoring instant email alerts of suspicious activity
● $25,000 Identity Theft recovery insurance.

**Offer Details:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer. **The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial** and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us at (877) 974-1563 within the first 7 days to cancel-you will have paid nothing and owe nothing. You may also cancel or place your service on hold within the My Intelius.com section of the Intelius.com website at any time. Remember, Identity Protect comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or after 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers:**
*Identity Protect and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Intelius, Inc. - All Rights Reserved

INTELIUS-K 000979

52

Offer Code: 58

# Thank You your order has been successfully completed





## Free Credit Report with a 7 day trial of Identity Protect℠

Register below for your free 7 day trial of Identity Protect and instantly be protected.

**Identity Protect Includes:**

- Free Credit Report.
- 10% discount on future Intelius purchases.
- Credit, financial, public records monitoring instant email alerts of suspicious activity.
- $25,000 Identity Theft recovery insurance.
- Instant email alerts of suspicious activity

**Please type in your email address below**

Clicking on the "Yes" button, you are confirming that you have read and agree with the offer details to the right.

(This is a secured  page)

**E-Mail Address:**

_____

**YES**
**And show my report**

Click once and wait

_____

**No, show my report**

**Additional Benefit Details:**
- **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your identity information, including a current credit report, address history, aliases, and more.
- **24/7 Identity Monitoring and Alerts** - Prevent identity theft before it happens with automatic monitoring that scans billions of public records daily and alerts you in advance about suspicious activity.
- **Identity Recovery Assistance** - Let professionals help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.

**Offer Details:**
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer. **The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial** and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us at (877) 974-1563 within the first 7 days to cancel-you will have paid nothing and owe nothing. You may also cancel or place your service on hold within the My Intelius.com section of the Intelius.com website at any time. Remember, Identity Protect comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or after 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated.

**Disclaimers:**
*Identity Protect and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Intelius, Inc. - All Rights Reserved

INTELIUS-K 000980

24 of 24 - Clipboa
item collected.

53

Offer Code: 59

# Thank You your order has been successfully completed



**INTELIUS**
Live in the know.™

## Free Credit Report with a 7 day trial of Identity Protect℠

Register below for your free 7 day trial of Identity Protect.

### Identity Protect Includes:

- Monthly credit report.
- 10% discount on future Intelius purchases while a member.
- Credit, financial, public records monitoring.
- $25,000 identity theft recovery insurance.
- Instant email alerts of suspicious activity.
- Neighborhood sex offender report.

**Please type in your email address below**

By clicking on the "Yes" button, you are confirming that you have read and agree to the offer details to the right.

(This is a secured  page)

**E-Mail Address:**

**YES**
And show my report

Click once and wait

**No thanks, show my report**

### Additional Benefit Details:

- Personal Identity Profile - Find out if you're at risk for identity theft with a detailed report of your identity information, including a current credit report, address history, aliases, and more.
- 24/7 Identity Monitoring and Alerts - Prevent identity theft before it happens with automatic monitoring that scans billions of public records daily and alerts you in advance about suspicious activity.
- Identity Recovery Assistance - Let professionals help you recover your identity if you ever become a victim of identity theft.

### Offer Details:

Click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer. **The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial** and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. If you wish to cancel during your 7 day trial, you can either cancel online or call us at (877) 974-1562 within the first 7 days - you will have paid nothing and owe nothing. After the 7 day trial you may also cancel your membership at any time by calling us or by visiting the MyIntelius section of the Intelius.com website. If you cancel you will not be charged future monthly fees. If you used a debit card today and you do not cancel within 7 days, beginning on or after 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated with your debit card so long as you remain a member.

### Disclaimers:

*Identity Protect and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Intelius Inc. - All Rights Reserved

INTELIUS-K 000981

Offer Code: 60

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
**And show my report**

Click once and wait



**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Benningan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card.

Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee as long as you remain a member. Of course you can call us toll-free at 1-888-205-2237 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, cosponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings (1-888-205-2257) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2008 ValueMax - All Rights Reserved

INTELIUS-K 00982

Offer Code: 61

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of ValueMax℠

ADVERTISEMENT



by ValueMax

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show my report

Click once and wait

**No, show my report**

### ValueMax Benefit Details:

ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

### Offer Details:

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with LookupAnyone after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

### Disclaimers:

*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2008 ValueMax - All Rights Reserved

56

INTELIUS-K 000983

Intelius Other Ads

Offer Code 62

# Thank You your order has been successfully completed



**INTELIUS**
Live in the know.™

## Free Credit Report as a member of Identity Protect℠



Register below for your free 7 day trial of Identity Protect.

**Identity Protect includes:**

♦ Monthly credit report.
♦ 10% discount on future Intelius purchases while a member.
♦ Credit, financial and public records monitoring.
♦ $25,000 identity theft recovery insurance.
♦ Instant email alerts of suspicious activity.
♦ Neighborhood sex offender report.

**Please type in your email address to accept**

By typing your email address below and clicking on the "Yes" button, you are confirming that you have read and agree to the offer details to the right.

