**EXHIBIT 8**

**Intelius Privacy Policy**

Effective May 01, 2006

**Intelius Privacy Policy**
Intelius respects your right to privacy and we are committed to protecting it. This statement discloses the information practices for Intelius Web sites, including what type of information we gather and track, how we use the information, and with whom we share the information.

**Personal Information**
In general, you can visit Intelius on the Internet without telling us who you are and without giving any personal information about yourself. However, you may choose to give us personal information in a variety of situations. For example, you may want to give us information such as your name and address or e-mail ID so we may correspond with you, process an order, or provide you with a subscription or service. You may give us your credit card details to buy a product or service from us, or provide us a description of your education and work experience in connection with a job opening at Intelius for which you wish to be considered. The purpose of this privacy policy is to inform you of how Intelius will use your information, before you provide it. If you tell us that you do not want us to use this information to make further contact with you beyond fulfilling your requests, we will respect your wishes. If you give us personal information about somebody else, such as a spouse or associate, we will assume that you have their permission to do so.

**Using and Sharing Personal Information**
The following paragraphs describe in more detail how Intelius may use the personal information you provide to us and with whom we may share it. Depending on the type of Intelius Web site you are visiting, one or more of the following paragraphs may apply. For example, if you order a product from an Intelius Web site, your information will be handled as described in the paragraphs below entitled "Fulfilling Your Transaction Request" and "Marketing Use."

**Fulfilling your Transaction Request**
If you request something from an Intelius Web site, for example, a product or service, a callback, or specific marketing materials, we will use the information you provide to fulfill your request. To help us do this, we may share information with others, for instance, our affiliates, Intelius Business Partners, financial institutions, or postal or government authorities may participate in fulfilling your request.

**Marketing Use**
The information you provide to Intelius on certain Intelius Web sites may also be used, with your permission, by Intelius and selected third parties for marketing purposes. Before we use it, we will offer you the opportunity to choose whether or not to have your information used for this purpose.

**Intelius Human Resources Web Sites**
In connection with a job application or inquiry, whether advertised on an Intelius Web site or otherwise, you may provide us with information about yourself, such as a resume or curriculum vitae. We may use this information throughout Intelius and its affiliates for the purpose of employment consideration or your inquiry. Unless you request that we don't, we may keep the information for future consideration.

**Information for Business Partners**
If you represent an Intelius Business Partner, you may visit an Intelius Web site intended specifically for Intelius Business Partners. We may use information you provide on that site to administer and develop our business relationship with you, the Business Partner you represent, and Intelius Business Partners generally. For instance, we may use your information to send you details of Intelius Business Partner programs. We may share certain information with other Business Partners (subject to any confidentiality obligations that may exist), or Intelius customers or prospects. In connection with a particular transaction or program, we also may contact you as part of a satisfaction survey or for market research purposes.

**Other Intelius Web Site Notices**
In some cases, specific Intelius Web sites may contain other notices about their use and the information practices applicable to those sites. You should carefully review any such notices before providing any personal information or purchasing any product or service.

**Information Security**
We intend to protect your personal information and to maintain its quality. We implement appropriate measures and processes, such as using encryption when transmitting certain sensitive information, to help us keep your information secure and maintain its quality.

**Cookies, and Other Web Technologies**
We sometimes collect non-identifiable information from visits to our Web sites to help us provide better customer service. For example, we keep track of the domains from which people visit, and we also measure visitor activity on Intelius Web sites, but we do so in ways that keep our visitors' identities anonymous. Intelius may use this data to analyze trends and statistics and to help us provide better customer service.

We collect the information we mentioned in the previous paragraphs through the use of various technologies, including one called "cookies". A cookie is a piece of data that a Web site can send to your browser, which may then be stored on your computer as an anonymous tag that identifies your computer but not you. Some Intelius pages use cookies, sent by Intelius or its third party vendors, or other technologies to better serve you when you return to the Web site. You can set your browser to notify you before you receive a cookie, giving you the chance to decide whether to accept it. You also can set your browser to turn off cookies. If you do so, however, some Web sites may not work properly.

**Online Advertising**
Certain companies help us deliver interactive on-line advertising. These companies may collect and use information about customers to help us better understand the offers, promotions, and types of advertising that are most appealing to our customers. After the information is collected, it is aggregated so it is not identifiable to a specific individual.

**Disclosures Required By Law**
Please be aware that in certain circumstances, it is possible that personal information may be subject to disclosure pursuant to judicial or other government subpoenas, warrants, or orders.

**Links to Non-Intelius Web sites**
Intelius Web sites may contain links to other third party Web sites. Intelius is not responsible for the privacy practices or the content of those other Web sites.

**Enforcement**
Intelius regularly reviews its compliance with this Policy. Please feel free to direct any questions or concerns regarding this Policy to Intelius by sending an email to privacy@intelius.com or by writing us at Privacy c/o Intelius, Inc., 500 108th AVE NE, 25th Floor, Bellevue, WA 98004. It is Intelius' policy to contact the complaining user regarding his or her concerns.

**Changes to this Policy**
This Privacy Policy may occasionally change. Any Policy changes will be posted to this page. Each version of this policy will be denoted at the top of this page by its effective date.