**EXHIBIT 9**

Case 2:09-cv-01485-RSL   Document 169-9   Filed 06/02/11   Page 2 of 4



Sign In | Register

| People Search | Background Check | Public Records | Reverse Lookup |

# Intelius.com Terms & Conditions

Effective December 2009

Intelius respects your right to privacy and we are committed to protecting it. This statement discloses the information practices for the web pages associated with the domain www.Intelius.com (the "Website"), including what type of personal information we gather and track, how we use this personal information, and with whom we share the personal information.

Intelius is a licensee of the TRUSTe Privacy Program. TRUSTe is an independent organization whose mission is to build user's trust and confidence in the Internet by promoting the use of fair information practices. Because this website wants to demonstrate its commitment to your privacy, it has agreed to disclose its information practices and have its privacy practices reviewed for compliance by TRUSTe.

If you have questions or concerns regarding this Policy, you should first contact our Chief Privacy Officer, at privacy@intelius.com. If you do not receive acknowledgement of your inquiry or your inquiry has not been satisfactorily addressed, you should contact TRUSTe at http://watchdog.truste.com/pvr.php?page=complaint&url. TRUSTe will then serve as a liaison with us to resolve your concerns. The TRUSTe program only covers information that is collected through this website, and does not cover information that may be collected through any software downloaded from this Web site.

**Personal Information**

In general, you can visit us on the Internet without telling us who you are and without giving any personal information about yourself. However, you may choose to give us personal information in a variety of situations. For example, you may want to give us information such as your name and address, phone number or e-mail address so we may correspond with you, process an order, or provide you with a subscription or service. You may give us your credit card details to buy a product or service from us, or provide us a description of your education and work experience in connection with a job opening at Intelius for which you wish to be considered. The purpose of this Policy is to inform you of how we will use your information, before you provide it. If you tell us that you do not want us to use this information in this manner or to make further contact with you beyond fulfilling your requests, we will respect your wishes. If you give us personal information about somebody else, such as a spouse or associate, we will assume that you have their permission to do so.

**How to Remove your Information from the Intelius Public Records Databases**

Public records are available from the official public records custodian or repository to anyone who requests them. In order for any database of public records to be useful, the databases must contain all of the information in the public records offices. If you have a compelling privacy or security issue, you may wish to contact the official custodians of those public records that contain sensitive information about you, such as your county's land records office, to determine how to remove your information from the public record. (The process of having public records sealed typically requires a court order.) This process will ensure that the information is not available to the public, to us, or to any other public records information provider.

In addition to public records, personal information may be publicly or commercially available. Publicly available information consists of online and offline information that is generally available but is not maintained by a government agency, such as names, addresses and telephone numbers of individuals and businesses, professional licensing and trade organization information, press releases and newspaper articles and content from blogs or social networking sites. Commercial records consist of information that is maintained by enterprises and is available for purchase, such as marketing and telemarketing lists, phone connect and disconnect information, and business profile data.

As a courtesy we allow you to opt out your personal information from our Website. What this means is that your name as it appears in a particular record and the associated identifying information such as your address and phone number will be suppressed if you request this in the manner described below. However, please note that any time your identifying information appears in a public record or in a publicly or commercially available manner, in a way that is different from the particular record you opted out, it will again appear on our Website. For example, if your address or area code changes, your new information – including other associated identifying information – will again appear unless you opt out the new record. Similarly, if the way in which your name or address appears in a record differs from a record you opted out (e.g., "Michael" instead of "Mike," or "1212 Second AVE NE" instead of "1212-2nd Avenue Northeast"), we may include the differing record. In addition to this Website, there are many other companies offering public records search services, and your request that we opt out your information from this Website will not prevent your information from appearing on these other services.

In order for us to suppress or opt out your personal information from appearing on our Website, we need to verify your identity. To do this, we require faxed proof of identity. Proof of identity can be a state issued ID card or driver's license. If you are faxing a copy of your driver's license, we require that you cross out the photo and the driver's license number. We only need to see the name, address and date of birth. We will only use this information to process your opt out request. Please fax to 425-974-6194 and allow 4 to 6 weeks to process your request. We will only process opt out requests received by fax and no request will be processed without complete information (i.e., name, address and date of birth). Requests for opt out will not be processed over the phone or via email.

**How we Use and Share Personal Information**

The following paragraphs describe in more detail how we may use the personal information you provide to us and with whom we may share it.

Fulfilling your Transaction Request. If you request something from this Website, for example, a product or service, a callback, or specific marketing materials, we will use the information you provide to fulfill your request. To help us do this, we will share information with service providers to help us bring you the products and

services we offer, either directly as the provider of such product or service, or indirectly such as financial institutions for credit card processing, email service providers, outsourced customer service providers, survey providers, or postal service providers. These third parties are prohibited from using your personally identifiable information for any other purpose. We also require these third parties to maintain your personal information in the strictest confidence. In addition, we will give the information you provide to our advertisers from whom you have indicated you want to purchase a product or service.

Communications from Us. When you request something from this Website, we will send you transactional emails related to your service request. You cannot opt out of receiving these communications. However, you can opt in to receive promotional and newsletter emails from us. If you later choose to opt out of receiving these emails, you can unsubscribe by clicking on the link included in the email or logging into your account and changing your preferences.

