**EXHIBIT 10**

THE HONORABLE STEVEN GONZALEZ

RECEIVED
OCT - 9 2004
KELLER ROHRBACK, L.L.P.

SUPERIOR COURT OF WASHINGTON IN AND FOR KING COUNTY

| | |
|---|---|
| JERRY COOPER, INC., a Washington corporation d/b/a COLOR ONE PHOTOLAB, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SUNSET CHEVROLET, INC.,<br><br>　　　　　　　　　　Defendants. | CLASS ACTION<br><br>No. 04-2-12577-4SEA<br><br>[~~PROPOSED~~] AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PURSUANT TO CR 23(B)(2) |

Before this Court and the Honorable Steven Gonzalez is Plaintiff's Motion for an Order pursuant to Rule 23(b)(2), or in the alternative Rule 23(b)(3), of the Washington Rules of Civil Procedure, to maintain the above-entitled action as a Class Action.

The Court has considered Plaintiffs' Motion, together with supporting exhibits and declarations, Defendant's failure to oppose the motion, Plaintiffs' Reply and supporting declaration, and has heard arguments of counsel.

The Court makes the following Findings of Fact with respect to Plaintiffs' Motion:

1. Plaintiffs and the proposed Class meet all of the requirements of CR 23(a):

    (a) The proposed Class is so numerous that joinder is impracticable given that their numbers are over ~~one thousand.~~ Four hundred.

    (b) The proposed Class shares common questions of law and fact because the Defendants allegedly engaged in a common course of conduct toward Plaintiff and proposed Class members.

    (c) The Class Representative's claims are typical of the Class because they arise from the same alleged course of conduct and are based on the same

ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PURSUANT TO CR 23(B)(2) - 1

N:\CLIENTS\25589\39\PLEADINGS\AMENDEDCLASSORDER.DOC

ORIGINAL

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

legal theories.

(d) The Class Representative and its counsel will fairly and adequately protect the interests of the Class.

2. Plaintiff and the proposed Class satisfy the requirements of CR 23(b)(2):

(a) The Defendants have allegedly acted or refused to act on grounds generally applicable to the proposed Class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the class as a whole.

(b) The damages that the proposed Class seek are incidental to the primary claim for injunctive or declaratory relief because they flow directly from liability to the class as a whole and are awarded automatically after liability is established based on objective standards rather than complex individual determinations.

It is, accordingly, hereby ORDERED, ADJUDGED AND DECREED:

1. Plaintiffs' Motion for Class Certification is hereby GRANTED.

2. This action shall be maintained as a Class Action under CR 23(b)(2), or in the alternative CR 23(b)(3), on behalf of the following National Class who have a claim under the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227 *et seq.*:

> All persons or entities that received an unsolicited advertisement promoting 2000 model year clearance demo specials via facsimile from Defendant.

3. This Class includes a sub-class of persons who reside in Washington State (hereinafter "Washington Subclass") who have claims under the Washington Unsolicited Telefacsimile statute ("WUTS"), RCW 80.36.540, which constitutes a *per se* violation of the Washington Consumer Protection Act ("WCPA"), RCW 19.86.020. The Washington Subclass includes:

> All persons or entities residing in Washington State that received an unsolicited advertisement promoting 2000 model year clearance demo specials via facsimile from Defendant.

4. Judgment in this action, whether or not favorable to the aforesaid Class or any member thereof, shall include all members of said Class.

5. Plaintiff Jerry Cooper, Inc., d/b/a Color One Photolab is appointed Class

ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION PURSUANT TO CR 23(B)(2) - 2

N:\CLIENTS\25589\39\PLEADINGS\AMENDEDCLASSORDER.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Representative.

6.   Keller Rohrback, LLP and Williamson & Williams are hereby appointed and designated as counsel for the above-mentioned Class and are authorized to act on behalf of the members of the Class.

DONE IN OPEN COURT this 27TH day of September, 2004.

HONORABLE STEVEN GONZALES

Presented by:

KELLER ROHRBACK L.L.P.


By _____
   Mark A. Griffin, WSBA #16296

Rob Williamson, WSBA #11387
WILLIAMSON & WILLIAMS

*Attorneys for Plaintiff and the Proposed Class*

ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION PURSUANT TO CR 23(B)(2) - 3

N:\CLIENTS\25589\39\PLEADINGS\AMENDEDCLASSORDER.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384