**EXHIBIT 13**

| | |
|---|---|
| **From:** | john arnold |
| **Sent:** | Friday, July 11, 2008 12:08 PM |
| **To:** | njain@intelius.com; 'Bill Beaver' |
| **Subject:** | FW: Final Requested Legal Changes |
| **Attachments:** | lp changes 7_11_08.jpg |

FYI – some additional requests from Vertrue.

From: Quinn, Michael [mailto:Michael.Quinn@adaptivemarketing.com]
Sent: Friday, July 11, 2008 10:41 AM
To: John Arnold; Ron Thunen
Cc: DiPalma, Rita; DiSanto, Lorraine
Subject: Final Requested Legal Changes

John,

Per my voicemail, attached are the final changes required by our legal team.  Please let me or Rita know if you have any questions.  You can reach me in the office for a little while longer, or Rita and I will both be available via cell or email.  We're hoping your team can make the changes and get the marketing back up today.


Thanks,
Mike
Michael Quinn
Director, Client Services
Adaptive Marketing LLC
Ph: 203-674-7468
Fax: 203-674-7080
michael.quinn@adaptivemarketing.com

CONFIDENTIALITY NOTE: THIS E-MAIL CONTAINS INFORMATION FROM ADAPTIVE MARKETING LLC THAT IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS E-MAIL. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, PRINTING OR OTHER USE OF, OR ANY ACTION IN RELIANCE ON, THE CONTENTS OF THIS E-MAIL INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT (203) 324-7635 AND DESTROY THE ORIGINAL MESSAGE.

INTELIUS_K_E023712
CONFIDENTIAL



INTELIUS_K_E023713
CONFIDENTIAL