**EXHIBIT 15**

# Naveen Jain

# In re matter of Intelius, Inc.

# June 18, 2009



Phone: 206 287 9066
Fax: 206 287 9832
Email: info@buellrealtime.com
Internet: www.buellrealtime.com

**CONFIDENTIAL**

In re matter of Intelius, Inc.                                                      Naveen Jain
                                                                                         19

### Page 73

1    A.  I think that most people would -- you know,
2    would look at this stuff and say, You know what? By
3    clicking "Yes" here are the offer details, I look at the
4    stuff, Oh, I'll have to pay, I don't want to pay, and
5    they will click on "No" and move on.
6        And the fact is a vast majority of people did
7    that. So a vast majority of the people obviously click
8    on "No." So that means they obviously very quickly come
9    to the conclusion that's not something they want.
10   **Q.  But how long do you think it takes the average**
11   **person to read all the text on this page?**
12   A.  I believe we do have the times that a person
13   spends on the page, and I believe that is something we
14   keep track of, at least. We have that information. I
15   don't have it handy, but we do have that information
16   available.
17   **Q.  But in general, how long do you think it takes**
18   **to read this entire page?**
19   A.  You mean if somebody start from the top to the
20   bottom? If somebody were to read every single word, how
21   long would it take to read it?
22   **Q.  Yes.**
23   A.  I don't know. It really depends on the person.
24   **Q.  I'd like to have you read it and time it and**
25   **see how long that -- how long that takes you.**

### Page 74

1    A.  I'm the slowest reader and I'm a foreigner. So
2    those two things are against me.
3    **Q.  We will take a minute off however long it takes**
4    **you to read it.**
5        MS. TASSI: Why don't you show the stopwatch at
6    zero to opposing counsel. Let the record reflect that
7    Eric Setala is showing the starting point of his
8    stopwatch.
9    **Q.  When I say "Go," Mr. Jain -- I'm glad you have**
10   **some water on hand. When I say "Go," just start from the**
11   **top and --**
12   A.  Before you do that, if I read, will you be able
13   to type it, or do I just need --
14       MR. HARRIGAN: He's not supposed to read it out
15   loud, right?
16       MS. TASSI: No, no. Read it out loud.
17       MR. HARRIGAN: Out loud?
18       MS. TASSI: Yes.
19       THE WITNESS: Will she be able to keep up with
20   me? I want to make sure you don't say, "Stop, stop,
21   stop."
22       MS. TASSI: No, I think if you read it at an
23   average pace. Just start at the beginning. You might
24   need to go between G and H.
25       MR. HARRIGAN: Before we start, I will get my

### Page 75

1    objection on the record, which is to the form of the
2    question, and obviously the average reader on the
3    Internet does not read out loud.
4        MS. TASSI: Are you ready, Eric?
5        MR. Setala: Yes.
6    **Q.  All right, go.**
7    A.  Thank you. Your order has been successfully
8    completed. Get $10.00 off as a member of
9    Identity Protect. Register below to claim $10
10   off your third month fee as a member of
11   Identity Protect. Try it free for 7 days.
12   Click here for details.
13   Identity Protect Includes: Detailed Personal
14   Identity profile - Find out if you're at risk
15   for identity theft with a complete report of
16   your identity information, including a current
17   credit card, address history, aliases,
18   background, and more.
19   24/7 Identity Monitoring and Alerts - Prevent
20   identity theft before it happens with automatic
21   monitoring that scans billions of public
22   records daily and alerts you in advance about
23   suspicious activity.
24   Identity Recovery Assistance - Let
25   Professionals help you recover your identity,

### Page 76

1    clear your name and restore your credit to
2    pre-theft status if you were to become a victim
3    of identity fraud.
4    Additional Benefit Details: Free Credit
5    Report. 10% discount on future Intelius
6    purchases. Credit, financial, public records
7    monitoring, instant email alerts of suspicious
8    activity. $25,000 identity Theft insurance.
9    Offer Details: Simply click "YES" to activate
10   your trial membership and take advantage of the
11   great benefit that Identity Protect has to
12   offer plus claim your $10.00 off with your
13   third month's Identity Protect service. The
14   membership fee of 19.95 per month will be
15   charged/debited by Intelius to the
16   credit/debit card you used today with
17   Intelius.com after 7-day free trial and then
18   automatically charged/debited each month at the
19   then-current monthly membership fee so long as
20   you remain a member. Of course you can call us
21   at (877)974-1563 within the first 7 days to
22   cancel and you will have paid nothing and owe
23   nothing. You may also cancel or place your
24   service on hold within the My Intelius.com
25   section of the Intelius.com website at any

