**EXHIBIT 18**

HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

7     IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9
      BRUCE KEITHLY, DONOVAN LEE,            Case No.  C09-1485RSL
10    EDITH ANNA CRAMER, and
      MATTHEW BEBBINGTON,                    DECLARATION OF RONALD V.
11    Individually and on Behalf of all Others   THUNEN III IN SUPPORT OF
      Similarly Situated,                    DEFENDANTS' RULE 12(C) MOTION
12                                           FOR JUDGMENT ON THE
                          Interim Lead Plaintiffs,   PLEADINGS TO DISMISS
13                                           PLAINTIFFS' CONSOLIDATED
                                             CLASS ACTION COMPLAINT
14         vs.
15                                           **NOTED:  Friday, September 10, 2010**
      INTELIUS, INC., A Delaware
16    Corporation; and INTELIUS SALES,       **ORAL ARGUMENT REQUESTED**
      LLC, A Nevada Limited Liability
17    Company,

18                   Defendants and
                 Third-Party Plaintiffs,
19
20         vs.

21    ADAPTIVE MARKETING, LLC, a
      Delaware Limited Liability Company,
22
                 Third Party Defendant.
23

24

25

DECLARATION OF RONALD V. THUNEN III
IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' AMENDED
COMPLAINT - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

I, RONALD V. THUNEN III, declare:

1.     I have been employed with Intelius Inc. ("Intelius"), defendant in the above-captioned matter, since August 2006. Until February 2009, I was variously employed as a program manager, senior program manager, and lead program manager. Between February 2009 and February 2010, I served as Director of Program Management of Intelius' Consumer Business Unit. Since February 2010, my duties have expanded to include product ownership of Intelius' consumer transactional websites, as a "Product Owner" within the Consumer Business Unit.

2.     I am making this declaration based on facts within my own personal knowledge and in support of (1) Defendants' Rule 12(c) Motion for Judgment on the Pleadings to Dismiss Plaintiffs' Consolidated Class Action Complaint and (2) Defendants' Request for Judicial Notice. If called upon to do so, I would and could competently testify thereto.

**Plaintiff Lee/Cramer - June 2008 Adaptive Offer**

3.     Attached as Exhibit A is a true and correct copy of the Adaptive Marketing LLC "Family Safety Report" enrollment form webpage on the Intelius site displayed to plaintiff Lee/Cramer in June 2008.

4.     In the normal course of its business, Intelius maintains records relating to the time period during which Adaptive offers, including the Adaptive enrollment form attached as Exhibit A, were active on Intelius' websites. The Adaptive offer attached as Exhibit A was active in June 2008. Intelius' records of Lee/Cramer's June 2008 transaction, maintained in the normal course of Intelius' business, show that Lee/Cramer were presented with the enrollment form attached as Exhibit A.

**Plaintiff Keithly - April 2009 Intelius In-Cart IDP Offer**

5.     Attached as Exhibit B are true and correct copies of Intelius Background Check check-out webpages as they were displayed to plaintiff Keithly on April 7, 2009, in connection with his purchase of a background check for $39.95 with a $10.00 discount for enrolling in a trial

DECLARATION OF RONALD V. THUNEN III
IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' AMENDED
COMPLAINT - 2

1   membership of Identity Protect.

2       6.     Attached as Exhibit C are true and correct copies of Intelius Background Check

3   check-out webpages as they existed on April 7, 2009, and would have been displayed to Mr.

4   Keithly, had he elected to purchase the identical background check product for $49.95.

5       7.     Exhibits B and C were regenerated from Intelius' back-up tapes and servers on

6   January 11, 2010, at my direction and under my supervision.

7       8.     In the normal course of its business, Intelius periodically creates snapshots of its

8   websites as they exist at specific points in time. Those snapshots are taken and preserved on

9   back-up tapes via an automated process. These point-in-time snapshots consist of the software

10   code on which the webpages and webpage flows for a specific date, are based.

11       9.     On April 5, 2009, at 5:17 a.m., Intelius archived a true and correct point-in-time

12   snapshot of Intelius' website code.

13       10.    The April 5, 2009, code was updated and rolled forward to April 7, 2009, (the date

14   of plaintiff Keithly's transaction), by applying any changes that were made to the component files

15   during the intervening 48 hours. The version history of each component file is archived

16   separately on Intelius' servers. Changes to the files comprising the April 5 website code were

17   made once on April 6 and once on April 7. These changes were applied to the April 5 code to

18   reproduce the website code as it existed on April 7.

19       11.    Exhibits B and C are true and correct copies of the webpages that resulted from

20   running plaintiff Keithly's background search request on the regenerated archived code from

21   April 7, 2009.

22       12.    Step 1 of Exhibit B is the first webpage that Plaintiff Keithly viewed on an Intelius

23   website, after having been re-directed from a third-party (not Adaptive) website where he input

24   his search criteria. Step 7 is the last step in the purchase process for the Background Report

25   Plaintiff Keithly purchased. Clicking on the red button at the bottom of the page "Confirm the

DECLARATION OF RONALD V. THUNEN III
IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' AMENDED
COMPLAINT - 3

1 | Purchase and Show My Report" confirms the customer's purchase and signals Intelius to send a

2 | confirmation email.

3 |      13.    The next webpage presented to Plaintiff Keithly after clicking on the "Confirm the

4 | Purchase and Show My Report" button was one of the two interstitial advertisements – which

5 | Plaintiffs describe as a "post-transaction" offer – identified as "Step 8a" and "Step 8b." The

6 | Exhibit B webpages identified as "Step 8a" and "Step 8b" are true and correct copies of the two

7 | interstitial advertisement offers that were active on April 7, 2009, one of which was displayed

8 | during Plaintiff Keithly's transaction – after Step 7 and before Step 9. In April 2009, Intelius did

9 | not maintain a record, in the normal course of its business, of which interstitial offer was

10 | presented to a specific customer unless the customer actually accepted the offer. Because Plaintiff

11 | Keithly was not enrolled in any programs offered via the interstitial advertisements, it is apparent

12 | that he did not accept the interstitial offer with which he was presented.

13 |      14.    The actual background report resulting from Plaintiff Keithly's search request is

14 | not available. Although Intelius' webpages can be rolled back to certain points in time using

15 | archived data, the results of any specific search requested via those webpages (*e.g.*, in connection

16 | with purchase of a background report) are derived by searching Intelius' current public records

17 | database. Accordingly, although it is possible to closely replicate the background report that

18 | plaintiff Keithly requested, such a report derived from the current database could differ from one

19 | generated from the database as it existed on April 7, 2009.

