THE HONORABLE ROBERT S. LASNIK

09-CV-01485-CLM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE KEITHLY and DONOVAN LEE, individually and on behalf of all others similarly situated,

    Interim Lead Plaintiffs,

v.

INTELIUS, INC., a Delaware Corporation; and INTELIUS SALES LLC, a Nevada Limited Liability Company,

    Defendants,

v.

ADAPTIVE MARKETING, LLC, a Delaware Limited Liability Company,

    Third Party Defendant.

No. C09-1485RSL

**STIPULATION AND [PROPOSED] ORDER EXTENDING DATES FOR CLASS CERTIFICATION BRIEFING**

## STIPULATION

On June 2, 2011, Plaintiffs filed their Motion for Class Certification. In support of the motion, Plaintiffs also submitted the report of Dr. Michael Kamins. Defendants Intelius, Inc. and Intelius Sales, LLC ("Defendants") wish to depose Dr. Kamins and have indicated that they may file an expert report with their opposition. To accommodate the wishes of Plaintiffs and

STIPULATION AND [PROPOSED] ORDER EXTENDING
DATES FOR CLASS CERTIFICATION BRIEFING
(C09-1485RSL) Page - 1

1006949.1 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  Defendants to depose the designated experts opposing their respective positions, the parties ask

2  the Court to modify the briefing schedule, under which Defendants' opposition is presently due

3  June 27 and Plaintiffs' reply is due July 1.

4      Good cause for the extension exists because the present schedule does not afford the

5  parties the opportunity to conduct the depositions needed in connection with the motion. For

6  example, despite their good faith efforts to set a deposition date for Dr. Kamins, the earliest

7  available date that works for both parties and the witness is July 14, 2011 in Los Angeles,

8  California. Accordingly, the parties have arranged for the deposition to take place on July 14th.

9  Plaintiffs and Defendants also have agreed that if Defendants use an expert, Plaintiffs will

10 depose that expert between July 27 and August 4.

11     In order to accommodate various scheduling conflicts that exist and permit these expert

12 depositions, the parties respectfully ask the Court to modify the current briefing schedule to

13 allow Intelius to file its opposition on July 22, 2011 and to allow Plaintiffs to file their response

14 brief on August 12, 2011.

15     Plaintiffs and Defendants stipulate and agree to the following modification of the briefing

16 schedule as follows:

| | |
|---|---|
| **Plaintiffs' Motion for Class Certification Noted for** | **August 12, 2011** |
| Defendants' opposition to the motion for class certification due | July 22, 2011 |
| Plaintiffs' reply in support of the motion for class certification due | August 12, 2011 |

STIPULATION AND [PROPOSED] ORDER EXTENDING
DATES FOR CLASS CERTIFICATION BRIEFING
(C09-1485RSL) Page - 2

1006949.1 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED this 14th day of June, 2011.

/s/ Robert S. Lasnik

THE HONORABLE ROBERT S. LASNIK

DATED this 13th day of June, 2011.

Presented by:

KELLER ROHRBACK L.L.P.

By: /s/ Karin B. Swope
   Mark A. Griffin, WSBA #16296
   Karin B. Swope, WSBA #24015
   David J. Ko, WSBA #38299
   Tel:(206) 623-1900
   Fax: (206) 623-3384
   mgriffin@kellerrohrback.com
   kswope@kellerrohrback.com
   dko@kellerrohrback.com

COHEN MILSTEIN SELLERS & TOLL P.L.L.C.

   Andrew N. Friedman
   Victoria S. Nugent
   Whitney R. Case
   1100 New York Ave. N.W., Suite 500 West
   Washington, DC 20005-3964
   Tel: (202) 408-4600
   Fax: (202 408-4699
   afriedman@cohenmilstein.com
   vnugent@cohenmilstein.com
   wcase@cohenmilstein.com

   Counsel for Plaintiffs Bruce Keithly and
   Donovan Lee

STIPULATION AND [PROPOSED] ORDER EXTENDING
DATES FOR CLASS CERTIFICATION BRIEFING
(C09-1485RSL) Page - 3

1006949.1 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By: /s/ Tyler Farmer (with authorization)
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler Farmer, WSBA #39912
    Christopher Wion, WSBA # 33207
    Tel: (206) 623-1700
    Fax: (206) 623-8717
    arthurh@dhlt.com
    tylerf@dhlt.com

Attorneys for Defendants Intelius Inc. and Intelius Sales Company, LLC

STIPULATION AND [PROPOSED] ORDER EXTENDING
DATES FOR CLASS CERTIFICATION BRIEFING
(C09-1485RSL) Page - 4

1006949.1 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384