1

2

3

4

5

6

7

8

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| | | |
|---|---|---|
| BRUCE KEITHLY and DONOVAN LEE, Individually and on Behalf of all Others Similarly Situated, | ) ) ) | No. C09-1485RSL |
| Interim Lead Plaintiffs, | ) ) ) | ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AND PARTICIPATION AWARDS TO THE CLASS REPRESENTATIVES |
| v. | ) ) ) | |
| INTELIUS, INC., a Delaware Corporation; and INTELIUS SALES, LLC, a Nevada Limited Liability Company, | ) ) ) | |
| Defendants | ) ) ) | |
| v. | ) ) | |
| ADAPTIVE MARKETING, LLC, a Delaware Limited Liability Company, | ) ) ) | |
| Third Party Defendant. | ) ) ) ) | |

This matter comes before the Court on Plaintiffs' Motion for Award of Attorneys' Fees and Costs and Participation Awards to the Class Representatives ("Fee Petition").  The Court has reviewed the Partial Class Action Settlement Agreement, the Declarations of Mark A. Griffin, Victoria S. Nugent, Jim Shah, and Darren Kaplan in Support of Plaintiffs' Motion for Award of Attorneys' Fees and Costs and Participation Awards to the Class Representatives, as well as all

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

files, records, and proceedings to date in this matter.

IT IS HEREBY ORDERED:

1.    The Court has reviewed all objections, if any, to the Fee Petition submitted directly to the Court, or provided to it by counsel for the parties, and overrules those objections.

2.    Class Counsel is hereby awarded attorneys' fees in the amount of $ $625,000 which the Court finds to be fair and reasonable.

3.    Class Counsel is hereby awarded reimbursement of $209,572.47 in reasonable expenses incurred in the prosecution of this action.

4.    Class Representative Bruce Keithly is awarded $10,000 and Class Representative Charles Hook is awarded $2,500.

5.    The Attorneys' Fees, Costs and Participation Awards set forth above shall be paid pursuant to the terms of the Settlement Agreement.

6.    In making this award of attorneys' fees, reimbursement of costs, and the Participation Awards, the Court makes the following findings of fact and conclusions of law:

## FINDINGS OF FACT

1.    On October 19, 2009, plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer[1] filed the initial Class Action Complaint in this action against defendants Intelius, Inc. and Intelius Sales, LLC (collectively, "Intelius") alleging causes of action under the Washington Consumer Protection Act, Chapter 19.86 R.C.W. ("CPA"), and the common law claim for unjust enrichment.  On March 24, 2010, plaintiff Matthew Bebbington filed a class action complaint making similar allegations against Intelius.  Plaintiffs brought a Motion to Consolidate the Keithly and Bebbington Complaints and to Appoint Interim Class Counsel, which was granted on May 28, 2010 (ECF No. 59).

2.    On June 2, 2010, plaintiff Laurence Paskowitz filed a putative class action complaint against Defendant in the same district, and was assigned Case Number 10-cv-00909-

---

[1] Plaintiff Edith Anna Cramer was voluntarily dismissed from this action on December 23, 2010 (ECF No. 105).

ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF
ATTORNEYS' FEES AND COSTS AND PARTICIPATION
AWARDS TO THE CLASS REPRESENTATIVES (C09-1485RSL)
Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1   RSL ("Paskowitz Case"). On June 21, 2010, the Paskowitz Case was transferred and

2   consolidated with the Keithly Case, 09-cv-1495RSL.

3       3.       On July 22, 2010, a First Amended Consolidated Complaint was filed in the

4   Keithly Case, alleging claims under the CPA, unjust enrichment, and violations of the Stored

5   Communications Act, 18 U.S.C. § 2701, *et seq*.

6       4.       On February 8, 2011, the Court entered an Order on Defendant's Motion for

7   Judgment on the Pleadings, dismissing plaintiff Bebbington, dismissing plaintiff Lee's CPA

8   claims, and dismissing all plaintiffs' Stored Communications Act claims.  The Court denied

9   Intelius' motion for judgment on the pleadings with respect to the remainder of the claims in the

10  First Amended Consolidated Complaint. On February 23, 2011, a Second Amended

11  Consolidated Class Action Complaint was filed in the Keithly Case, adding breach of contract

12  claims.