(This is a secured  page)

E-Mail Address: _____

**YES**
And show my report

Click once and wait

**No, show my report**

**Additional Benefit Details:**

♦ Personal Identity Profile - Find out if you're at risk for identity theft with a detailed report of your identity information, including a current credit report, address history, aliases, and more.
♦ 24/7 Identity Monitoring and Alerts - Prevent identity theft before it happens with automatic monitoring that scans billions of public records daily and alerts you in advance about suspicious activity.
♦ Identity Recovery Assistance - Let professionals help you recover your identity if you ever become a victim of identity theft.

**Offer Details:**
Type your email address and click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer. The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. If you wish to cancel during your 7 day trial, you can either cancel online or call us at (877) 974-1563 within the first 7 days - you will have paid nothing and owe nothing. After the 7 day trial you may also cancel your membership at any time by calling us or by visiting the MyIntelius section of the Intelius.com website. If you cancel you will not be charged future monthly fees. If you used a debit card today and you do not cancel within 7 days, beginning on or after 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated with your debit card so long as you remain a member.

**Disclaimers:**
*Intelius and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by Federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Intelius Inc. - All Rights Reserved

INTELIUS-K 000984

Intelius Other Ads

Offer Code 64

# Thank You your order has been successfully completed


**INTELIUS**
Live in the know.™

## Get 10% off your next order as a member of Identity Protect ℠

Register below to receive 10% off all your future Intelius orders as long as you are a member of Identity Protect. Try it for free for 7 Days.



**Identity Protect Includes:**

◆ Monthly credit report.
◆ 10% discount on purchases of Intelius services while a member.
◆ Credit, financial and public records monitoring.
◆ $25,000 identity theft recovery insurance.
◆ Email alerts of suspicious activity.
◆ Neighborhood sex offender report.

---

**Please type in your email address to accept**

By typing your email address below and clicking on the "Yes" button, you are confirming that you have read and agree to the offer details to the right.


(This is a secured page)

**E-Mail Address:**

**YES**
And show
my report

Click once and wait

**No, show my report**

---

**Additional Benefit Details:**
◆ Personal Identity Profile - Find out if you're at risk for identity theft with a detailed report of your identity information, including a current credit report, address history, aliases, and more.
◆ 24/7 Identity Monitoring and Alerts - Prevent identity theft before it happens with automatic monitoring that scans billions of public records daily and alerts you in advance about suspicious activity.
◆ Identity Recovery Assistance - Let professionals help you recover your identity if you ever become a victim of identity theft.

**Offer Details:**
Type your email address and click "YES" to activate your trial membership and take advantage of the great benefits that Identity Protect has to offer. The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you used today with Intelius.com after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. If you wish to cancel during your 7 day trial, you can either cancel online or call us at (877) 974-1563 within the first 7 days - you will have paid nothing and owe nothing. After the 7 day trial you may also cancel your membership at any time by calling us or by visiting the MyIntelius section of the Intelius.com website. If you cancel you will not be charged future monthly fees. If you used a debit card today and you do not cancel within 7 days, beginning on or after 7 days from now, your monthly membership fee for Identity Protect will be automatically debited each month on or about the same date from the checking account associated with your debit card so long as you remain a member.

**Disclaimers:**
*Intelius and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2008 Intelius Inc. - All Rights Reserved

**INTELIUS-K 000985**

Offer Code: 66

# Thank You your order has been successfully completed

### Get $10.00 CASH BACK as a member of 24Protect Plus℠

ADVERTISEMENT



by 24Protect Plus

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Circuit City®™, Ace Hardware, and Sears®*
- 24-Hour Emergency Roadside Assistance**



**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right

**(This is a secured page)**

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
**And show**
**my report**

Click once and wait

**No, show my report**

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Circuit City®™, Ace Hardware, and Sears®* to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers!

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited and 24 Protect Plus on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee as long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

INTELIUS-K 000986

Offer 67

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of 24Protect Plus℠

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Circuit City®*, Ace Hardware, and Sears®*
- 24-Hour Emergency Roadside Assistance**

ADVERTISEMENT



by 24Protect Plus

---

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
And show
my report

Click once and wait

No, show my report

---

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Circuit City®*, Ace Hardware, and Sears®* to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers†

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

**INTELIUS-K 000987**

Offer 68

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of 24Protect Plus℠

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**
- Free Credit Report and Score
- 20% savings on gift cards for Circuit City®*, Ace Hardware, and Sears®*
- 24-Hour Emergency Roadside Assistance**

ADVERTISEMENT



by 24Protect Plus

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**(This is a secured  page)**

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
**And show my report**

Click once and wait

**No, show my report**

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Circuit City®*, Ace Hardware, and Sears®* to save on all your home improvement and security needs
- Savings with popular national home improvement retailers*

Click here for Benefit Details

**Offer Details:**
□ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today, with LookupAnyone after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit. Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift card/certificate purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