Marketing Use. The information you provide to us on this Website will also be used, with your permission, by us and selected third parties for marketing purposes. Before we use it, we will offer you the opportunity to choose whether or not to have your information used for this purpose. Otherwise, we do not share, sell, rent, or trade your personal information with third parties for their promotional purposes. In addition, like many websites, we gather certain information automatically (including cookies and log files). This information includes internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, operating system, date/time stamp and click stream data. We use this information, which does not identify individual users, to analyze trends, to administer this Website, to track users' movements around this Website and to gather demographic information about our user base as a whole.

Third Party Monitoring. In addition, service providers and other third parties such as advertisers may also use information gathering technologies on this Website (including cookies and beacons) in connection with their services to collect anonymous information. Shared and/or collected information, as described above, is controlled by the relevant affiliated company or third party and is not controlled by us; specifically, (i) such information is governed by the privacy policy and terms of use of the relevant other party and (ii) we will in no way be responsible or liable to you for any data breach by such other party that compromises or otherwise affects your information.

**Intelius Human Resources**

In connection with a job application or inquiry, whether advertised on this website or otherwise, you may provide us with information about yourself, such as a resume or curriculum vitae. We use this information throughout Intelius and our affiliates for the purpose of employment consideration or otherwise responding to your inquiry. Unless you request that we don't, we may keep the information for future consideration.

**Cookies and Other Web Technologies**

We collect non-identifiable information from visits to our Web sites to help us provide better customer service. For example, we keep track of the domains from which people visit, and we also measure visitor activity on Intelius Web sites, but we do so in ways that keep our visitors' identities anonymous. Intelius uses this data to analyze trends and statistics and to help us provide better customer service.

We collect the information we mentioned in the previous paragraphs through the use of various technologies, including one called "cookies". A cookie is a piece of data that a Web site can send to your browser, which is then be stored on your computer as an anonymous tag that identifies your computer but not you. Some Intelius pages use cookies, sent by Intelius or its third party vendors, or other technologies to better serve you when you return to the Web site. You can set your browser to notify you before you receive a cookie, giving you the chance to decide whether to accept it. You also can set your browser to turn off cookies. If you do so, however, some Web sites may not work properly. Our Intelius cookies are linked to personal information; however our third party vendor cookies only collect data in the aggregate.

**Online Advertising**

Certain companies help us deliver interactive on-line advertising. These companies collect and use information about customers to help us better understand the offers, promotions, and types of advertising that are most appealing to our customers. After the information is collected, it is aggregated so it is not identifiable to a specific individual.

**Other Voluntary Information**

If you use a blog or submit to a testimonial on our website, you should be aware that any personally identifiable information you submit there can be read, collected, or used by other users of these forums, and could be used to send you unsolicited messages. We are not responsible for the personally identifiable information you choose to submit in these forums.

**Disclosures Required By Law**

We reserve the right to disclose your personally identifiable information as required by law and when we believe that disclosure is necessary to protect our rights and/or comply with a judicial proceeding, court order or legal process served on our website.

**Links to Non-Intelius Websites**

This website contains links to other third party websites. We are not responsible for the privacy practices or the content of those other websites.

**Access to your Account**

If you would like to update your personal information in your account such as your name, address or email address, you can do so by logging into your account and updating your personal information.

**Intelius Screening Solutions**

In connection with an authorized employment or tenant screening of an applicant, we collect personally identifiable information about the applicant. We use this information only for the purpose of performing the authorized screening, and conduct such screening in accordance with the Fair Credit Reporting Act. We do not

use this information for any other purpose.

**Information Security**

The security of your personal information is important to us. When you enter sensitive information (such as credit card number and/or social security number) on our registration or order forms, we encrypt that information using secure socket layer technology (SSL).

We follow generally accepted industry standards to protect the personal information submitted to us, both during transmission and once we receive it. No method of transmission over the Internet or method of electronic storage is 100% secure, however. Therefore, while we strive to use commercially acceptable means to protect your personal information, we cannot guarantee its absolute security.

**Enforcement**

We regularly review our compliance with this Policy. Please feel free to direct any questions or concerns regarding this Policy to us by sending an email to our Chief Privacy Officer at privacy@intelius.com or by writing us at Privacy c/o Intelius Inc., 500 108th AVE NE, 22nd Floor, Bellevue, WA 98004. It is our policy to contact the complaining user regarding his or her concerns.

**Changes to this Policy**

If we decide to change this Policy, we will post the changes to this Policy, the home page link, and other places we deem appropriate so that you are aware of what information we collect, how we use it, and under what circumstances, if any, we disclose it.

We reserve the right to modify this Policy at any time, so please review it frequently. If we make material changes to this policy, we will notify you here, or by means of a notice on our home page.

Back to top

All Products & Services | Help | About | Careers | Contact Us | FAQ | Site Map | Directory | Affiliates | Volume Discounts | Intelius Blog

© 2003-2011 Intelius, Inc. All Rights Reserved. Privacy Policy | Terms & Conditions

http://www.intelius.com/privacy.php                                                                     1/31/2011