(Pages 73 to 76)

In re matter of Intelius, Inc.                                    Naveen Jain
                                                                        20

## Page 77

1  time. Remember, Identity Protect comes with
2  our guarantee - you can call to cancel any time
3  and you will no longer be charged/debited.  If
4  you used a debit card today, then beginning on
5  or after 7 days from now, your monthly
6  membership for Identity Protect will be
7  automatically debited each month on or about
8  the same date from the checking account
9  associated.
10 Disclaimers: Identity Protect and its benefit
11 providers are not credit repair service
12 providers, do not receive such fees for such
13 services, nor are they credit clinics, credit
14 repair or credit services organizations or
15 businesses, as defined by federal and state
16 law.
17     Q.    Thank you.  The stopwatch reads two minutes
18 seventeen seconds.
19     A.    Are you going to take a minute off now?
20     Q.    You read nicely and quickly.
21     A.    That was the deal, you take one minute off.
22           MS. TASSI:  Did you show your watch to opposing
23 counsel?
24           MR. HARRIGAN:  That's all right.
25     Q.    Thank you for going through that.  It helps

## Page 78

1  give an idea of how long it takes a consumer to read it,
2  even though you read more slowly aloud.
3           And you mentioned that you kept track of the
4  amount of time that a consumer was on this page.
5           Is that between their Intelius transaction and
6  clicking on "Yes"?
7     A.    I believe so.
8     Q.    And is there any particular reason why you keep
9  that information?
10    A.    I don't know.  I think that was one of the
11 brilliant ideas that came from engineering.  They just
12 wanted to see how long a person stares at this page, and
13 that is something they thought they might find meaningful
14 some day.
15    Q.    Has anything been made of that?  Have you ever
16 used that information for any purpose?
17    A.    I don't know.  I don't know.
18    Q.    Have you ever used it to try to confirm that
19 somebody actually read the page?
20    A.    I believe that was the information that we made
21 it available to customer service, I believe, so that if a
22 customer -- so they can tell the customer how much they
23 spent time on the page or not.  I'm not sure how it was
24 used, but I believe it was available to them.
25    Q.    You mentioned marketing Identity Protect

## Page 79

1  through the interstitial offers, the post-transaction
2  offers, for a couple of months.
3     Q.    What months were those?
4     A.    Again, I don't remember exactly, but it would
5  be sometime, I want to say, July, July, August.  Sometime
6  along those lines.
7     Q.    Do you know when you stopped using the
8  post-transaction offers?
9     A.    For Identity Protect?
10    Q.    Yes.
11    A.    Sometime in that time frame.
12    Q.    And while you were using Identity Protect
13 post-transaction offers, was it a successful form of
14 marketing for that product?
15    A.    In what sense?
16    Q.    Were you making a lot of money from it?  Were
17 you enrolling a lot of customers?
18    A.    Identity Protect is actually a very good
19 product, and I believe the feedback, at least from what I
20 understand, is that the customers like the product.
21    Q.    Right, but were you enrolling a lot of
22 customers?
23    A.    "Lot" is a relative term, but I believe it was
24 successful, yes.
25    Q.    What is your understanding of what a conversion

## Page 80

1  is in marketing?
2     A.    Well, different -- there are different
3  conversions.
4           So, for example, we look at -- one of the ratio
5  we look at is the number of people who come to our
6  website and they purchase.  On travel website, they call
7  look-to-book ration.  That means how many people come to
8  look and how many people actually book the reservation.
9  So that is one form of conversion.
10    Q.    And do you keep conversion rate records of your
11 different offers for Identity Protect?
12    A.    I don't know.
13    Q.    How well they went, how many consumers saw the
14 ad and actually enrolled?
15    A.    I don't know, to be honest with you.
16    Q.    You don't --
17    A.    I don't know what records are kept or not.
18    Q.    But do you know --
19          MR. HARRIGAN:  Could you just clarify whether
20 you are asking whether they keep track of it on a current
21 basis or whether they have an archive?
22    Q.    Well, are you aware of whether you keep track
23 of that on a regular basis?
24    A.    Current basis, I believe so, but I'm not sure
25 if they are recorded and kept historical or not.

(Pages 77 to 80)