20 |      15.    Exhibit C consists of the webpages Plaintiff Keithly would have seen had he

21 | declined the discounted price for the Background Report with Identity Protect. Steps 1-3 of Exs.

22 | B and C are identical. The remaining pages of Ex. C (Steps 4-6) show the webpages that would

23 | have resulted had Plaintiff Keithly selected to pay the standard price for the Background Report at

24 | Step 3.

25 |

DECLARATION OF RONALD V. THUNEN III
IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' AMENDED
COMPLAINT - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

**Plaintiff Bebbington - November 2009 Intelius In-Cart IDP Offer**

16.     Attached as Exhibit D, E and F are true and correct copies of check-out webpages as they were displayed to plaintiff Bebbington on November 1, 2009, in connection with his purchase of three People Search Reports.

17.     Exhibits D, E and F were regenerated from Intelius' back-up tapes and servers on August 11, 2010, at my direction and under my supervision.

18.     On October 21, 2009, Intelius archived a true and correct point-in-time snapshot of Intelius' website code.

19.     The October 21, 2009, code was updated and rolled forward to November 1, 2009 (the date of Bebbington's transactions), by applying any changes that were made to the component files during the intervening time period.

20.     Exhibits D, E and F are true and correct copies of the webpages that resulted from running Plaintiff Bebbington's people search requests on the regenerated archived code from November 1, 2009.

21.     Exhibit D collects the webpages presented to Plaintiff Bebbington during his first transaction, during which he was presented with and accepted an "in-cart" offer for Intelius' Identity Protect program.

22.     Step 1 of Exhibit D is the first page on Intelius website that Plaintiff Bebbington would have seen after inputting his search criteria for "Dan Savage" in the state of "Washington" on a non-Intelius website operated by Yahoo!  Step 7 is the last step in the purchase process for the first People Search Plaintiff Bebbington purchased on November 1, 2009.  Clicking on the red button at the bottom of the page "Reconfirm the Purchase and Show My Report" confirms the customer's purchase and signals Intelius to send a confirmation email.

23.     The next webpage presented to Plaintiff Bebbington after clicking on the "Reconfirm the Purchase and Show My Report" button was one of the four interstitial

DECLARATION OF RONALD V. THUNEN III
IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' AMENDED
COMPLAINT - 5

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1 advertisements identified as "Step 8a," "Step 8b," "Step 8c," and "Step 8d." The Exhibit D

2 webpages identified as "Steps 8a – 8d" are true and correct copies of the four interstitial

3 advertisement offers that were active on November 1, 2009, one of which was displayed during

4 Plaintiff Bebbington's transaction – after Step 7 and before Step 9. In November 2009, Intelius

5 did not maintain a record, in the normal course of its business, of which interstitial offer was

6 presented to a specific customer unless the customer actually accepted the offer. Because Plaintiff

7 Bebbington was not enrolled in any programs offered via the interstitial advertisements, it is

8 apparent that he did not accept the interstitial offer with which he was presented.

9    24.    The actual People Search Report resulting from Plaintiff Bebbington's first search

10 request on November 1, 2009, is not available. Although Intelius' webpages can be rolled back to

11 certain points in time using archived data, the results of any specific search requested via those

12 webpages (*e.g.*, in connection with purchase of a background report) are derived by searching

13 Intelius' current public records database. Accordingly, although it is possible to closely replicate

14 the people search report that Plaintiff Bebbington requested, such a report derived from the

15 current database could differ from one generated from the database as it existed on April 7, 2009.

16 Other than any differences resulting from intervening changes in the source database, Plaintiff

17 Bebbington would have been presented with a People Search Report essentially identical to that

18 attached as Ex. D, Step 10.

19    25.    Exhibits E and F collect the webpages that Plaintiff Bebbington would have seen

20 during his second (Ex. E) and third (Ex. F) People Search purchase transactions on November 1,

21 2009. As reflected in Steps 4-6 for both Exs. E and F, Plaintiff Bebbington received a 10%

22 discount on both his second and third People Search purchases as a member of ID Protect.

23 //

24 //

25 //

DECLARATION OF RONALD V. THUNEN III
IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' AMENDED
COMPLAINT - 6

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX, (206) 623-8717

1       I declare under penalty of perjury under the laws of the State of Washington that the

2  foregoing is true and correct.

3       DATED this _16_ day of August, 2010 at Bellevue, Washington.

4

5

6            RONALD V. THUNEN III

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF RONALD V. THUNEN III
IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' AMENDED
COMPLAINT - 7

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury and the laws of the State of Washington to the following:

1.    I am over the age of 21 and not a party to this action.

2.    On the 16th day of August, 2010, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Plaintiffs**

| | |
|---|---|
| Mark A. Griffin, WSBA #16296 | _____ Messenger |
| Karin B. Swope, WSBA #24015 | _____ Email |
| Keller Rohrback L.L.P. | __X__ ECF |
| 1201 Third Avenue, Suite 3200 | _____ Facsimile |
| Seattle, WA 98101 | _____ US Mail |
| Telephone: (206) 623-1900 | |
| Fax: (206) 623-3384 | |
| mgriffin@kellerrohrback.com | |
| kswope@kellerrohrback.com | |
| | |
| Andrew N. Friedman | _____ Messenger |
| Victoria S. Nugent | _____ Email |
| Whitney R. Case | __X__ ECF |
| Cohen Milstein Sellers & Toll P.L.L.C. | _____ Facsimile |
| 1100 New York Avenue, NW, Suite 500 West | _____ US Mail |
| Washington, DC 20005-3964 | |
| Telephone: (202) 408-4600 | |
| Fax: (202) 408-4699 | |
| afriedman@cohenmilstein.com | |
| vnugent@cohenmilstein.com | |
| wcase@cohenmilstein.com | |
| | |
| Brian M. Felgoise | _____ Messenger |
| Felgoise Law Firm | _____ Email |
| 261 Old York Road, Suite 518 | __X__ ECF |
| Jenkintown, PA 19046 | _____ Facsimile |
| Telephone: 215-886-1900 | _____ US Mail |
| Fax: 215-886-1909 | |
| felgoiselaw@verizon.net | |

DECLARATION OF RONALD V. THUNEN III
IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' AMENDED
COMPLAINT - 8

1

Roy Jacobs
Roy Jacobs & Associates

2

One Grant Central Place
60 East 42nd Street, 46th Floor

3

New York, NY 10165
Telephone: 212-867-1156

4

Fax: 212-504-8343
rjacobs@jacobsclasslaw.com

5

6

7

_____ Messenger
_____ Email
__X___ ECF
_____ Facsimile
_____ US Mail

LINDA BLEDSOE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF RONALD V. THUNEN III
IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' AMENDED
COMPLAINT - 9

# Exhibit A

# Thank You your order has been successfully completed


**INTELIUS**
Live in the know.™

## Take our 2008 Community Safety Survey and claim $10.00 CASH BACK when you try Family Safety Report



Complete the survey below and the short registration form to claim $10.00 Cash Back as a member of *Family Safety Report* FREE for 7 days (Click Here for Details).