13      5.       On May 17, 2011, the Court granted plaintiffs' motion for reconsideration and

14  reinstated plaintiff Lee's CPA claims.

15      6.       On June 2, 2011, Plaintiffs filed a motion for class certification in the Keithly

16  Case.

17      7.       The parties in the Keithly Case have engaged in extensive discovery, including

18  depositions, documentary and expert discovery, and filing two motions to compel.

19      8.       On June 16, 2010, plaintiff Charles Hook filed a putative class action complaint

20  against Defendant in the United States District Court, Middle District of Georgia, assigned case

21  number 10-cv-00239-MTT ("Hook Case").

22      9.       In connection with Intelius' dispositive motion, the U.S. District Court, Middle

23  District of Georgia permitted discovery, which included depositions of three Intelius witnesses

24  and Intelius' production of archived code and related engineering records.

25

26

ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF
ATTORNEYS' FEES AND COSTS AND PARTICIPATION
AWARDS TO THE CLASS REPRESENTATIVES (C09-1485RSL)
Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

10.     On March 28, 2011, the Georgia Court dismissed the Hook Case with prejudice. On April 26, 2011, plaintiff Hook filed a Notice of Appeal in the United States Court of Appeals for the Eleventh Circuit.

11.     On July 6, 2011 Intelius and Plaintiffs participated in a second mediation before Judge Edward A. Infante (ret.) in San Francisco, and entered into a settlement agreement, settling all claims in the Hook Case, and all claims relating to the IDP portion of the Keithly Case.  On June 7, 2012, the parties entered into a Partial Class Action Settlement Agreement Between Plaintiffs and Intelius Inc and Intelius Co. LLC ("Settlement Agreement") as a result of the mediation.  On August 6, 2012, the parties entered into and filed Addendum No. 1 to the Settlement Agreement.  (ECF No. 280).

12.     On August 31, 2011, Intelius withdrew its motion for summary judgment to dismiss the IDP claim.

13.     The parties' Settlement Agreement provides for the following.

(a)     Settlement Class: All Persons residing in the United States who subscribed to Identity Protect from the first day the product was offered until the August 21, 2012 except for consumers who were not charged,( *e.g.* who cancelled before seven days) or have already received a full refund of any Identity Protect charges.

(b)     Settlement Amount: Defendant will pay $2.5 million to establish a common fund for the benefit of the Settlement Class (the "Cash Consideration").  Benefits will be paid to Settlement Class Members from the net amount remaining (the "Net Settlement Fund") after the following amounts are deducted from the Cash Consideration: (1) attorneys' fees and costs; (2) administrative costs of the settlement, but excluding internal costs to Defendant to administer the settlement; and (3) Case Contribution Awards.  Cash Payment is due in full forty-five (45) days following the Court's Final Approval of the Settlement.  The portion funded by Defendant's insurer will be paid directly to the trust account for disbursement as described herein.  Intelius will provide to the Settlement Class $2.5 million in benefits in the form of electronic vouchers

ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF
ATTORNEYS' FEES AND COSTS AND PARTICIPATION
AWARDS TO THE CLASS REPRESENTATIVES (C09-1485RSL)
Page - 4

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

for Intelius products (the "Voucher Fund").  These electronic vouchers will be fully transferable and will be valid for use at the Intelius website until 24 months (two years) following Intelius' provision of them to the Settlement Class.

(c)    Injunctive Relief:  Defendant and its successors, assigns, transferees, officers, agents, servants, employees, representatives, and all other persons or entities in active concert or participation with Defendant are hereby permanently enjoined and restrained from directly or indirectly engaging in the following acts or practices:

1. Displaying on any website that is owned, operated, and/or controlled by Defendant ("Defendant's websites") or on any third-party website any offer for a Membership Program involving a Free-to-pay Conversion Offer that does not comply with the following requirements:

a. In order for a consumer to accept the offer, the consumer must be required to provide the complete account information for the account the consumer wishes to be charged for the Membership Program at the time the consumer accepts the offer.

b. The offer must disclose Clearly and Conspicuously all material terms to the offer.

c. The offer's material disclosures may not be made in fine print nor be in text accessible only through a hyperlink.

d. The offer must require the consumer's Express Verifiable Acceptance.

e. The offer must Clearly and Conspicuously disclose a mechanism for declining the offer in a font and size as prominent as the mechanism for accepting the offer.

f. The mechanism for accepting the offer shall not misrepresent the nature of the action the consumer is taking.