**INTELIUS-K 000988**

© Copyright 2009 24Protect Plus - All Rights Reserved

Offer Code: 69

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of ValueMax℠

ADVERTISEMENT



by ValueMax

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show
my report

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**

ValueMax is one of America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back. The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**

*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings (1-888-205-2257) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 000989**

Offer 70

# Thank You your order has been successfully completed ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠



by ValueMax

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right

(This is a secured  page)

E-Mail Address:

Confirm E-Mail Address:

By clicking 'Yes' I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show
my report

Click once and wait

No, show my report

### ValueMax Benefit Details:

ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's®, Hard Rock Café®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide, and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

### Offer Details:

⌐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today, with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee as long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

### Disclaimers:

*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

INTELIUS-K 000990

Offer 71

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details)

**ValueMax Includes:**

* Savings on travel needs.
* 20% Savings on Gift Cards for Retailers and Restaurants.
* 5% to 60% savings on prescription drugs.
* 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show
my report

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**

ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

* Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
* 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
* 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
* 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
* 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with LookupAnyone after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**

*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

**INTELIUS-K 000991**

© Copyright 2009 ValueMax - All Rights Reserved

Offer Code: 72

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of 24Protect Plus℠

ADVERTISEMENT

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**
- Free Credit Report and Score
- 20% savings on gift cards for Circuit City®*, Ace Hardware, and Sears®*
- 24-Hour Emergency Roadside Assistance**



by 24Protect Plus

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**(This is a secured**  **page)**

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
**And show my report**

Click once and wait

**No, show my report**

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score
- 20% savings on gift cards purchased through the program for Circuit City®* Ace Hardware, and Sears®* to save on all your home improvement and security needs
- Savings with popular national home improvement retailers*

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $30 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

**INTELIUS-K 000992**

Offer 73

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of 24Protect Plus℠

ADVERTISEMENT

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Circuit City®*, Ace Hardware, and Sears®*
- 24-Hour Emergency Roadside Assistance**



by 24Protect Plus

### Please type in your email address below

By typing your e-mail address below that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured page) 

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
And show
my report

Click once and wait

**No, show my report**

### 24Protect Plus Benefit Details:

Enjoy savings like this and so much more.

- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Circuit City®*, Ace Hardware, and Sears®* to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers.

Click here for Benefit Details

### Offer Details:

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long so you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

### Disclaimers:

24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

**INTELIUS-K 000993**

Offer 74

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of 24Protect Plus℠



ADVERTISEMENT

by 24Protect Plus

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

♦ Free Credit Report and Score
♦ 20% savings on gift cards for Circuit City®*, Ace Hardware, and Sears®*
♦ 24-Hour Emergency Roadside Assistance**

---

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
And show my report

Click once and wait

**No, show my report**

---

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
♦ Get access to your free credit report and credit score.
♦ 20% savings on gift cards purchased through the program for Circuit City®*, Ace Hardware, and Sears®* to save on all your home improvement and security needs.
♦ Savings with popular national home improvement retailers!

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with LookupAnyone after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy; | Terms and Conditions

**INTELIUS-K 000994**

© Copyright 2009 24Protect Plus - All Rights Reserved

Offer Code: 75

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of ValueMax℠

ADVERTISEMENT



by ValueMax

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show my report

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation:

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's®, Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☞ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings (1-888-205-2257) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

INTELIUS-K 000995

Offer 76

# Thank You your order has been successfully completed ADVERTISEMENT

**Get $10.00 CASH BACK as a member of ValueMax℠**



by ValueMax

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details)

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

---

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

_____

**Confirm E-Mail Address:**

_____

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
**And show my report**
Click once and wait

**No, show my report**

---

### ValueMax Benefit Details:

ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theater throughout the nation!

- Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 12,000 providers nationwide and 10% to 20% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

### Offer Details:

[* Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited to your credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at this then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-203-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

### Disclaimers:

*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax, and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other -vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 000996**

Offer 77

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show my report

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
[** Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with LookupAnyone after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2237 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift cards/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

**INTELIUS-K 000997**

© Copyright 2009 ValueMax - All Rights Reserved

Offer Code: 78

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of 24Protect Plus℠

ADVERTISEMENT

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Circuit City®*, Ace Hardware, and Sears®*
- 24-Hour Emergency Roadside Assistance**



by 24Protect Plus

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**



**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
**And show my report**



Click once and wait

**No, show my report**

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Circuit City®*, Ace Hardware, and Sears®* to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers*

Click here for Benefit Details

**Offer Details:**
☐  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift card/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you renew your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

**INTELIUS-K 000998**

Offer 79

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of 24Protect Plus℠

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Circuit City®*, Ace Hardware, and Sears®*
- 24-Hour Emergency Roadside Assistance**



ADVERTISEMENT

by 24Protect Plus

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

[                    ]

**Confirm E-Mail Address:**

[                    ]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
And show my report

Click once and wait

No, show my report

---

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Circuit City®*, Ace Hardware, and Sears®* to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers*

Click here for Benefit Details

**Offer Details:**
□ * Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

**INTELIUS-K 000999**

Offer 80

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of 24Protect Plus℠

ADVERTISEMENT



by 24Protect Plus

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Circuit City®*, Ace Hardware, and Sears®*
- 24-Hour Emergency Roadside Assistance**

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
And show my report

Click once and wait

**No, show my report**

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Circuit City®*, Ace Hardware, and Sears®* to save on all your home improvement and security needs.