**Does your neighborhood have a sex offender alert program?**

● Yes  ○ No  ○ I don't know

**What card type did you use for your Intelius purchase today?**

● Credit Card  ○ Debit Card

---

### Please type in your email address below

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to Family Safety Report, a service provider of Intelius .

**YES**
**And show my report**

Click once and wait

**No, show my report**

---

### *Family Safety Report* - Protect Your Family Now!

● Locate registered sex offenders in your area

● Get e-mail alerts when convicted predators move near you

● Monitor sex offenders in multiple areas

**OFFER DETAILS:**

Simply click "Yes" to activate your trial membership and take advantage of the great benefits that Family Safety Report has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by Family Safety Report on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debit each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-877-442-5710 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these offer details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to Family Safety Report. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Family Safety Report will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers**

* Family Safety Report does not provide the Registered Sex offender Report. The report is administered and provided by Intelius and is subject to their Terms of Site Use and Terms & Conditions. Family Safety Report cannot guarantee the accuracy of or information provided within the report.

Privacy Policy | Terms and Conditions

© Copyright 2008 Family Safety Report - All Rights Reserved

# Exhibit B



**SEARCH IN PROGRESS**



Searching for **Jeffrey Bruce Keithly** in the state of **Washington**

Intelius is searching billions of current utility records, court records, county records, change of
address records, property records, business records, and other public and publicly available
information to find what you're looking for.

Step 1



Sign In – My Intelius

Help: (888) 445-2727 | View My Reports

**<< Return to Home**

## Background Summary for Jeffrey Keithly in Snohomish, WA

View All Details

Click on **Name**, **Detail**, and **Available** links for more information



**Jeffrey Keithly**
Birth Date: **Available**
Phone #: **Available**

View Details



**Locations:**    **Available**

5 Addresses in **Snohomish, WA**

**Home & Income:**    **Available**

Avg. Income    **Available**
Avg. Home Value    **Available**

**A Complete Background Report Includes...**

» Statewide Criminal Check
» Bankruptcies & Liens
» Current & Previous Addresses
» Contact Info
» Neighbors
» Neighborhood Info
See Complete Background Report...

» Sex Offender Check
» Small Claims & Judgments
» Relatives & Associates
» Home & Value Details
» People Search Report
» Much More Info...

Continue >>

Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliates | Directory | Volume Discounts
© 2003-2009 Intelius, Inc.






Step 2



Sign In – My Intelius
Help: (888) 445-2727 | View My Reports

**<< Return to Home**



| | You Have Selected The Following Package | | |
|---|---|---|---|

**Background Report**
LOCATIONS FOR JEFFREY KEITHLY:
5 Addresses in **Snohomish, WA**

**COMPLETE REPORT INCLUDES (WHEN AVAILABLE):**

- **Statewide Criminal Check**
- **Bankruptcies & Liens**
- **Address History**
- Neighbors
- Neighborhood Info
- Alias Names

- **Sex Offender Check**
- **Small Claims & Judgements**
- **Relatives & Associates**
- Home Value & Details
- Satellite & Map Images
- Much More...

(View Sample)

$10 off

$39.95
**Add to Cart**
Special Price with
Identity Protect

$49.95
**Add to Cart**
Limited Time Offer

McAfee SECURE
TESTED 11-JAN

SECURE TRANSACTIONS






Step 3

 **INTELIUS**
Live in the know.™

Sign In – My Intelius

Help: (888) 445-2727 | View My Reports

<< Return to Home

## Background Report with Identity Protect Trial

### Order Summary

| | |
|---|---|
| 1. Background Report | $39.95 |
| *Identity Protect Discount. You saved $10.00.* | |
| 2. Identity Protect Trial | $0.00 |
| **Total Charge** | **$39.95** |
| **Your Savings: $10.00** | |

**LOCATIONS FOR JEFFREY KEITHLY:**

5 Addresses in **Snohomish, WA**

**COMPLETE REPORT INCLUDES (WHEN AVAILABLE):**

- **Statewide Criminal Check**
- **Bankruptcies & Liens**
- **Address History**
- Neighbors
- Neighborhood Info
- Alias Names
- **Sex Offender Check**
- **Small Claims & Judgements**
- **Relatives & Associates**
- Home Value & Details
- Satellite & Map Images
- Much More...

**$10 off**

**$39.95**

**Continue**

**Remove Identity Protect**
Pay Regular Price of 49.95

After your 7 day free trial, if you do not cancel your Identity Protect membership your credit card will be billed $19.95 and each month thereafter that you continue your membership. You may cancel anytime.

We are committed to protecting the information you provide. Intelius is both Verisign Security Certified and McAfee Secure Certified.

### Identity Protect Benefits

**Identity Protect Includes:**

- **Monthly Credit Reports**
- **24/7 Recovery Services**
- Credit Monitoring
- Email Alerts
- Internet Scanning
- **$25,000 Identity Theft Insurance**
- **10% Off All Intelius Purchases**
- Public Records Monitoring
- Real Time ID Theft Risk Score
- Much More

**Offer Details:**
Click "Continue" button to accept this special offer price and activate your trial membership to take advantage of the great benefits that Identity Protect has to offer. The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you use today with Intelius.com after the 7-day trial. Special Offer only available to Non Identity Protect Customer.

Additional Offer & Benefit Details | Terms & Conditions | Privacy Policy




TESTED 11-JAN


SECURE TRANSACTIONS

   

Step 4

 **INTELIUS**
Live in the know.™

**<< Return to Home**

| SELECT ADD-ONS | | Order Summary |
|---|---|---|

**Add** ☐ **Premium Confirmation & Email Service** — $7.95

- **Confirm** Phone Connections & Current Addresses **in this report** against **public utilities for Jeffrey Keithly**
- Send this report to My Email Address.