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

g. Any offer using the term "free" or similar language must disclose any condition to the "free" offer Clearly and Conspicuously and in close proximity to the offer.

h. If the offer includes a Premium, there must be a disclosure in close proximity to the offer of the Premium that the consumer must accept the Free-to-pay Conversion Offer in order to obtain the Premium.

i. The offer must state Clearly and Conspicuously that by accepting it, the consumer is enrolling in a paid Membership Program that will be automatically charged to his or her account at the end of the trial period if the consumer does not cancel during the trial period.

2. Advertising, marketing, offering, and/or selling, directly or indirectly, a Membership Program involving a Free-to-pay Conversion Offer, including a third-party Membership Program where the advertisement for such program explicitly or implicitly misrepresents Defendant's affiliation with the Membership Program.

3. Failing to provide a Clearly and Conspicuously displayed and labeled mechanism on Defendant's websites for consumers to cancel and/or request refunds for any Membership Program owned and/or administered by Defendant.

4. Failing to honor any stated or published refund policy.

5. Where the requirements of this Settlement Agreement are not met, failing to provide a full refund to any consumer who claims not to have knowingly enrolled in one of Defendant's Membership Programs that is marketed on a Free-to-pay Conversion Offer basis and who has not used any user-enabled or requested benefits or services of the program.

6. Failing to provide accessible, prompt, live or automated customer service to consumers for cancellation and refund requests relating to Membership Programs.

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

7. Failing to cancel a consumer's membership in a program within five (5) days of the consumer's request for such cancellation with no additional charges accruing following the date of the request.  Cancellation requires only suspension of payment within five (5) days, not of service, which may be cancelled within a convenient time.

8. Failing to employ a transaction descriptor that alerts a reasonable consumer to the nature and source of the charge subject to the limitations of space imposed by credit card companies.

9. Failing to satisfy in full the Class Compensation of $5 million as set forth in this Settlement Agreement.

14.     On August 21, 2012, the Court granted preliminary approval to the Settlement Agreement and appointed Keller Rohrback L.L.P., Cohen Milstein Sellers & Toll PLLC and Shepherd, Finkelman, Miller & Shah, LLP as Class Counsel (ECF. No. 281).

15.     Class Counsel's motion for attorneys' fees and costs was filed with the Court on October 22, 2012, and posted on the Settlement Website, maintained by Plaintiffs' counsel located at www.KRcomplexlit.com, on November 1, 2012. This website is and has been hyperlinked to the Settlement Administrator-maintained website located at www.IdentityProtectSettlement.com. As of the date of this filing, no objections have been made to the Motion for Award of Attorneys Fees and Costs.

16.     Class Counsel has devoted significant time and effort to this case since its filing incurring a total of 15,072.94 hours through September 30, 2012.  These hours were incurred by, among other things, investigating the claims against Defendants, reviewing and analyzing documents and information, preparing the Amended Complaint and amendments thereto, conducting necessary legal research, retaining and working with an expert, pursuing discovery,

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

preparing materials for class certification, filing a class certification motion, defending against Defendants' motion for summary judgment, engaging in extensive settlement negotiations, and preparing the necessary agreements and pleadings related to the settlement.

17. Significant additional attorney hours will be necessary after September 30, 2012, the date as of which the above numbers were compiled, to complete the remaining work on this case. In addition to incurring hours in connection with the final approval hearing, based on its experience with numerous other settlements of comparable cases, Class Counsel anticipates that it will spend a substantial amount of additional time over the next several months responding to inquiries from Class members and generally shepherding implementation of the settlement. Class Counsel does not intend to apply for reimbursement of additional fees, substantial as they may be, incurred after Final Approval.

18. The lodestar value of Class Counsel's time, billed at their regular rates, was $5,668,177.40 as of September 30, 2012.