Click here for Benefit Details

**Offer Details:**
☐  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with LookupAnyone after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel  and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001000**

© Copyright 2009 24Protect Plus · All Rights Reserved

Offer Code: 81

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show
my report

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation.

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Café®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
[  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day, FREE trial period and then automatically charged/debited each month at the then-current membership fee as long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim. Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings (1-888-205-2257) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001001**

© Copyright 2009 ValueMax - All Rights Reserved

Offer 82

# Thank You your order has been successfully completed ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠



by ValueMax

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

### Please type in your email address below

By typing your e-mail address below that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to ValueMax

**YES**
And show my report

Click once and wait

**No, show my report**

### ValueMax Benefit Details:

ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 20% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's®, Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

### Offer Details:

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

### Disclaimers:

*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift card/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

INTELIUS-K 001002

Offer 83

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

| Please type in your email address below |
|---|

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show
my report

Click once and wait

**No, show my report**

### ValueMax Benefit Details:
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

### Offer Details:
J" Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today, with LookupAnyone after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

### Disclaimers:
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001003**

© Copyright 2009 ValueMax - All Rights Reserved

Offer Code: 86

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠



Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

by ValueMax

**Please type in your email address below**

Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show my report
Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
[   Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2297 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-205-2297] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

INTELIUS-K 001004

Offer Code: 89

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

**Advertisement**



by ValueMax

### Please type in your email address below

Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**(This is a secured 🔒 page)**

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show
my report

Click once and wait

**No, show my report**

### ValueMax Benefit Details:
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 20% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**

☐  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the than-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings (1-888-205-2257) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 001005**

Offer Code: 90

# Thank You your order has been successfully completed

ADVERTISEMENT

**Get $10.00 CASH BACK as a member of ValueMax℠**

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details)

**ValueMax includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

## Please type in your email address below

Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize **Intelius to securely transfer** my name, address, and credit/debit card information to ValueMax.

**YES**
**And show my report**

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation·

- Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Café®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 001006**

Offer 91

# Thank You your order has been successfully completed

### Get $10.00 CASH BACK as a member of 24Protect Plus℠

ADVERTISEMENT

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Ace Hardware, and Sears®*
- 24-Hour Emergency Roadside Assistance**



by 24Protect Plus

---

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

E-Mail Address:

Confirm E-Mail Address:

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
**And show my report**

Click once and wait

**No, show my report**

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Ace Hardware, and Sears® to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers:

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember - if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a Debit card today, then beginning on or about 7 days from now your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001007**

© Copyright 2009 24Protect Plus - All Rights Reserved

Offer 92

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show my report

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's®, Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back. The membership fee of $24.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings (1-888-205-2257) for complete terms and conditions related to participating vendors.

Privacy Policy I Terms and Conditions

**INTELIUS-K 001008**

© Copyright 2009 ValueMax - All Rights Reserved

Offer 93

# Thank You your order has been successfully completed

## $15.00
### Get $40.00 CASH BACK as a member of 24Protect Plus℠

Register below to claim your $15 Cash Back as a member of 24Protect Plus. (Click Here for Details)

**24Protect Plus Includes:**
- Free Credit Report and Score
- 20% savings on gift cards for Ace Hardware, and Sears®
- 24-Hour Emergency Roadside Assistance**

ADVERTISEMENT



by 24Protect Plus

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page) 

E-Mail Address:

Confirm E-Mail Address:

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

### YES
And show my report

Click once and wait

No, show my report

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Ace Hardware, and Sears® to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers¹

Click here for Benefit Details

**Offer Details:**
["  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $15.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $15.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001009**

© Copyright 2009 24Protect Plus - All Rights Reserved

Offer 95

# Thank You your order has been successfully completed

## $15.00
### Get $40.00 CASH BACK  as a member of ValueMax℠

ADVERTISEMENT



by ValueMax

Register below to claim your $15 Cash Back as a member of ValueMax. (Click Here for Details)

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.


(This is a secured page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to ValueMax.

### YES
And show my report

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation'

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's®, Hard Rock Café®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $15.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-203-2237 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $15.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-203-2237] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001010**

© Copyright 2009 ValueMax - All Rights Reserved

Offer Code: 97

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

### YES
### And show my report

Click once and wait

### No, show my report

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings (1-888-205-2257) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 001011**

Offer Code: 102

# Thank You your order has been successfully completed

## $15.00
### Get $40.00 CASH BACK as a member of 24Protect Plus℠

Register below to claim your $15 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**
* Free Credit Report and Score
* 20% savings on gift cards for Ace Hardware, and Sears®*
* 24-Hour Emergency Roadside Assistance**



ADVERTISEMENT

by 24Protect Plus

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

[                    ]

**Confirm E-Mail Address:**

[                    ]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
And show my report

Click once and wait

**No, show my report**

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
* Get access to your free credit report and credit score.
* 20% savings on gift cards purchased through the program for Ace Hardware, and Sears®* to save on all your home improvement and security needs.
* Savings with popular national home improvement retailers!