**Add** ☐ **Federal and Nationwide County Criminal Check for Jeffrey Keithly** — $19.95

Federal and Nationwide County Criminal Check searches criminal records from county courts, department of corrections, administration of the courts, Federal Appellate and US District Courts. Offenses include (when available):

- Felonies
- Misdemeanors
- Federal Offenses
- Sexual Offenses
- Drug Trafficking
- Securities Fraud
- Tax Evasion
- And more..

Disclaimer

**Order Summary**

1. Background Report — $39.95
   *Identity Protect Discount. You saved $10.00.*
2. Identity Protect Trial — $0.00
   **Total Charge** — $39.95
   **Your Savings: $10.00**

VeriSign Secured
VERIFY ▸

McAfee SECURE
TESTED 11-JAN

SECURE TRANSACTIONS

**Continue**

   

VeriSign SECURITY CERTIFIED   Inc. 500   McAfee SECURE TESTED 11-JAN   iapp corporate member International association of privacy professionals

Step 5

 **INTELIUS**
Live in the know.™

**<< Return to Home**

## Account Sign In

What is your Email Address?

My Email Address is:

Do you have an Intelius password?

⦿ No, I am a new customer.

○ Yes, I have a password:

Forgot your password?                    **Continue**

### Order Summary

| | |
|---|---|
| 1. **Background Report** | $39.95 |
| *Identity Protect Discount. You saved $10.00.* | |
| 2. Identity Protect Trial | $0.00 |

**Total Charge $39.95**
**Your Savings $10.00**



   

Step 6



<< Return to Home

## Create Your Account
To create your Intelius account, please complete the form below.

### Account Information

| | |
|---|---|
| Email Address | |
| | Example: jsmith@hotmail.com |
| Password | |
| | Must be at least 6 characters |
| Confirm Password | |
| | Type password again to verify |
| Subscribe to newsletter | ☐ Please send me exclusive discounts, coupons, and updates via the Intelius e-newsletter. |

### Payment Information

| | |
|---|---|
| Payment Type | Credit Card |
| Credit Card Number | [VISA] [MasterCard] [Discover] [AMEX] No spaces or punctuation |
| Credit Card Expiration | Month   Year |
| Card Security Code (CVV) | What is this? |
| Cardholder Name | First and last name as shown on card |

### Credit Card Billing Address

| | |
|---|---|
| Billing Country | United States |
| Street Address | |
| | Example: 1234 Pine Ave. |
| City / State | Select a State |
| | Example: Bellevue |
| Zip / Postal Code | |
| | Example: 98004 |
| Phone Number | |
| | Example: 555-555-5555 (Optional) |

**Your credit card statement will reflect a charge from Intelius for $39.95 for this purchase.**

**Confirm the Purchase and Show My Report**

By clicking the Confirm Purchase button above I accept the Intelius Terms and Conditions.

### Members Login

Email Address

Password

**Login**

### Order Summary

| | | |
|---|---|---|
| 1. | Background Report | $39.95 |
| | Identity Protect Discount. You saved $10.00. | |
| 2. | Identity Protect Trial | $0.00 |
| | **Total Charge** | **$39.95** |
| | **Your Club Savings** | **$10.00** |

VeriSign Secured

McAfee SECURE
TESTED 11-JAN

SECURE TRANSACTIONS

VeriSign SECURITY CERTIFIED    Inc. 500    McAfee SECURE TESTED 11-JAN    iapp corporate member

## Step 7

# Thank You your order has been successfully completed

ADVERTISEMENT

**Get $10.00 CASH BACK as a member of 24Protect Plus℠**

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**
- Free Credit Report and Score
- 20% savings on gift cards for Circuit City®*, Ace Hardware, and Sears®*
- 24-Hour Emergency Roadside Assistance**



by 24Protect Plus

## Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to 24Protect Plus.

**YES**
And show my report

Click once and wait

No, show my report

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.
- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Circuit City®*, Ace Hardware, and Sears®* to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers!

Click here for Benefit Details

**Offer Details:**
☐  Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-800-211-9749 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2009 24Protect Plus - All Rights Reserved

Step 8a

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get **$10.00 CASH BACK** as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**

- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
And show my report

Click once and wait

No, show my report

**ValueMax Benefit Details:**
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, Linens 'n Things, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $19.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-205-2257 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-205-2257] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2009 ValueMax - All Rights Reserved

Step 8b



**GENERATING REPORT ... PLEASE WAIT**



You are about to receive your report on your computer screen.
Please wait while we generate your report.

Step 9

# Exhibit C



**SEARCH IN PROGRESS**



Searching for **Jeffrey Bruce Keithly** in the state of **Washington**

Intelius is searching billions of current utility records, court records, county records, change of
address records, property records, business records, and other public and publicly available
information to find what you're looking for.

Step 1



Sign In – My Intelius
Help: (888) 445-2727 | View My Reports

**<< Return to Home**

## Background Summary for Jeffrey Keithly in Snohomish, WA

Click on **Name**, **Detail**, and **Available** links for more information


**View All Details**





**Locations:**                    **Available**

5 Addresses in **Snohomish, WA**

**Home & Income:**                **Available**

Avg. Income          **Available**
Avg. Home Value   **Available**

**A Complete Background Report Includes...**

» Statewide Criminal Check
» Bankruptcies & Liens
» Current & Previous Addresses
» Contact Info
» Neighbors
» Neighborhood Info
See Complete Background Report...

» Sex Offender Check
» Small Claims & Judgments
» Relatives & Associates
» Home & Value Details
» People Search Report
» Much More Info...

**Jeffrey Keithly**
Birth Date: **Available**
Phone #: **Available**

**View Details**

**Continue >>**






Step 2

 **INTELIUS**
Live in the know.™

Sign In – My Intelius

Help: (888) 445-2727 | View My Reports

**<< Return to Home**

| You Have Selected The Following Package | | |
|---|---|---|
| **Background Report** | $10 off | |
| **LOCATIONS FOR JEFFREY KEITHLY:** | | |
| 5 Addresses in **Snohomish, WA** | $39.95 | $49.95 |
| | **Add to Cart** | **Add to Cart** |
| **COMPLETE REPORT INCLUDES (WHEN AVAILABLE):** | Special Price with Identity Protect | Limited Time Offer |

- **Statewide Criminal Check**
- **Bankruptcies & Liens**
- **Address History**
- Neighbors
- Neighborhood Info
- Alias Names

- **Sex Offender Check**
- **Small Claims & Judgements**
- **Relatives & Associates**
- Home Value & Details
- Satellite & Map Images
- Much More...