19. The attorneys' fees sought by Class Counsel in this case represent 11% of the total lodestar value of Class Counsel's time. The attorney's fees sought by Class Counsel in this case represents 25% of the Cash Consideration portion of the Settlement Amount.

20. During the course of this litigation, Class Counsel has advanced costs and expenses in the amount of $209,572.47.

21. To date, Class Counsel has received no compensation for either their time or expenses over the nearly three years that this case has been pending. Class Counsel's fees and expenses are totally contingent and dependent on a fee and expense award by this Court.

22. Class Representative Bruce Keithly was subjected to significant discovery and both Keithly and Class Representative Charles Hook participated in the mediation process and

ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF
ATTORNEYS' FEES AND COSTS AND PARTICIPATION
AWARDS TO THE CLASS REPRESENTATIVES (C09-1485RSL)
Page - 8

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    assisted with the prosecution of this lawsuit.

2         23.    Keller Rohrback L.L.P., Cohen Milstein Sellers & Toll PLLC and Shepherd,

3    Finkelman, Miller & Shah, LLP, Class Counsel in this action, are well-known class action law

4    firms with extensive experience in class action litigation.

5         24.    These three firms undertook this action without participation by any other firm

6    and were solely responsible for its outcome.

7         Based upon the foregoing Findings of Fact, the Court hereby makes the following

8    Conclusions of Law.

9                              **CONCLUSIONS OF LAW**

10        1.    This Court makes an award of fees to Class Counsel pursuant to the percentage

11   method.  An attorneys' fee award of $ 625,000, representing 25% of the Cash Consideration,

12   which is a 11% of the lodestar amount incurred by Class Counsel, and 1,000 vouchers for

13   Intelius's services, - is fair and reasonable under all the circumstances.

14        2.    Reimbursement of the costs and expenses advanced by Class Counsel during the

15   course of this litigation, $209,572.47, is fair and reasonable under the circumstances.

16        3.    An award of $2,500 to Class Representative Charles Hook, who participated in

17   the mediation process and assisted in the prosecution of this lawsuit, is fair and reasonable under

18   the circumstances.

19        4.    An award of $10,000 to Class Representative Bruce Keithly, who responded to

20   discovery, participated in the mediation process, prepared for and sat for a deposition, attended

21   hearings, and assisted in the prosecution of this lawsuit,  is fair and reasonable under the

22   circumstances.

23        5.    The Court finds that electronic notice, together with the published notice,

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

approved by the Court, is the best practicable notice under the circumstances and is as likely as

any other form of notice to apprise potential Settlement Class members of the Settlement

Agreement, and their rights to object to the Fee Petition.  The Court further finds that such notice

is reasonable, that it constitutes adequate and sufficient notice to all persons entitled to receive

notice, and that it meets the requirements of Due Process.  Finally, the Court finds that the filing

of the Fee Petition on October 22, 2012, and the posting of the contents of the Fee Petition along

with all of the materials supporting that petition meets the requirement of *In re Mercury*

*Interactive Corp. Sec. Litig.,* No. 08-17372, 2010 U.S. App. LEXIS 17189 (9th Cir. Aug. 18,

2010).

       IT IS SO ORDERED.

DATED: December 6, 2012

 

 

*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

**APPROVED AS TO FORM:**

DATED:  November 29, 2012       **KELLER ROHRBACK L.L.P.**

                     By:   s/ Karin B. Swope
                            Mark A. Griffin, Esq.
                            Karin B. Swope, Esq.
                            Attorneys for Plaintiffs
                            BRUCE KEITHLY and DONOVAN LEE,
                            Individually and on Behalf of All Others
                            Similarly Situated

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  DATED:  November 29, 2012          **COHEN MILSTEIN SELLERS & TOLL PLLC**

2                                      By:   s/ Andrew N. Friedman

3                                            Andrew N. Friedman, Esq.
                                             Victoria S. Nugent, Esq.
4                                            Attorneys for Plaintiffs
                                             BRUCE KEITHLY and DONOVAN LEE,
5                                            Individually and on Behalf of All Others
                                             Similarly Situated
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF
ATTORNEYS' FEES AND COSTS AND PARTICIPATION
AWARDS TO THE CLASS REPRESENTATIVES (C09-1485RSL)
Page - 11

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384