Click here for Benefit Details

**Offer Details:**
[" Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $15.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $15.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

INTELIUS-K 001012

Offer Code: 103

# Thank You your order has been successfully completed

## $15.00
## Get $10.00 CASH BACK as a member of ValueMax℠

ADVERTISEMENT



by ValueMax

Register below to claim your $15 Cash Back as a member of ValueMax. (Click Here for Details)

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
**And show my report**

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**

ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation.

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards™ purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards™ purchased through ValueMax for popular family restaurants, including Bennigan's®, Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**

☐  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $15.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $15.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**

*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings (1-888-205-2257) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 001013**

Offer Code: 104

# Thank You your order has been successfully completed

**Get $10.00 CASH BACK as a member of 24Protect Plus℠**

ADVERTISEMENT

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Ace Hardware and Sears®*
- 24-Hour Emergency Roadside Assistance**



by 24Protect Plus

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES And show my report**

Click once and wait

**No, show my report**

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Ace Hardware and Sears®* to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers·

Click here for Benefit Details

**Offer Details:**
☞ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee or $24.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

INTELIUS-K 001014

Offer Code: 105

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of ValueMax℠

ADVERTISEMENT



Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

### YES
And show my report

Click once and wait


No, show my report

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 43,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
⬜ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings (1-888-205-2257) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 001015**

Offer Code: 106

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of ValueMax℠

ADVERTISEMENT



by ValueMax

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

### Yes, sign me up
### And show my report

Click once and wait

### No thanks, just show my report

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation:

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☐  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

INTELIUS-K 001016

Offer Code: 107

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of ValueMax℠

ADVERTISEMENT



by ValueMax

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

• Savings on travel needs.
• 20% Savings on Gift Cards for Retailers and Restaurants.
• 5% to 60% savings on prescription drugs.
• 20% to 60% savings on lenses, frames and contacts.

---

### Please type in your email address below

Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

_____

**Confirm E-Mail Address:**

_____

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show my report

*Click once and wait*

**No, show my report**

---

**ValueMax Benefit Details:**

ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

• Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
• 20% savings on gift cards™ purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
• 20% savings on gift cards™ purchased through ValueMax for popular family restaurants, including Bennigan's® Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
• 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
• 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of **$19.95 per month** will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**

*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

INTELIUS-K 001017

Offer Code: 108

# Thank You your order has been successfully completed

### Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

ADVERTISEMENT



by ValueMax

**Please type in your email address below**

Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show my report

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**

ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staplas — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigans® Hard Rock Café®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of **$24.95 per month** will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**

*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings (1-888-205-2257) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 001018**

Offer Code: 109

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of ValueMax<sup>SM</sup>

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

ADVERTISEMENT



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES,**
**Register and**
**Show my report**

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's®, Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
[  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings (1-888-205-2257) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 001019**

Offer 118

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of ValueMax℠

ADVERTISEMENT



Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

by ValueMax

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit my account according to the Offer Details to the right.



(This is a secured page)

**E-Mail Address:**

_____

**Confirm E-Mail Address:**

_____

By clicking "Yes" 1 have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to ValueMax.



**YES**
**And show my report**

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Café®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001020**

© Copyright 2009 ValueMax - All Rights Reserved

Offer 119

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

[This is a secured 🔒 page]

**E-Mail Address:**



**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to ValueMax.



**YES**
And show
my report

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
[   Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with LookupAnyone after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings (1-888-205-2257) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001021**

© Copyright 2009 ValueMax - All Rights Reserved

Offer 120

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of 24Protect Plus℠

ADVERTISEMENT

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Ace Hardware, and Sears®*
- 24-Hour Emergency Roadside Assistance**



by 24Protect Plus

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

_____

**Confirm E-Mail Address:**

_____

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
And show my report

Click once and wait

**No, show my report**

---

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Ace Hardware, and Sears®* to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers'

Click here for Benefit Details

**Offer Details:**
☐  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

**INTELIUS-K 001022**

Offer 121

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of 24Protect Plus℠

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click here for Details).

**24Protect Plus Includes:**

* Free Credit Report and Score
* 20% savings on gift cards for Ace Hardware, and Sears®*
* 24-Hour Emergency Roadside Assistance**



by 24Protect Plus

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
And show my report

Click once and wait

**No, show my report**

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
* Get access to your free credit report and credit score
* 20% savings on gift cards purchased through the program for Ace Hardware, and Sears®* to save on all your home improvement and security needs.
* Savings with popular national home improvement retailers!

Click here for Benefit Details

**Offer Details:**
☐  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with LookupAnyone after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $30 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

INTELIUS-K 001023

Offer Code: 122

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of ValueMax℠

ADVERTISEMENT

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES,**
Register and
Show my report

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants. and movie theaters throughout the nation!