(View Sample)

McAfee SECURE
TESTED 11–JAN

SECURE TRANSACTIONS

Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliates | Directory | Volume Discounts
© 2003-2009 Intelius, Inc.

   

Step 3



## << Return to Home

| SELECT ADD-ONS | | Order Summary | |
|---|---|---|---|

**Add** ☐ **Premium Confirmation & Email Service**   **$7.95**

- **Confirm** Phone Connections & Current Addresses **in this report** against **public utilities for Jeffrey Keithly**
- Send this report to My Email Address.

**Add** ☐ **Federal and Nationwide County Criminal Check for Jeffrey Keithly**   **$19.95**

Federal and Nationwide County Criminal Check searches criminal records from county courts, department of corrections, administration of the courts, Federal Appellate and US District Courts. Offenses include (when available):

- Felonies
- Misdemeanors
- Federal Offenses
- Sexual Offenses
- Drug Trafficking
- Securities Fraud
- Tax Evasion
- And more..

Disclaimer

**Order Summary**

| 1. Background Report | $49.95 |
|---|---|
| Total Charge | $49.95 |

VeriSign Secured VERIFY ▸

McAfee SECURE TESTED 11-JAN

SECURE TRANSACTIONS

**Continue**

   

Step 4

 **INTELIUS**
Live in the know.™

Sign In – My Intelius

Help: (888) 445-2727 | View My Reports

**<< Return to Home**

## Account Sign In

What is your Email Address?

My Email Address is:

Do you have an Intelius password?

⦿ No, I am a new customer.

○ Yes, I have a password:

Forgot your password?

**Continue**

**Order Summary**

1. Background Report                                    $49.95

**Total Charge  $49.95**

VeriSign Secured
VERIFY»

McAfee SECURE
TESTED  11–JAN

SECURE TRANSACTIONS

Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliates | Directory | Volume Discounts

© 2003-2009 Intelius, Inc.

   

Step 5



<< Return to Home

## Create Your Account
To create your Intelius account, please complete the form below.

### Account Information

Email Address

Example: jsmith@hotmail.com

Password

Must be at least 6 characters

Confirm Password

Type password again to verify

Subscribe to newsletter ☐ Please send me exclusive discounts, coupons, and updates via the Intelius e-newsletter.

### Payment Information

Payment Type        Credit Card

Credit Card Number

VISA ☐☐☐☐ No spaces or punctuation

Credit Card Expiration    Month    Year

Card Security Code (CVV)        What is this?

Cardholder Name

First and last name as shown on card

### Credit Card Billing Address

Billing Country    United States

Street Address

Example: 1234 Pine Ave.

City / State        Select a State

Example: Bellevue

Zip / Postal Code

Example: 98004

Phone Number

Example: 555-555-5555 (Optional)

Your credit card statement will reflect a charge from **Intelius** for **$49.95 for this purchase.**

**Confirm the Purchase and Show My Report**

By clicking the Confirm Purchase button you accept the Intelius Terms and Conditions.

### Members Login

Email Address

Password

**Login**

### Order Summary
1. Background Report        $49.95

Total Charge  **$49.95**

VeriSign Secured

McAfee SECURE TESTED 11-JAN

SECURE TRANSACTIONS

## Step 6

VeriSign SECURITY CERTIFIED    Inc. 500    McAfee SECURE TESTED 11-JAN    iapp corporate member

# Exhibit D



Sign In – My Intelius

back to YAHOO! PEOPLE SEARCH | View My Reports

**<< Return to Home**

## PEOPLE SEARCH RESULTS

Search Again >>

We found **2** people found that match **Dan Savage** in the state of **Washington**.

Click on the **View Details** or **Get a Detailed Report** link for more info.

✔ = Available

**See Details on All 2 People!**

| | Name | Age | Previous Cities | DOB | Phone | Address | Avg. Income | Avg. Home Value | Relatives |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Daniel B Savage** <br> **View Details** | 39 | **Seattle, WA** <br> Altadena, CA <br> Chicago, IL <br> Pasadena, CA | ✔ | ✔ | ✔ | ✔ | ✔ | Daniel B Savage <br> Hugh P Savage |
| 2 | **Dan S Savage** <br> **View Details** | 54 | **Seattle, WA** | ✔ | - | ✔ | ✔ | ✔ | |

**Related People Lookups**

- DANIAL SAVAGE
- DANIEL SAVAGE
- DANNY SAVAGE
- DANO SAVAGE
- D SAVAGE

    

Step 1



**SEARCH IN PROGRESS**



Searching for **Dan Savage** in the state of **Washington**

Intelius is searching billions of current utility records, court records, county records, change of
address records, property records, business records, and other public and publicly available
information to find what you're looking for.

Step 2



## Select A Product or Special Offer

### People Search Report

Includes all **2 Records** for **Dan Savage** in **WA**.

**Report includes when available:**

- ✓ Full Name
- ✓ Address
- ✓ Age & DOB
- ✓ Phone Number
- ✓ Relatives
- ✓ Address History
- ✓ Avg. Income
- ✓ Home Value

View Sample

$0.95   51% off   Special Price!
Learn More

Add to Cart

With FREE Identity Protect Trial

$1.95   Regular Price

Add to Cart

### 24 Hour Pass

Unlimited People Search Reports by Name or Address for 24 hours.

**Report includes when available:**

- ✓ Full Name
- ✓ Address
- ✓ Age & DOB
- ✓ Phone Number
- ✓ Relatives
- ✓ Address History
- ✓ Avg. Income
- ✓ Home Value

Background, Criminal, Property, SSN Search, & Search by Phone Reports sold separately.

View Sample

$14.95   25% off   Special Price!
Learn More

Add to Cart

With FREE Identity Protect Trial

$19.95   Regular Price

Add to Cart

### Background Report

Includes all **2 records** for **Dan Savage** in **WA**.