- Savings on travel needs. Save up to 30% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's®, Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 001024**

Offer Code: 124

# Thank You your order has been successfully completed

### Get $10.00 CASH BACK as a Special Reward from SavingsAce

ADVERTISEMENT

Register below to claim your $10 Cash Back as a member of SavingsAce. (Click Here for Details).

**SavingsAce Includes:**

- No Limit to Cash Back Potential.
- Up to 20% cash back on top retailers.
- Price protection coverage on purchases made through SavingsAce network.
- Monthly Shopping Rebates.



by SavingsAce

### Please type in your email address below

Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

[This is a secured  page]

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address and credit/debit card information to SavingsAce.

**YES**
**And show**
**my report**

Click once and wait

**No, show my report**

---

*SavingsAce* offers you discounts on the everyday items you want and need.

- **Shop Over 500 Online Stores**
  All your favorites are here, including Target.com, Walmart.com, JCPenney.com, BestBuy.com, Dell.com and many more.

- **Get the Best Deals**
  With Price Protection, you always get the lowest price or we'll pay the difference. And every purchase is covered under an Extended Warranty.

- **No Cash Back Limit**
  The more deals you take advantage of, the more cash you get! Get hundreds in cash back - or more!

Click Here for Benefit Details

**Offer Details:**

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of all the benefits and services that SavingsAce has to offer plus claim your $10.00 Cash Back. The membership fee of $24.95 per month will be charged/debited by SavingsAce on the credit/debit card you used today with Intelius after your 7-day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call us toll-free at 1-888-593-5216 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address and credit/debit card information to SavingsAce. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for SavingsAce will be automatically debited each month on or about that same date from the checking account associated with that card.

Privacy Policy | Terms and Conditions

© Copyright 2009 *SavingsAce*. All Rights Reserved

**INTELIUS-K 001025**

Offer Code: 125

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details)

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

 [This is a secured page]

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

### YES
And show my report

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation.

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Café®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-241-0049 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember: if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors  co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-241-0049] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 001026**

Offer 126

# Thank You your order has been successfully completed

**ADVERTISEMENT**

## Get $10.00 CASH BACK as a member of ValueMax℠



Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

by ValueMax

**ValueMax Benefit Details:**

ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's®, Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

### Please type in your email address below



By typing your e-mail address below that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show my report

Click once and wait

**No, show my report**

**Offer Details:**

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $24.93 per month will be charged/debited by ValueMax on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-241-0049 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**

*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings (1-888-241-0049) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 001027**

Offer 127

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of ValueMax℠

ADVERTISEMENT



by ValueMax

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

[This is a secured  page]

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to ValueMax.



**YES**
And show
my report

Click once and wait

**No, show my report**

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's®, Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with LookupAnyone after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-241-0049 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings [1-888-241-0049] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001028**

© Copyright 2009 ValueMax - All Rights Reserved

Offer Code: 128

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details)

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right, and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES,**
**Register and**
**Show my report**

Click once and wait

No, show my report

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-241-0049 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website (www.valuemax123.com) or call Member Savings (1-888-241-0049) for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

INTELIUS-K 001029

Offer Code: 129

# Thank You your order has been successfully completed

### Get $10.00 CASH BACK as a member of 24Protect Plus℠

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Ace Hardware, and Sears®®
- 24-Hour Emergency Roadside Assistance**

ADVERTISEMENT



by 24Protect Plus

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

[This is a secured  page]

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
**And show**
**my report**

Click once and wait

**No, show my report**

**24Protect Plus Benefit Details**

Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Ace Hardware, and Sears®®* to save on all your home improvement and security needs.
- Savings with responsible national home improvement retailers!

Click here for Benefit Details

**Offer Details:**

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-337-4293 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**

24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

INTELIUS-K 001030

Offer 130

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of 24Protect Plus℠



ADVERTISEMENT

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Ace Hardware, and Sears®**
- 24-Hour Emergency Roadside Assistance**

by 24Protect Plus

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

_____

**Confirm E-Mail Address:**

_____

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
And show my report

Click once and wait

No, show my report

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Ace Hardware, and Sears®® to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers®

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-337-4293 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protest Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you reserve your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

**INTELIUS-K 001031**

Offer 131

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a member of 24Protect Plus℠



ADVERTISEMENT

by 24Protect Plus

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Ace Hardware, and Sears®*
- 24-Hour Emergency Roadside Assistance**

---

**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
And show my report

Click once and wait

**No, show my report**

---

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Ace Hardware, and Sears®* to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers.

Click here for Benefit Details

**Offer Details:**

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with LookupAnyone after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee as long as you remain a member. Of course you can call us toll-free at 1-888-337-4295 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001032**

© Copyright 2009 24Protect Plus - All Rights Reserved

Offer Code: 135

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show
my report

Click once and wait



No, show my report

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-241-0049 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-241-0049] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

**INTELIUS-K 001033**

Offer 137

# Thank You your order has been successfully completed

### Get $10.00 CASH BACK as a Special Reward from SavingsAce

ADVERTISEMENT

Register below to claim your $10 Cash Back as a member of SavingsAce. (Click Here for Details).