**Report includes: (when available)**

- ✓ Full Name
- ✓ Address
- ✓ Age & DOB
- ✓ Phone Number
- ✓ Relatives
- ✓ Address History
- ✓ Avg. Income
- ✓ Property
- ✓ **Criminal Check**
- ✓ **Bankruptcies**
- ✓ **Liens**
- ✓ **Judgments**
- ✓ **Aliases**
- ✓ **Lawsuits**
- ✓ Neighbors
- ✓ Death Records
- ✓ Marriage
- ✓ Divorce

View Sample

$39.95   $10 off   Special Price!
Learn More

Add to Cart

With FREE Identity Protect Trial

$49.95   Regular Price

Add to Cart







Step 3



Sign In – My Intelius

back to YAHOO! PEOPLE SEARCH | View My Reports

<< Return to Home

## People Search Report with Identity Protect Trial

### Order Summary

1. People Search Report          $0.95
   *Identity Protect Discount.*
   *You saved $1.00.*
2. Identity Protect Trial           $0.00
   *Cancel anytime. After*
   *your trial, you will be*
   *billed $19.95 per month.*

|  | Total | $0.95 |
|---|---|---|
|  | **You saved** | **$1.00** |

### People Search Report

Includes all **2 Records** for **Dan Savage** in **WA**.
**Report includes when available:**

| | |
|---|---|
| ✔ Full Name | ✔ Address |
| ✔ Age & DOB | ✔ Phone Number |
| ✔ Relatives | ✔ Address History |
| ✔ Avg. Income | ✔ Home Value |

### Identity Protect Benefits

**Identity Protect Includes:**

| | |
|---|---|
| ■ Monthly Credit Reports | ■ $25,000 Identity Theft Insurance |
| ■ 24/7 Recovery Services | ■ 10% Off All Intelius Purchases |
| ■ Credit Monitoring | ■ Public Records Monitoring |
| ■ Email Alerts | ■ Real Time ID Theft Risk Score |
| ■ Internet Scanning | ■ Much More |

**Offer Details:**
Click "Continue" button to accept this special offer price and activate your trial membership to take advantage of the great benefits that Identity Protect has to offer. The membership fee of $19.95 per month will be charged/debited by Intelius.com to the credit/debit card you use today with Intelius.com after the 7-day trial. Special Offer only available to Non Identity Protect Customer. You may cancel anytime by calling (877) 974-1563 or visiting the "My Intelius" section of the Intelius.com website.

Additional Offer & Benefit Details | Terms & Conditions | Privacy Policy

**51% off**

$0.95

**Continue**

Remove
Identity Protect Trial
Pay Regular Price of 1.95

After your 7 day free trial, if you do not cancel your Identity Protect membership your credit card will be billed $19.95 plus tax where applicable and each month thereafter that you continue your membership. You may cancel anytime.

We are committed to protecting the information you provide. Intelius is both Verisign Security Certified and McAfee Secure Certified.













Step 4









Step 5



**Step 6**







 **INTELIUS**
Live in the know.™

Member Status: Basic rsample@intelius.com [Sign Out] | My Intelius

back to YAHOO! PEOPLE SEARCH | Help: (888) 445-2727 | View My Reports

<< Return to Home

| Order Confirmation |
|---|

**Account Information**                                              Edit

| Email | rsample@intelius.com |
|---|---|

**Payment Information**                                              Edit

| VISA | XXXXXXXXXXXX1111 |
|---|---|
| Expires | February 2014 |
| Zip Code | 98004 |
| Credit Card Statement | Your credit card statement will reflect a charge from **Intelius** for **$1.04** |
| | I accept the Terms & Conditions |

**Reconfirm The Purchase And Show My Report**

Your total has been recalculated to include WA State sales tax

**Order Summary**

| 1. People Search Report | $0.95 |
|---|---|
| *Identity Protect Discount. You saved $1.00.* | |
| 2. Identity Protect Trial | $0.00 |
| *Cancel anytime. After your trial, you will be billed $19.95 per month.* | |

| Tax | $0.09 |
|---|---|
| Total | $1.04 |
| You saved | $1.00 |

 VeriSign Secured
VERIFY▸

 McAfee SECURE
TESTED 11–AUG

 SECURE TRANSACTIONS

Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliates | Directory | Volume Discounts
© 2003-2010 Intelius, Inc.

    

Step 7

# Thank You your order has been successfully completed

ADVERTISEMENT

**Get $10.00 CASH BACK as a Special Reward from SavingsAce**

Register below to claim your $10 Cash Back as a member of SavingsAce. (Click Here for Details).

**SavingsAce Includes:**

- No Limit to Cash Back Potential.
- Up to 20% cash back on top retailers.
- Price protection coverage on purchases made through SavingsAce network.
- Monthly Shopping Rebates.



by SavingsAce

---

**Please type in your email address below**

Typing your e-mail address below will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to SavingsAce.

**YES**
And show my report

Click once and wait

No, show my report

---

*SavingsAce* offers you discounts on the everyday items you want and need.

- **Shop Over 500 Online Stores**
  All your favorites are here, including Target.com, Walmart.com, JCPenney.com, BestBuy.com, Dell.com and many more.

- **Get the Best Deals**
  With Price Protection, you always get the lowest price or we'll pay the difference. And every purchase is covered under an Extended Warranty.

- **No Cash Back Limit**
  The more deals you take advantage of, the more cash you get! Get hundreds in cash back - or more!

Click Here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of all the benefits and services that SavingsAce has to offer plus claim your $10.00 Cash Back. The membership fee of $24.95 per month will be charged/debited by SavingsAce on the credit/debit card you used today with Intelius after your 7-day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call us toll-free at 1-888-593-5216 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address and credit/debit card information to SavingsAce. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for SavingsAce will be automatically debited each month on or about that same date from the checking account associated with that card.

Privacy Policy | Terms and Conditions

---

© Copyright 2010 *SavingsAce*. All Rights Reserved

Step 8a

# Thank You your order has been successfully completed

ADVERTISEMENT

Get **$10.00 CASH BACK** as a member of ValueMax℠

Register below to claim your $10 Cash Back as a member of ValueMax. (Click Here for Details).

**ValueMax Includes:**
- Savings on travel needs.
- 20% Savings on Gift Cards for Retailers and Restaurants.
- 5% to 60% savings on prescription drugs.
- 20% to 60% savings on lenses, frames and contacts.



by ValueMax

## Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to ValueMax.

**YES**
**And show my report**

Click once and wait

No, show my report

### ValueMax Benefit Details:
ValueMax is one of the America's premier discount shopping services that offers big savings at leading retail stores, restaurants, and movie theaters throughout the nation!

- Savings on travel needs. Save up to 50% at Hyatt, Hilton, Sheraton, Best Western and more — and up to 30% on car rentals at Alamo, Budget, Hertz and others.
- 20% savings on gift cards* purchased through ValueMax for leading retailers such as Bed Bath & Beyond, Kmart, Lillian Vernon®, and Staples — for a savings of over $1,000 per year.
- 20% savings on gift cards* purchased through ValueMax for popular family restaurants, including Bennigan's® , Hard Rock Cafe®, Red Lobster®, Olive Garden®, Outback Steakhouse® and more — for a savings of over $1,200 per year.
- 5% to 60% savings on prescription drugs at over 45,000 pharmacies nationwide.
- 20% to 60% savings on lenses, frames and contacts at 13,000 providers nationwide and 10% to 30% on yoga, personal trainers and massage therapists through our Alternative Care network.