**SavingsAce Includes:**

- No Limit to Cash Back Potential.
- Up to 20% cash back on top retailers.
- Price protection coverage on purchases made through SavingsAce network.
- Monthly Shopping Rebates.



by SavingsAce

### Please type in your email address below

Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to SavingsAce.

**YES**
And show my report

Click once and wait

No, show my report

*SavingsAce* offers you discounts on the everyday items you want and need.

- **Shop Over 500 Online Stores**
  All your favorites are here, including Target.com, Walmart.com, JCPenney.com, BestBuy.com, Dell.com and many more.

- **Get the Best Deals**
  With Price Protection, you always get the lowest price or we'll pay the difference. And every purchase is covered under an Extended Warranty.

- **No Cash Back Limit**
  The more deals you take advantage of, the more cash you get! Get hundreds in cash back - or more!

Click Here for Benefit Details

**Offer Details:**

*"  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of all the benefits and services that SavingsAce has to offer plus claim your $10.00 Cash Back. The membership fee of $24.95 per month will be charged/debited by SavingsAce on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call us toll-free at 1-888-593-5216 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address and credit/debit card information to SavingsAce. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for SavingsAce will be automatically debited each month on or about that same date from the checking account associated with that card.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001034**

© Copyright 2009 *SavingsAce*. All Rights Reserved

Offer 138

# Thank You your order has been successfully completed

## Get $10.00 CASH BACK as a Special Reward from SavingsAce

ADVERTISEMENT

Register below to claim your $10 Cash Back as a member of SavingsAce. (Click Here for Details).

**SavingsAce Includes:**

- No Limit to Cash Back Potential.
- Up to 20% cash back on top retailers.
- Price protection coverage on purchases made through SavingsAce network.
- Monthly Shopping Rebates.



by SavingsAce

**Please type in your email address below**

Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to SavingsAce.

**YES**
And show
my report

Click once and wait

**No, show my report**

*SavingsAce* offers you discounts on the everyday items you want and need.

- **Shop Over 500 Online Stores**
  All your favorites are here, including Target.com, Walmart.com, JCPenney.com, BestBuy.com, Deli.com and many more.

- **Get the Best Deals**
  With Price Protection, you always get the lowest price or we'll pay the difference. And every purchase is covered under an Extended Warranty.

- **No Cash Back Limit**
  The more deals you take advantage of, the more cash you get! Get hundreds in cash back - or more!

Click Here for Benefit Details

**Offer Details:**

☞ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of all the benefits and services that SavingsAce has to offer plus claim your $10.00 Cash Back. The membership fee of $24.95 per month will be charged/debited by SavingsAce on the credit/debit card you used today with LookupAnyone after your 7-day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call us toll-free at 1-888-593-5216 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address and credit/debit card information to SavingsAce. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for SavingsAce will be automatically debited each month on or about that same date from the checking account associated with that card.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001035**

© Copyright 2009 SavingsAce. All Rights Reserved

Offer 140

# Thank You your order has been successfully completed

### Get $10.00 CASH BACK as a Special Reward from SavingsAce

ADVERTISEMENT

Register below to claim your $10 Cash Back as a member of SavingsAce. (Click Here for Details).

**SavingsAce Includes:**

- No Limit to Cash Back Potential.
- Up to 20% cash back on top retailers.
- Price protection coverage on purchases made through SavingsAce network.
- Monthly Shopping Rebates.



by SavingsAce

### Please type in your email address below

Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize PeopleLookup to securely transfer my name, address, and credit/debit card information to SavingsAce.

**YES**
And show my report

Click once and wait

**No, show my report**

*SavingsAce* offers you discounts on the everyday items you want and need.

- **Shop Over 500 Online Stores**
  All your favorites are here, including Target.com, Walmart.com, JCPenney.com, BestBuy.com, Dell.com and many more.

- **Get the Best Deals**
  With Price Protection, you always get the lowest price or we'll pay the difference. And every purchase is covered under an Extended Warranty.

- **No Cash Back Limit**
  The more deals you take advantage of, the more cash you get! Get hundreds in cash back - or more!

Click Here for Benefit Details

**Offer Details:**

☐ Please check if you are using a Debit Card. Simply type in your email address and click "yes" to activate your trial membership and take advantage of all the benefits and services that SavingsAce has to offer plus claim your $10.00 Cash Back. The membership fee of $24.95 per month will be charged/debited by SavingsAce on the credit/debit card you used today with PeopleLookup after your 7-day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call us toll-free at 1-888-593-5216 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing PeopleLookup to securely transfer your name, address and credit/debit card information to SavingsAce. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for SavingsAce will be automatically debited each month on or about that same date from the checking account associated with that card.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001036**

© Copyright 2009 *SavingsAce*. All Rights Reserved

Offer 141

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a Special Reward from SavingsAce

Register below to claim your $10 Cash Back as a member of SavingsAce. (Click Here for Details)

**SavingsAce Includes:**

- No Limit to Cash Back Potential.
- Up to 20% cash back on top retailers.
- Price protection coverage on purchases made through SavingsAce network.
- Monthly Shopping Rebates.



by SavingsAce

### Please type in your email address below

Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize LookupAnyone to securely transfer my name, address, and credit/debit card information to SavingsAce.