Click here for Benefit Details

### Offer Details:
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that ValueMax has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by ValueMax on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-241-0049 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to ValueMax. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for ValueMax will be automatically debited each month on or about the same date from the checking account associated with that card.

### Disclaimers:
*Participating vendors are neither sponsors, co-sponsors nor affiliates of ValueMax. Gift card/certificate savings are an exclusive offer of ValueMax and are valid only on gift cards/certificates purchased through ValueMax. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. ValueMax uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the ValueMax website [www.valuemax123.com] or call Member Savings [1-888-241-0049] for complete terms and conditions related to participating vendors.

Privacy Policy | Terms and Conditions

© Copyright 2010 ValueMax - All Rights Reserved

Step 8b

# Thank You your order has been successfully completed

ADVERTISEMENT

## Get **$10.00 CASH BACK** as a member of 24Protect Plus℠

Register below to claim your $10 Cash Back as a member of 24Protect Plus. (Click Here for Details).

**24Protect Plus Includes:**

- Free Credit Report and Score
- 20% savings on gift cards for Ace Hardware, and Sears®®
- 24-Hour Emergency Roadside Assistance**



by 24Protect Plus

### Please type in your email address below

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**



**Confirm E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize Intelius to securely transfer my name, address, and credit/debit card information to 24Protect Plus.



YES
And show my report

Click once and wait

No, show my report

**24Protect Plus Benefit Details:**
Enjoy savings like this and so much more.

- Get access to your free credit report and credit score.
- 20% savings on gift cards purchased through the program for Ace Hardware, and Sears®* to save on all your home improvement and security needs.
- Savings with popular national home improvement retailers!

Click here for Benefit Details

**Offer Details:**
☐ Please check if you are using a Debit Card. Simply type in your email address and click "Yes" to activate your trial membership and take advantage of the great savings that 24 Protect Plus has to offer plus claim your $10.00 Cash Back! The membership fee of $24.95 per month will be charged/debited by 24 Protect Plus on the credit/debit card you used today with Intelius after your 7-day FREE trial period and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-337-4295 within the first 7 days to cancel, and you will not be charged/debited. Please note that by agreeing to these Offer Details you are authorizing Intelius to securely transfer your name, address, and credit/debit card information to 24 Protect Plus. No matter what the FREE $10.00 Cash Back is yours to claim! Remember, if for any reason you are dissatisfied, call our toll-free number to cancel, and you'll no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for 24 Protect Plus will be automatically debited each month on or about the same date from the checking account associated with that card.

**Disclaimers:**
24Protect Plus provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. 24Protect Plus and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. Services provided by TrueCredit, Inc.

*Participating vendors are neither sponsors, co-sponsors nor affiliates of 24Protect Plus. Gift card/certificate savings are an exclusive offer of 24Protect Plus and are valid only on gift cards/certificates purchased through 24Protect Plus. Please see back of gift card/certificate for terms and conditions of use. All vendor trademarks and copyrights remain the property of the individual vendor. 24Protect Plus uses vendor names, logos and any other vendor material by permission of each vendor. Please visit the 24Protect Plus website or call Member Savings for complete terms and conditions related to participating vendors.

**Members must register for this service with 24Protect Plus in advance of using it or you will not be eligible for coverage. Your coverage will begin once you receive your Roadside Assistance access card. Members are responsible for paying providers directly for any charges over $50 per occurrence, as well as for any non-covered expenses. Payment is required at the time that services are rendered. Only one service call for the same cause will be covered during any seven-day period.

Privacy Policy | Terms and Conditions

© Copyright 2010 24Protect Plus - All Rights Reserved

Step 8c



**Thank You** Your order has been successfully completed

If you like our products, here is a cost effective way to get them!

**People Search Service Includes:**

25 searches per month in each of the following categories:

Over $100 In Savings

✔ People Search
✔ Email Lookup
✔ Business People Search
✔ Death Records



**Please type in your email address below**

By typing your e-mail address below, that will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

(This is a secured 🔒 page)

**E-Mail Address:**

By clicking "Yes" I have read and agree to the Offer Details displayed to the right.



**YES**
And show my report

Click once and wait

No, show my report

**People Search Service Details:**

Get access to a variety of Intelius searches with one monthly membership!

This service gives you up to **25 searches per month** in each of the following categories:

- **People Search** - may include address, phone number, DOB, relatives and more.
- **Email Lookup** - may include personal and business email address.
- **Business People Search** - may include employment history, job title, education, etc.
- **Death Records** - may include birth date, death date and location.

Over $100 in potential savings each month!

**Offer Details:**

Type in your email address and click "YES" to accept this offer and activate your People Search Membership today and start searching. The membership fee of **$19.95** plus tax where applicable per month will be charged/debited today, by Intelius on the credit/debit card you used today and then automatically charged/debited each month at the then-current membership fee so long as you remain a member. If you wish to cancel within the first 7 days of your membership you can either cancel by calling us at (888) 445-2727 or by visiting the "My Intelius" section of the Intelius.com website to get a full refund with our 7 day money back guarantee. After the first 7 days, you may also cancel your membership at any time by calling us or going online. If you cancel you will not be charged future monthly fees.

*If you cancel your People Search Membership within 7 days from today, you will get a full refund of your membership fee of $19.95 plus tax where applicable, irrespective of how many of the 100 searches you use.

Privacy Policy | Terms and Conditions

© Copyright 2010 People Search Membership - All Rights Reserved

Step 8d



**GENERATING REPORT ... PLEASE WAIT**



You are about to receive your report on your computer screen.
Please wait while we generate your report.