**YES**
And show my report

Click once and wait

**No, show my report**

*SavingsAce offers you discounts on the everyday items you want and need.*

▶ **Shop Over 500 Online Stores**
  All your favorites are here, including Target.com, Walmart.com, JCPenney.com, BestBuy.com, Dell.com and many more.

▶ **Get the Best Deals**
  With Price Protection, you always get the lowest price or we'll pay the difference. And every purchase is covered under an Extended Warranty.

▶ **No Cash Back Limit**
  The more deals you take advantage of, the more cash you get! Get hundreds in cash back – or more!

Click Here for Benefit Details

**Offer Details:**

☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of all the benefits and services that SavingsAce has to offer plus claim your $10.00 Cash Back. The membership fee of $24.95 per month will be charged/debited by SavingsAce on the credit/debit card you used today with LookupAnyone after your 7-day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call us toll-free at 1-888-593-5216 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing LookupAnyone to securely transfer your name, address and credit/debit card information to SavingsAce. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for SavingsAce will be automatically debited each month on or about that same date from the checking account associated with that card.

Privacy Policy | Terms and Conditions

**INTELIUS-K 001037**

© Copyright 2009 SavingsAce. All Rights Reserved

Offer Code: 142

## Get $10.00 CASH BACK as a Special Reward from SavingsAce

Register below to claim your $10 Cash Back as a member of SavingsAce. Click here for Details

SavingsAce Includes:
- No Limit on Cash Back Potential
- Up to 20% cash back on top retailers
- Price protection coverage on purchases made through SavingsAce network.
- Monthly Shopping Rebates

**Please type in your email address below:**

E-Mail Address:

(This is a secured ½ page)

Confirm E-Mail Address:

ADVERTISEMENT

by SavingsAce

SavingsAce offers you discounts on the everyday items you want and need.

- Shop Over 500 Online Stores
- Get the Best Deals
- No Cash Back Limit

Click here for Benefit Details

Privacy Policy | Terms and Conditions

**Please type in your email address below:**

E-Mail Address:

(This is a secured ½ page)

Confirm E-Mail Address:

Yes!
Add me to my dashboard

Click once and wait

No, take me to my dashboard

© Copyright 2009 SavingsAce, All Rights Reserved

Offer Details:

Privacy Policy | Terms and Conditions

INTELIUS-K 001038

Offer 143

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a Special Reward from SavingsAce

Register below to claim your $10 Cash Back as a member of SavingsAce. (Click Here for Details).

**SavingsAce Includes:**

- No Limit to Cash Back Potential.
- Up to 20% cash back on top retailers.
- Price protection coverage on purchases made through SavingsAce network.
- Monthly Shopping Rebates.



by SavingsAce



Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

**(This is a secured 🔒 page)**

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to SavingsAce.



**YES**
And show my report

Click once and wait



*SavingsAce* offers you discounts on the everyday items you want and need.

- **Shop Over 500 Online Stores**
  All your favorites are here, including Target.com, Walmart.com, JCPenney.com, BestBuy.com, Dell.com and many more.
- **Get the Best Deals**
  With Price Protection, you always get the lowest price or we'll pay the difference. And every purchase is covered under an Extended Warranty.
- **No Cash Back Limit**
  The more deals you take advantage of, the more cash you get! Get hundreds in cash back - or more!

Click Here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of all the benefits and services that SavingsAce has to offer plus claim your $10.00 Cash Back. The membership fee of $24.95 per month will be charged/debited by SavingsAce on the credit/debit card you used today with Intelius after your 7-day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call us toll-free at 1-888-593-5216 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address and credit/debit card information to SavingsAce. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for SavingsAce will be automatically debited each month on or about that same date from the checking account associated with that card.

Privacy Policy | Terms and Conditions

© Copyright 2010 *SavingsAce*. All Rights Reserved

INTELIUS-K 001039

Offer 144

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details)

**ValueMax Includes:**
- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured  page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show
my report

Click once and wait


No, show my report

**ValueMax Benefit Details:**
ValueMax is one of America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and message therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☐  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-241-0049 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-241-0049] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2010 ValueMax - All Rights Reserved

INTELIUS-K 001040

Offer 145

INTELIUS-K 001041

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get $10.00 CASH BACK as a member of 24Protect Plus℠

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Ace Hardware, and Sears®®
- 24-Hour Emergency Roadside Assistance**



by 24Protect Plus

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
And show
my report

Click once and wait

No, show my report

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Ace Hardware, and Sears®® to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers!

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-337-4295 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2010 24Protect Plus - All Rights Reserved



INTELIUS-K 001042