Step 9



Step 10



Step 10a



People Search Report

**Run Another People Search Report**

⊕ Expand All    ⊖ Collapse All

⊖ **People Search Report**

| | Name | Address / Phone | Previous Cities | Avg. Income / Avg. Home Value |
|---|---|---|---|---|
| 1 | **Daniel B Savage**<br>**More Info**<br><br>DOB: Nov 02, 1970<br>AGE: 39 Years Old<br><br>RELATIVES:<br>Daniel B Savage<br>Hugh P Savage | Address 1:<br>2922 WESTERN AVE #619<br>SEATTLE, WA 98121<br>(206) 441-6846<br><br>Address 2:<br>1025 PALM ST E<br>ALTADENA, CA 91001<br>(626) 399-9390<br><br>Address 3:<br>5451 EAST RIVER RD N #1608<br>CHICAGO, IL 60656<br>(773) 399-9390 | Seattle, WA<br>Altadena, CA<br>Chicago, IL<br>Pasadena, CA<br><br>See All Addresses | Avg. Income:<br>$32,271<br><br>Avg. Home Value:<br>$175,000 |
| 2 | **Daniel M Savage**<br>**More Info**<br><br><br>AGE: 58 Years Old<br><br>RELATIVES:<br>Daniel M Savage<br>Zoya V Savage | Address 1:<br>PO BOX 355<br>PORT HADLOCK, WA 98339<br><br>Address 2:<br>1451 ASHLAND AV N #11<br>EAST WENATCHEE, WA 98802<br><br>Address 3:<br>PO BOX 741<br>LEAVENWORTH, WA 98826 | Port Hadlock, WA<br>East Wenatchee, WA<br>Leavenworth, WA<br>Port Townsend, WA<br><br>See All Addresses | Avg. Income:<br>$32,645<br><br>Avg. Home Value:<br>$134,600 |
| 3 | **Daniel W Savage**<br>**More Info** | Address 1:<br>6210 83RD AV<br>SNOHOMISH, WA 98290<br>(360) 568-3660<br><br>Address 2:<br>2020 148TH ST<br>MILL CREEK, WA 98012 | Snohomish, WA<br>Mill Creek, WA<br><br>See All Addresses | Avg. Income:<br>$61,110<br><br>Avg. Home Value:<br>$408,400 |

**What is a Current & Historical Residents Search?**

This section lists current and historical people search records that share the same name and state as your search subject. The People Search Summary can be helpful in providing a consolidated view of matching current and historical records for your subjects name across multiple public sources. Income & Home Value are compiled from property, demographic, census, & other public record sources. Income & Home Value may contain specific household and area statistics associated with an individual or address.

Step 10b

| | | | | | |
|---|---|---|---|---|---|
| | | **RELATIVES:**<br>Daniel W Savage | | | |
| 4 | | **Dan D Savage**<br>More Info<br><br>**DOB:** Jul 09, 1961<br><br>**AGE:** 49 Years Old | Address 1:<br>7612 12TH AVE NE<br>OLYMPIA, WA 98516<br>(360) 493-1301 | Olympia, WA<br><br>See All Addresses | Avg. Income:<br>$51,348<br><br>Avg. Home Value:<br>$162,800 |
| 5 | | **Dan R Savage**<br>More Info<br><br><br><br>**RELATIVES:**<br>Alicia M Savage | Address 1:<br>16824 21ST AVE CT E<br>SPANAWAY, WA 98387<br>(253) 537-2245 | Spanaway, WA<br><br>See All Addresses | Avg. Income:<br>$51,318<br><br>Avg. Home Value:<br>$156,400 |
| 6 | | **Daniel Savage**<br>More Info<br><br><br><br>**RELATIVES:**<br>Daniel Savage | Address 1:<br>15624 96TH WA NE<br>REDMOND, WA 98052<br>(425) 968-5030 | Redmond, WA<br><br>See All Addresses | Avg. Income:<br>$68,923<br><br>Avg. Home Value:<br>$279,400 |
| 7 | | **Danny L Savage**<br>More Info<br><br><br><br>**RELATIVES:**<br>Danny L Savage | Address 1:<br>821 QUAMASH CT S<br>SPOKANE, WA 99224 | Spokane, WA<br><br>See All Addresses | Avg. Income:<br>$38,890<br><br>Avg. Home Value:<br>$135,800 |
| | | **Dan S Savage** | | | |

Step 10c

| | Name | Address / Phone | Previous Cities | Avg. Income / Avg. Home Value |
|---|---|---|---|---|
| 8 | **More Info**  **DOB:** Jul 16, 1956  **AGE:** 54 Years Old | Address 1:  1003 W PROSPECT ST  SEATTLE, WA 98119 | **Seattle, WA**  See All Addresses | Avg. Income:  $49,222  Avg. Home Value:  $492,000 |
| 9 | **Dan R Savage**  **More Info**  **DOB:** Feb 01, 1960  **AGE:** 50 Years Old | Address 1:  PO BOX 988  YELM, WA 98597 | **Yelm, WA**  See All Addresses | Avg. Income:  $41,015  Avg. Home Value:  $129,100 |
| 10 | **Dan Savage**  **More Info** | Address 1:  3069 57TH AVE NE  VANCOUVER, WA 98661  (360) 326-3286 | **Vancouver, WA**  See All Addresses | Avg. Income:  $32,975  Avg. Home Value:  $134,700 |
| | Name | Address / Phone | Previous Cities | Avg. Income / Avg. Home Value |
| 11 | **Dan Savage**  **More Info** | Address 1:  BOX 1551  NEWPORT, WA 99156  (509) 447-5221 | **Newport, WA**  See All Addresses | Avg. Income:  $33,390  Avg. Home Value:  $111,700 |
| | **Dan S Savage**  **More Info** | Address 1:  806 CLAY ST | **Port Townsend, WA** | Avg. Income:  $38,100 |

Step 10d

| | | | | |
|---|---|---|---|---|
| 12 | | PORT TOWNSEND, WA 98368<br>(360) 385-4936 | See All Addresses | Avg. Home Value:<br>$500,385 |
| 13 | **Dan M Savage**<br>More Info<br><br>**AGE:** 31 Years Old | Address 1:<br>19576 NOLL RD NE<br>POULSBO, WA 98370<br>(360) 394-4353 | **Poulsbo, WA**<br><br>See All Addresses | Avg. Income:<br>$51,689<br><br>Avg. Home Value:<br>$179,520 |
| 14 | **Dan Savage**<br>More Info | Address 1:<br>SNOHOMISH, WA 98290<br>(877) 775-1776 | **Snohomish, WA**<br><br>See All Addresses | Avg. Income:<br>$61,110<br><br>Avg. Home Value:<br>$297,000 |
| 15 | **Dan Savage**<br>More Info | Address 1:<br>1212 I ST N C<br>TACOMA, WA 98403<br>(253) 274-9599 | **Tacoma, WA**<br><br>See All Addresses | Avg. Income:<br>$35,569<br><br>Avg. Home Value:<br>$217,000 |

**Related People Lookups**

- DANIAL SAVAGE
- DANIEL SAVAGE
- DANNY SAVAGE
- DANO SAVAGE
- D SAVAGE

Step 10e



Step 10f